NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

ATTORNEY(S) FOR: BEYOND BLOND PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company
   Plaintiff(s),

v.

EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10
   Defendant(s).

CASE NUMBER: 2:20-cv-05581

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   BEYOND BLOND PRODUCTIONS, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company | Plaintiff |
| EDWARD HELDMAN III, an individual | Defendant |
| COMEDYMX, INC., a Nevada corporation | Defendant |
| COMEDYMX, LLC, a Delaware limited liability company | Defendant |

June 23, 2020
Date

/s/ Milord A. Keshishian
Signature

Attorney of record for (or name of party appearing in pro per):

BEYOND BLOND PRODUCTIONS, LLC