Milord A. Keshishian (SBN 197835)
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, CA  90064
Telephone: (310) 226-7878  Fax (310) 226-7879

Attorneys for BEYOND BLOND PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, <br><br> v. <br>                      Plaintiff(s), <br><br> EDWARD HELDMAN III, et al. <br><br>                Defendants(s). | CASE NUMBER <br><br> 2:20-cv-05581 DSF (GJSx) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br><br> *(Use separate proof of service for each person/party served.)* |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of:

   a. ☒ summons    ☒ complaint    ☐ alias Summons    ☐ first amended complaint
   
   Issued Summons; Complaint; Certification and Notice of Interested Parties; Report on the Filing of an Action Regarding a Copyright Infringement; Report on the Filing of an Action Regarding a Trademark Infringement; Civil Cover Sheet; Notice of Assignment to District Judge Dale S. Fischer and Magistrate Judge Gail J. Standish; Notice to Parties of Court-Directed ADR Program; and Initial Standing Order.

   ☒ other *(specify)*:  Cover Letter dated June 25, 2020

2. **Person Served**

   a. ☒ Defendant *(Name)*:  Edward Heldman III
   
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☒ Address where papers were served:
   10614 W Crosby Drive, Sun City, AZ 85351

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*

   a. ☒ Federal Rules of Civil Procedure Rule 4(e)(2)(A)
   
   b. ☐ California Code of Civil Procedure

4. **I served the person named in item 2**

   a. ☒ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ **Papers were served on** *(date)*: July 6, 2020     at *(time)*: 5:29 p.m.

   b. ☐ **By Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house or usual place of abode of the person served, in the presense of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** with a person apparently in charge at the office or usual place of business of the person served, at least 18 years of age, and informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

      4. ☐ **by mailing** *(by first-class, postage prepaid)* copies to the person served in item 2(b) at the place where the copies were left in item 2(c).

      5. ☐ **papers were mailed** on *(date)*: _____ *from (place)*: _____

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1  (04/01)

c. ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two copies (2) of the form Waiver of Service of Summons and Complaint and a return envelope, postage prepaid, addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association, partnership, or public entity (F.R.Civ.P. 4(h), CCP 416.10-416.50)** By delivering, during usual business hours,  a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association, partnership, or public entity (CCP 415.20(a) only)** By leaving, during usual office hours, a copy of the summons and complaint in the office of the person served, with a person who apparently was in charge, and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with CCP 415.20. Substituted service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation** in a manner described for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States and It's Agencies, Corporations or Officers**

a. ☐ By delivering a copy of the summons and of the complaint to the clerical employee designated by the U. S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorney's Office.

   Name of person served:

   Title of person served:

   Date and time of service   (date): _____ at (time): _____

b. ☐ By sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and of the complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address, phone, registration info):

   Jaron Perkins - Private Process Server
   J & L Process
   PO Box 942, Glendale, AZ 85311
   service@jlprocess.com

   a. Fee for Service  $ 77.65

   b. ☒  Not a registered California process server

   c. ☐  Exempt from registration under B&P Code 22350 (b)

   d. ☐  Registered California process server

8. ☐ I am a California Sheriff, Marshal or Constable and I certify the foregoing is true and correct.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

See attached Proof of Service

Date: _____ July 8, 2020 _____    _____

(Signature)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-05581-DFS-GJS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EDWARD HELDMAN III was received by me on *(date)* Jun 25, 2020, 12:40 pm.

| | |
|---|---|
| **X** | I personally served the summons on the individual at *(place)* 10614 W CROSBY DR, SUN CITY, AZ 85351 on *(date)* Mon, Jul 06 2020 ; or |
| ☐ | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
| ☐ | I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or |
| ☐ | I returned the summons unexecuted because: _____ ; or |
| ☐ | Other: _____ ; or |

My fees are $ _____ for travel and $ _____ for services, for a total of $ $77.65.

I declare under penalty of perjury that this information is true.

Date: 07/08/2020

_____
*Server's signature*

Jaron Perkins - Private Process Server
_____
*Printed name and title*

PO Box 942, Glendale, AZ 85311
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 30, 2020, 5:03 pm MST at HOME: 10614 W CROSBY DR, SUN CITY, AZ 85351

Knocked/Rang door bell several times, no answer.

2) Unsuccessful Attempt: Jul 1, 2020, 9:29 pm MST at HOME: 10614 W CROSBY DR, SUN CITY, AZ 85351

There was a red a Toyota parked in driveway. Door bell is connected to a Ring camera. A woman answered via Ring camera and said that Edward wasn't. I asked if she knew when he'd return, she said she didn't.

I advised that I could leave the docs with her to see how she respond and she said that she was able to come to the door at the moment. She advised me that she doesnt know when Edward would be back.

3) Successful Attempt: Jul 6, 2020, 5:29 pm MST at HOME: 10614 W CROSBY DR, SUN CITY, AZ 85351 received by EDWARD HELDMAN III. Age: 60+; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'8"; Hair: Brown; Eyes: Brown;

Hand Delivered