1 Milord A. Keshishian, SBN 197835
milord@milordlaw.com
2 Stephanie V. Trice, SBN 324944
stephanie@milordlaw.com
3 MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
4 Los Angeles, California 90064
Tel: (310) 226-7878
5
6 Attorneys for Plaintiff
Beyond Blond Productions, LLC
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 BEYOND BLOND PRODUCTIONS, LLC, | CASE NO.: 2:20-cv-05581 DSF (GJSx)
a California limited liability company;

12 | **DECLARATION OF**
13 Plaintiff, | **MICHELLE JUSTICE IN SUPPORT OF BEYOND BLOND'S MOTION FOR**
14 vs. | **PRELIMINARY INJUNCTION**

15 | Honorable Dale S. Fischer
16 EDWARD HELDMAN III, an individual;
COMEDYMX, INC., a Nevada corporation; | Date: August 10, 2020
17 COMEDYMX, LLC, a Delaware limited | Time: 1:30 p.m.
liability company; and DOES 1-10; | Courtroom: 7D
18
19 Defendants.
20
21
22
23
24
25
26
27
28

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

# DECLARATION OF MICHELLE JUSTICE

I, Michelle Justice, hereby swear and affirm pursuant to 28 U.S.C. §1746 upon direct personal knowledge that the following is true and correct:

1.     I am the president of Beyond Blond, Inc. ("Beyond Blond"). I am over the age of twenty-one and fully competent to make this Declaration. If called upon as a witness, I could and would testify competently as follows:

2.     Beyond Blond is a small business that nimbly and efficiently helps content owners leverage their music and video catalogs into new and different product offerings for digital distribution.

3.     Beyond Blond uses its established relationships with top digital providers, like Amazon and Google, to help conform the works to platform specifications, as well as create targeting metadata and artwork for effective conversion rates.

4.     Beyond Blond, for its own business, also acquires and purchases public domain videos and cartoon classics, makes compilations of same, and lists the works on video streaming platforms, including Amazon.com's Prime Video Direct ("Amazon Video").

5.     Beginning in late 2016 and/or early 2017, Beyond Blond acquired BetaSP tapes and other cartoon classics in the public domain, including Bugs Bunny, Popeye, and Mighty Mouse, and began digitizing and editing them with a deck captured to a computer.

6.     The cartoon classics compilations were formatted to comply with Amazon Video streaming specifications.

7.     I then uploaded to Amazon Video the "Six Videos" on the following dates:

| | |
|---|---|
| Cartoon Classics #1 | February 17, 2017 |
| Cartoon Classics #2 | February 28, 2017 |
| Cartoon Classics #3 | April 14, 2017 |
| Cartoon Classics #4 | August 18, 2017 |
| Cartoon Classics #5 | February 16, 2018 |
| Cartoon Classics #6 | May 17, 2019 |

8.     Beyond Blond's quality digitization received excellent reviews by viewers and Beyond Blond received substantial revenue from Amazon via customers streaming, renting, and purchasing videos.

9.     Beyond Blond's first compilation had 4.5 stars on Amazon from viewers before it was improperly taken down.

10.     Beyond Blond was unaware of Defendants' videos before receiving notice from Amazon on March 20, 2020 that Defendants issued these six takedown notices:

| Cartoon Classics #1 | 6890999701 |
| Cartoon Classics #2 | 6891043541 |
| Cartoon Classics #3 | 6891006641 |
| Cartoon Classics #4 | 6890994521 |
| Cartoon Classics #5 | 6891030291 |
| Cartoon Classics #6 | 6891048961 |

Attached hereto as **Exhibit 1** are true and correct copy of the six takedown notice emails received from Amazon.

11.     I investigated Defendants' cartoon classics videos on YouTube and saw no similarities other than the generic compilation of public domain cartoon classics, but I did notice the negative reviews because of the low quality of Defendants' videos.

12.     On March 20, Beyond Blond emailed Defendant Heldman at the email address provided by Amazon, but received a response from Defendants' counsel asking for Beyond Blond's counsel to contact him.  Attached as **Exhibit 2** is a true and correct copy of the email I received from Defendants' counsel.

13.     On March 31, 2020, I filed substantially the same six counternotifications with Amazon.  Attached hereto as **Exhibit 3** is a true and correct copy of one of the counternotifications.

14.     On April 2, 2020, Amazon responded to all six counternotifications by stating that they do not involve themselves with disputes and the videos would not be restored unless resolved and Defendants withdrew the notices.  Attached hereto as **Exhibit 4** is a true and correct copy of one of Amazon's responses.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-3-

**DECLARATION OF MICHELLE JUSTICE**

15.     On May 19, 2020, I received a response from Amazon to my and counsel's appeals stating the videos would not be restored without Defendants' withdrawal of the infringement notices.  Attached hereto as **Exhibit 5** is a true and correct copy of Amazon's May 19, 2020 email.

16.     I have a Bachelor of Science (BS) in Business Administration (Marketing, Finance & Entrepreneurship) from the University of Southern California.  I have over twenty-years of design, development, and branding experience, including serving as the manager of the entire art department at an independent entertainment company, which included hand-on design work and managing a team of nine designers, video production, DVD/video authoring, branding, and website design and maintenance.  I was also an Adjunct Professor at Santa Monica College, teaching courses in Pre-Press, Photoshop and Graphic Design.

17.     I am a seven-time Davey Award winner for Design, Art Direction and Creative Direction a five-time American Graphic Design Award winner for Outstanding Packaging & Design, and an Academy of Visual Arts Judge.

18.     Defendants' "Cartoon Classics!" term uses public domain off-the shelf Freestyle Script type face and a comparison of the font in black (below) to Defendants' in red (above) is provided to the right.  Attached hereto as **Exhibit 6** is a true and correct copy of the "Cartoon Classics!" term in Freestyle Script font.

19.     Defendants also copied public domain and generic clipart eyes (shown to the right) – with slight elongation – and substituted them for the double "o"s in Cartoon.  Attached hereto as **Exhibit 7** is a true and correct copy of a clip art website showing the generic clipart eyes used by Defendants.

20.     Defendants' "Cartoon Classics!" does not create a separate branding or trademark apart from telling viewers that the videos are cartoon classics, which explains why Defendants always use the 8thManDVD.com® trademark above "Cartoon Classics!" on the videos I reviewed.  A true and correct screenshot of one of the videos is

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(3 0) 226-7878

-4-
**DECLARATION OF MICHELLE JUSTICE**

provided below:



Looney Tunes Cartoon Classics: Porky's Ant (1941) (HD) | Mel Blanc, Kent Rogers
22,249 views · Apr 26, 2019

8thManDVD.com™ Cartoon Channel ⊘
896K subscribers

SUBSCRIBE

21.    I created Beyond Blond's "CARTOON CLASSICS" design term independently by beginning with CoopFlaired font and using computer assisted drafting ("CAD") tools to modify the letter positioning, length and width, and other design elements.  Attached hereto as **Exhibit 8** is a true and correct copy of CARTOON CLASSICS in CoopFlaired font from a font website.

22.    I designed Beyond Blond's eyes independently by obtaining a licensed from Shutterstock.com on February 16, 2017 of a face image numbered 537460633, and extracted only the eyes, removed the eyebrows and mouth, and then modified the eyes to replace the double "o" letters in the word cartoon.  Attached hereto as **Exhibit 9** is a true and correct printout of Beyond Blond's relevant license history on its Shutterstock account, with the red arrow identifying the subject clipart.

23.    As shown below, Beyond Blond's use of cartoon classics is dissimilar to Defendants' as follows: (a) Beyond Blond modified CoopFlaired font, whereas Defendants use Freestyle Script, (b) Beyond Blond uses all capital letters without an exclamation point, whereas Defendants only capitalize the "C"s to begin each word and

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**DECLARATION OF MICHELLE JUSTICE**

1  use an exclamation point, (c) Beyond Blond places the word "CARTOON" above
2  "CLASSICS" in larger and thicker font, whereas Defendants use the same sized font for
3  the two words which appear in a straight line, (d) Beyond Blond's letters are in white,
4  whereas Defendants are always in red, (e) Beyond Blond uses different background
5  colors, whereas Defendants' background color is always grey, and (f) Beyond Blond
6  obtained a clipart license from Shutterstock and modified the licensed face by removing
7  the eyes, whereas Defendants obtained and used their eyes from clipart without
8  substantial modification.  A side by side comparison demonstrates the irrefutable
9  dissimilarity:





**BEYOND BLOND**                    **DEFENDANTS**

17      25.     A current search for "cartoon classics" results in the display of Beyond
18  Blond's listing for Volume 1 with a "This video is currently unavailable to watch in your
19  location," and the algorithm then provides potential customers other videos from other
20  companies.  Attached hereto as **Exhibit 10** is a true and correct copy of the printout from
21  Amazon for Volume 1.
22      26.     The unavailability of the videos is irreparably harming Beyond Blond,
23  because Amazon is also redirecting viewers and potential customers to third party content
24  and they may never return to Beyond Blond's Amazon Video storefront.  Additionally,
25  Beyond Blond is also harmed because its alternate titles are also removed from
26  recommendations, which results in irreparable harm because the potential customer
27  would have been presented with the option to also view and purchase the five other
28  videos, which tarnishes Beyond Blond's goodwill.

27.     I also understand that Amazon has a secret decision-making process for terminating repeat infringers and Defendants' six takedown notices jeopardizes the termination of Beyond Blond's account.

28.     Loss of the account will also affect the Beyond Blond's video rankings on Amazon, and customer reviews and goodwill Beyond Blond has spent the last three-years cultivating.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of July, 2020 in Los Angeles, California.

Michelle Justice

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**DECLARATION OF MICHELLE JUSTICE**

EXHIBIT 1

From: **videodirect-submissions@amazon.com** <videodirect-submissions@amazon.com>
Date: Fri, Mar 20, 2020 at 3:42 PM
Subject: [CASE 6890999701] Your Prime Video Submission
To: <michelle@beyondblond.com>


Hello,

We've received a notice from a third party claiming that the distribution of the following title and/or its audio/video contents you submitted for sale through Amazon may not be properly authorized by the appropriate rights holder:

Cartoon Classics - Vol. 1: 25 Favorite Cartoons - 3 Hours

As a result, we've suspended distribution of this title, pending further investigation.

Below is the contact information of the third party who claims you infringed its rights:

ComedyMX Inc.
eheldman3@comedymx.com

If a resolution is reached, before we may take any appropriate action regarding the video(s), all involved parties must contact us via videodirect-submissions@amazon.com.

We take violations of intellectual property rights very seriously. The submission of titles, audio and/or video that violate third-party rights is a violation of our agreement and may lead to suspension or termination of your account, among other remedies such as access to optional Prime Video Direct services being revoked and forfeiture of license fees. Please ensure that you hold sufficient rights for all the contents of your video titles to publish them on Amazon.

If you believe this action has been taken in error, please notify us:
https://www.amazon.com/gp/help/reports/infringement

Thank you.


Prime Video Direct
http://videodirect.amazon.com

---

From: **videodirect-submissions@amazon.com** <videodirect-submissions@amazon.com>
Date: Fri, Mar 20, 2020 at 3:47 PM
Subject: [CASE 6891043541] Your Prime Video Submission
To: <michelle@beyondblond.com>


hello,

We've received a notice from a third party claiming that the distribution of the following title and/or its audio/video contents you submitted for sale through Amazon may not be properly authorized by the appropriate rights holder:

Cartoon Classics - Vol. 2: 25 Favorite Cartoons - 3 Hours

As a result, we've suspended distribution of this title, pending further investigation.

Below is the contact information of the third party who claims you infringed its rights:

ComedyMX Inc.
eheldman3@comedymx.com

If a resolution is reached, before we may take any appropriate action regarding the video(s), all involved parties must contact us via videodirect-submissions@amazon.com.

We take violations of intellectual property rights very seriously. The submission of titles, audio and/or video that violate third-party rights is a violation of our agreement and may lead to suspension or termination of your account, among other remedies such as access to optional Prime Video Direct services being revoked and forfeiture of license fees. Please ensure that you hold sufficient rights for all the contents of your video titles to publish them on Amazon.

If you believe this action has been taken in error, please notify us:
https://www.amazon.com/gp/help/reports/infringement

Thank you.


Prime Video Direct
http://videodirect.amazon.com

From: **videodirect-submissions@amazon.com** <videodirect-submissions@amazon.com>
Date: Fri, Mar 20, 2020 at 3:52 PM
Subject: [CASE 6891006641] Your Prime Video Submission
To: <michelle@beyondblond.com>


Hello,

We've received a notice from a third party claiming that the distribution of the following title and/or its audio/video contents you submitted for sale through Amazon may not be properly authorized by the appropriate rights holder:

Cartoon Classics - Vol. 3: 25 Favorite Cartoons - 3 Hours

As a result, we've suspended distribution of this title, pending further investigation.

Below is the contact information of the third party who claims you infringed its rights:

ComedyMX Inc.
eheldman3@comedymx.com

If a resolution is reached, before we may take any appropriate action regarding the video(s), all involved parties must contact us via videodirect-submissions@amazon.com.

We take violations of intellectual property rights very seriously. The submission of titles, audio and/or video that violate third-party rights is a violation of our agreement and may lead to suspension or termination of your account, among other remedies such as access to optional Prime Video Direct services being revoked and forfeiture of license fees. Please ensure that you hold sufficient rights for all the contents of your video titles to publish them on Amazon.

If you believe this action has been taken in error, please notify us:
https://www.amazon.com/gp/help/reports/infringement

Thank you.


Prime Video Direct
http://videodirect.amazon.com

From: **videodirect-submissions@amazon.com** <videodirect-submissions@amazon.com>
Date: Fri, Mar 20, 2020 at 3:55 PM
Subject: [CASE 6890994521] Your Prime Video Submission
To: <michelle@beyondblond.com>


Hello,

We've received a notice from a third party claiming that the distribution of the following title and/or its audio/video contents you submitted for sale through Amazon may not be properly authorized by the appropriate rights holder:

Cartoon Classics - Vol. 4: 25 Favorite Cartoons - 3 Hours

As a result, we've suspended distribution of this title, pending further investigation.

Below is the contact information of the third party who claims you infringed its rights:

ComedyMX Inc.
eheldman3@comedymx.com

If a resolution is reached, before we may take any appropriate action regarding the video(s), all involved parties must contact us via videodirect-submissions@amazon.com.

We take violations of intellectual property rights very seriously. The submission of titles, audio and/or video that violate third-party rights is a violation of our agreement and may lead to suspension or termination of your account, among other remedies such as access to optional Prime Video Direct services being revoked and forfeiture of license fees. Please ensure that you hold sufficient rights for all the contents of your video titles to publish them on Amazon.

If you believe this action has been taken in error, please notify us:
https://www.amazon.com/gp/help/reports/infringement

Thank you.


Prime Video Direct
http://videodirect.amazon.com

From: **videodirect-submissions@amazon.com** <videodirect-submissions@amazon.com>
Date: Fri, Mar 20, 2020 at 4:02 PM
Subject: [CASE 6891030291] Your Prime Video Submission
To: <michelle@beyondblond.com>


Hello,

We've received a notice from a third party claiming that the distribution of the following title and/or its audio/video contents you submitted for sale through Amazon may not be properly authorized by the appropriate rights holder:

Cartoon Classics - Vol. 5: 25 Favorite Cartoons - 3 Hours

As a result, we've suspended distribution of this title, pending further investigation.

Below is the contact information of the third party who claims you infringed its rights:

ComedyMX Inc.
eheldman3@comedymx.com

If a resolution is reached, before we may take any appropriate action regarding the video(s), all involved parties must contact us via videodirect-submissions@amazon.com.

We take violations of intellectual property rights very seriously. The submission of titles, audio and/or video that violate third-party rights is a violation of our agreement and may lead to suspension or termination of your account, among other remedies such as access to optional Prime Video Direct services being revoked and forfeiture of license fees. Please ensure that you hold sufficient rights for all the contents of your video titles to publish them on Amazon.

If you believe this action has been taken in error, please notify us:
https://www.amazon.com/gp/help/reports/infringement

Thank you.


Prime Video Direct
http://videodirect.amazon.com

From: **videodirect-submissions@amazon.com** <videodirect-submissions@amazon.com>
Date: Fri, Mar 20, 2020 at 4:14 PM
Subject: [CASE 6891048961] Your Prime Video Submission
To: <michelle@beyondblond.com>


Hello,

We've received a notice from a third party claiming that the distribution of the following title and/or its audio/video contents you submitted for sale through Amazon may not be properly authorized by the appropriate rights holder:

Cartoon Classics - Vol. 6: 25 Favorite Cartoons - 3 Hours

As a result, we've suspended distribution of this title, pending further investigation.

Below is the contact information of the third party who claims you infringed its rights:

ComedyMX Inc.
eheldman3@comedymx.com

If a resolution is reached, before we may take any appropriate action regarding the video(s), all involved parties must contact us via videodirect-submissions@amazon.com.

We take violations of intellectual property rights very seriously. The submission of titles, audio and/or video that violate third-party rights is a violation of our agreement and may lead to suspension or termination of your account, among other remedies such as access to optional Prime Video Direct services being revoked and forfeiture of license fees. Please ensure that you hold sufficient rights for all the contents of your video titles to publish them on Amazon.

If you believe this action has been taken in error, please notify us:
https://www.amazon.com/gp/help/reports/infringement

Thank you.


Prime Video Direct
http://videodirect.amazon.com

EXHIBIT 2

From: **Ben T. Lila** <blila@mandourlaw.com>
Date: Fri, Mar 20, 2020 at 5:23 PM
Subject: FW: Reporting of Cartoon Classics on Amazon Prime (ComedyMX/6249.02-006)
To: Michelle Justice <michelle@beyondblond.com>
Cc: Joseph A. Mandour <jmandour@mandourlaw.com>

Ms. Justice:

Our law firm represents ComedyMX LLC.  Please let us know if you have retained an attorney.  If so,
please have your attorney contact and direct all correspondence to me.

Best Regards,

Ben

Ben T. Lila, Esq.

Mandour & Associates, APC - Intellectual Property Law

12121 Wilshire Boulevard, Suite 810

Los Angeles, California 90025

T: 310-656-3900

************************************************************************

CONFIDENTIAL COMMUNICATION: This message is for the sole use of the

intended recipient and may contain confidential and privileged information. Any unauthorized

review or distribution is prohibited. If you are not the intended recipient, please contact the sender

by reply email and destroy all copies of the original message.

************************************************************************

**From:** Michelle Justice <michelle@beyondblond.com>
**Sent:** Friday, March 20, 2020 4:25 PM
**To:** eheldman3@comedymx.com
**Subject:** Reporting of Cartoon Classics on Amazon Prime


Hello:


I was just informed that you report 6 of my titles on Amazon Prime as being "not be properly authorized
by the appropriate rights holder". All these cartoons are in the public domain and I have
sourced/purchased them from content providers that sell PD content. You have no claim on these titles.

I request that you withdraw your claims immediately or I shall have my attorney's get involved.


Sincerely,

M Justice

BB Productions

EXHIBIT 3

**From:** Michelle Justice <michelle@beyondblond.com>
**Sent:** Tuesday, March 31, 2020 5:57 PM
**To:** videodirect-submissions@amazon.com
**Cc:** Milord Keshishian <milord@milordlaw.com>
**Subject:** Re: [CASE 6890999701] Your Prime Video Submission - DMCA COUNTER NOTICE

Dear Amazon Legal Department:

This is my DMCA COUNTER NOTICE pursuant to 17 U.S.C. § 512(g)(3) to the baseless claim of copyright infringement identified in the email below for the subject case number.  As specifically outlined in my attorney's response to the copyright claimant, a copy of which is attached hereto, the copyright infringement claim is meritless and should be rejected because:

1. The material in question is not copyrighted and cannot be copyrighted as a matter of law because it is in an unprotectible logo.  The animated cartoons are therefore in the public domain and may be reproduced by anyone.
2. The complainant provided copyright registration information for a performing art registration but attempted to fraudulently claim it covered the logo, which is not listed on the attached registration information downloaded from the Copyright Office.  The claimant's counsel failed to provide any other tangible evidence that the material in question, i.e. the logo, is in fact copyrighted, and I have a good faith belief that it is not based on the copyright registration number provided. The allegation of copyright violation is therefore baseless and unsupported.
3. The complainant's notice fails to abide by the Digital Millennium Copyright Act, 17 U.S.C. § 512(c)(3) because he failed to as required by subsection (ii) identify the specific copyrighted work claimed to be infringed, subsection (iii) identification of the material that is claimed to be infringing or to be the subject of infringing activity, subsection (v) that the complainant has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, and subsection (vi) that the information in the notification is accurate under the penalty of law.

I declare, under penalty of perjury, that I have a good faith belief that the complaint of copyright violation is based on mistaken information, misidentification of the material in question, deliberate misreading of the law, or outright baseless and a means of unfair competition.

I request that Amazon, upon receipt of this counter-notification, restore the material in dispute, unless the complainant files suit against me within ten (10) days, pursuant to 17 U.S.C. § 512(g)(2)(B).

My name, address, and telephone number are:

Michelle Justice

2915 Midvale Avenue

Los Angeles, CA 90064

(310) 259-8294

I hereby consent to the jurisdiction of Federal District Court for the Central District of California.

I agree to accept service of process from the complainant or complainant's attorneys.

Sincerely,

/s/ Michelle Justice

This shall serve as my electronic signature.



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PAu003798644
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

### *8thManDVD Copyright Video 1, et al.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PAu003798644 / 2016-01-26 |
| **Application Title:** | 8thManDVD Copyright Video 1, et al. |
| **Title:** | 8thManDVD Copyright Video 1, et al. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | ComedyMX LLC. Address: P.O. Box 896, Pine Brook, NJ, 07058, United States. |
| **Date of Creation:** | 2016 |
| **Authorship on Application:** | ComedyMX LLC, employer for hire; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | ComedyMX LLC, P.O. Box 896, Pine Brook, NJ, 07058, United States |
| **Copyright Note:** | Basis for Registration: Unpublished collection. |
| **Contents:** | 8thManDVD Copyright Video 1. |
| | 8thManDVD Copyright Video 2. |
| | 8thManDVD Copyright Video 3. |
| | 8thManDVD Copyright Video 4. |
| | 8thManDVD Copyright Video 5. |
| | 8thManDVD Copyright Video 6. |
| | 8thManDVD Intro Video 1. |
| | 8thManDVD Intro Video 2. |
| | 8thManDVD Intro Video 3. |
| | 8thManDVD Intro Video 4. |
| | 8thManDVD Intro Video 5. |
| | 8thManDVD Intro Video 6. |
| | 8thManDVD Title Card 1. |
| | 8thManDVD Title Card 2. |
| | 8thManDVD Title Card 3. |

Exhibit 3, Page 18

8thManDVD Title Card 4.
8thManDVD Title Card 5.
8thManDVD Title Card 6.
8thManDVD Title Card 7.
8thManDVD Title Card 8.
8thManDVD Title Card 9.
8thManDVD Title Card 10.
8thManDVD Title Card 11.
8thManDVD Title Card 12.

**Names:** ComedyMX LLC



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format  Full Record | Format for Print/Save | |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Exhibit 3, Page 19

| | |
|---|---|
| **From:** | Milord Keshishian |
| **To:** | Ben T. Lila |
| **Cc:** | Stephanie Trice; Lorie Mallari; Kimberly Wolfe; Joseph A. Mandour |
| **Subject:** | RE: BB Productions Infringement (ComedyMX/6249.02-006) |
| **Date:** | Friday, March 27, 2020 7:47:47 PM |
| **Attachments:** | Copyright Office Website - Reg PAu003798644.pdf |

Dear Ben:

While I appreciate your quick response, the failure to provide our requested information confirms that ComedyMX's takedown notices are in bad faith. I understand that you were probably handcuffed because ComedyMX simply lacks copyright protection to issue the takedown notices, but would have appreciated your forthright offer to immediately withdraw the baseless Digital Millennium Copyright Act takedown notices. Please be advised of your Rule 11 obligations moving forward in this matter.

My correspondence specifically requested ComedyMX's pre-notification investigation analysis identifying the copyright registrations and (1) the protectible elements in your client's work, and (2) the substantial similarity in the protectible elements of the copyrighted works and our client's accused works. Although, your correspondence references out of hand U.S. Copyright registration No. PAu003798644, ComedyMX failed to provide the deposit material as requested, let alone identify the protectible elements and the alleged substantial similarity therewith. Instead, we are delivered a misrepresentation that the "Cartoon Classics" logo is copyrighted in the '644 registration. As you should be aware, a performing arts copyright registration only covers "(1) musical works, including any accompanying words; (2) dramatic works, including any accompanying music; (3) pantomimes and choreographic works; and (4) motion pictures and other audiovisual works." Form PA. The Copyright Office printout, attached hereto, for the '644 registration confirms that the logo is not listed as a protectible element, nor could it as a matter of law.

The use of the '644 performing arts registration to claim copyright registration ownership in the generic term "Cartoon Classics" is meritless because short phrases are not copyrightable. 37 C.F.R. 202.1(a); *Bernal v. Paradigm Talent & Literary Agency,* 788 F.Supp.2d 1043, 1072 (C.D.Cal.2010) (short phrases such as "I miss you," "IIe's so funny," "Stay away from this neighborhood," and "Mmm. That's it" were "ordinary, common expressions that [were] not copyrightable"); see also *Ets–Hokin v. Skyy Spirits, Inc.*, 225 F.3d 1068, 1081 (9th Cir.2000) ("Brand names, trade names, slogans, and other short phrases or expressions cannot be copyrighted, even if they are distinctively arranged or printed"). Thus, even inserting pupils and irises into the double "o" letters in cartoons does not rise to the level of protectible expression to be copyrightable because eyes appear in nature and are not afforded copyright protection. "These ideas, first expressed by nature, are the common heritage of humankind, and no artist may use copyright law to prevent others from depicting them." *Satava v. Lowry,* 323 F.3d 805, 811 (9th Cir. 2003). It is axiomatic that designs that are "standard, stock, or

common to a particular subject matter or medium are not protectable under copyright law." *Id.,* at 810; *Aliotti v. R. Dakin & Co.*, 831 F.2d 898, 901 (9th Cir. 1987) ("No copyright protection may be afforded to the idea of producing stuffed dinosaur toys or to elements of expression that necessarily follow from the idea of such dolls."). Further, any copyrighted expression must be "original." *Feist Pubs., Inc. v. Rural Tel. Serv. Co.,* 499 U.S. 340, 345, 111 S.Ct. 1282, 113 L.Ed.2d 358 (1991). "Original, as the term is used in copyright, means only that the work was independently created by the author … and that it possesses at least some minimal degree of creativity." *Id*. Here, a simple search of stock cartoon eyes immediately defeat ComedyMX's claim of originality, even assuming arguendo the eyes are protectible, because ComedyMX merely copied preexisting clip art.



ComedyMX even copied the shape and placement of the eyebrows. Assuming ComedyMX did actually have a copyright registration and did not copy the eyes from preexisting clip art, ComedyMX's expression of the generic term "Cartoon Classics" is not substantially similar to the accused expression, as demonstrated by the side by side comparison below:



But ComedyMX has a greater burden here than substantial similarity because eyes occur in nature and any infringement, assuming ComedyMX has any protectible rights, must be proven by verbatim copying. Where a design incorporates stock or commonplace images, it is entitled to, at most, a very "thin" or "weak" copyright – assuming ComedyMX is entitled to any protection. *Satava,* 323 F.3d at 812 ("thin" copyright in jellyfish design); *Franklin Mint Corp. v. Nat'l Wildlife Art Exchange,* 575 F.2d 62, 65 (3d Cir. 1978) ("weak" copyright in common elements of bird design). In those circumstances, only virtually identical copying is prohibited. *Satava,* 323 F.3d at 812 ("thin copyright… protects against only virtually identical

copying"); *see also Sid & Marty Krofft Television Prods., Inc. v. McDonalds Corp.,* 562 F.2d 1157, 1168 (9th Cir. 1977) (where limited number of ways to express concept, "there will be protection against nothing other than identical copying of the work").

Thus, the only conclusion that can be drawn based on ComdyMX's lack of copyright registration in its generic logo is the DMCA copyright takedown notices were in bad faith and must immediately be withdrawn.

Your reference to the trademark application ComedyMX filed last month, which is not yet registered, does not save ComedyMX from its bad faith DMCA copyright takedown notice. Amazon does not allow takedown notices for unregistered trademarks, thus there was no trademark notification filed by ComedyMX.  Moreover, the term "cartoon classics" is generic and refers to classic cartoons and was used as such by Walt Disney Cartoon Classics series from 1983 to 1986.  It has also been used by numerous others, predating ComedyMX's alleged first use date of 2015.  See September 11, 2008 Wired article titled "10 Cartoon Classics to Share with your Kids" as merely one example of many.  "A generic term cannot be registered as a trademark because such a term cannot function as an indication of source." *BellSouth Corp. v. DataNational Corp.,* 60 F.3d 1565, 1569 (Fed. Cir. 1995).  Thus, despite the addition of the eyes, the mark is generic and the nascent application will not mature to registration because even if the U.S. Patent and Trademark Office does not refuse registration, our client will certainly file an opposition thereto.

Despite your valiant efforts to protect ComedyMX, our detailed analysis provides authority and proof of ComedyMX's bad faith.  But in an effort to resolve this matter expeditiously, ComedyMX will agree to immediately withdraw its DMCA notification of infringement issued to Amazon, in return our client agrees to not depiction of eyes in the term "cartoon."  Please advise by no later than **5:00 p.m. on March 30, 2020** if ComedyMX has immediately withdrawn the six takedown notices issued to Amazon.

Sincerely,

Milord A. Keshishian

Milord & Associates, PC
Patent, Trademark & Copyright Law
10517 West Pico Blvd.
Los Angeles, CA 90064
Tel  (310) 226-7878
Fax (310) 226-7879
www.milordlaw.com

************************CONFIDENTIALITY NOTICE************************
The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the

inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

---

**From:** Ben T. Lila <blila@mandourlaw.com>
**Sent:** Thursday, March 26, 2020 7:10 PM
**To:** Milord Keshishian <milord@milordlaw.com>
**Cc:** Stephanie Trice <stephanie@milordlaw.com>; Lorie Mallari <lorie@milordlaw.com>; Kimberly Wolfe <kimberly@milordlaw.com>; Joseph A. Mandour <jmandour@mandourlaw.com>
**Subject:** RE: BB Productions Infringement (ComedyMX/6249.02-006)

Milord:

We represent ComedyMX LLC ("ComedyMX"), owner of U.S. Trademark Serial No. 88/789,484 for CARTOON CLASSICS! (+Design).  ComedyMX is also the owner of all copyright rights associated with its original stylized logo design that is the subject of multiple copyright registrations, including U.S. Copyright No.  PAu003798644.  *See* attached.  ComedyMX has used the trademark and copyright logo design continuously in interstate commerce on certain goods and services including, but not limited to, entertainment services.

We have observed that BB Productions is using our client's CARTOON CLASSICS trademark and logo design without authorization to promote similar goods and services on the website Amazon.com.  BB Production's use of CARTOON CLASSICS is likely to cause confusion in violation of trademark and other unfair competition laws including, but not limited to, the Lanham Act (15 U.S.C. § 1051, *et seq.*).  BB Production's use is likely to lead the public to believe that its products and services are licensed by, sponsored by, or otherwise affiliated with ComedyMX which is not the case.  Also, the unauthorized copying of our client's logo design constitutes copyright infringement under the Copyright Act (17 U.S.C. § 101, *et. seq.*).

We demand that BB Productions immediately cease and desist all use of CARTOON CLASSICS and our client's copyrighted design, including without limitation, on Amazon.com, in videos and on any other website.  Should BB Productions not immediately address our client's concerns, we will pursue all available remedies.  Please contact me in writing by **April 6, 2020** to confirm that your client has complied with the above.

The demands asserted herein are with full reservation of all rights and remedies that our client may possess including, but not limited to, past and continuing profits, actual damages, treble damages, attorneys' fees, claims of dilution and the right to injunction.


Best Regards,
Ben


Ben T. Lila, Esq.
Mandour & Associates, APC - Intellectual Property Law
12121 Wilshire Boulevard, Suite 810
Los Angeles, California 90025
T: 310-656-3900
*************************************************************************
CONFIDENTIAL COMMUNICATION: This message is for the sole use of the

intended recipient and may contain confidential and privileged information. Any unauthorized review or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
***********************************************************************

**From:** Milord Keshishian <milord@milordlaw.com>
**Sent:** Thursday, March 26, 2020 11:29 AM
**To:** Ben T. Lila <blila@mandourlaw.com>
**Cc:** Stephanie Trice <stephanie@milordlaw.com>; Lorie Mallari <lorie@milordlaw.com>; Kimberly Wolfe <kimberly@milordlaw.com>
**Subject:** ComedyMX Takedown Notices re Michelle Justice
**Importance:** High

Dear Mr. Lila:

Your correspondence below has been forwarded to us for response.  We are counsel for Ms. Justice, please forward all further communications to our attention.  Ms. Justice takes all allegations of valid copyright infringement seriously and to evaluate the same. please provide by **5:00 p.m. on March 27, 2020** the copyright registrations and deposit material for the following takedown notices sent by your client to Amazon:

| | |
|---|---|
| CASE 6890999701 | Cartoon Classics - Vol. 1: 25 Favorite Cartoons - 3 Hours |
| CASE 6891043541 | Cartoon Classics - Vol. 2: 25 Favorite Cartoons - 3 Hours |
| CASE 6891006641 | Cartoon Classics - Vol. 3: 25 Favorite Cartoons - 3 Hours |
| CASE 6890994521 | Cartoon Classics - Vol. 4: 25 Favorite Cartoons - 3 Hours |
| CASE 6891030291 | Cartoon Classics - Vol. 5: 25 Favorite Cartoons - 3 Hours |
| CASE 6891048961 | Cartoon Classics - Vol. 6: 25 Favorite Cartoons - 3 Hours |

In addition, by **5:00 p.m. on March 27, 2020**, we expect to receive your client's pre-notification investigation report identifying (1) the protectible elements in your client's work, and (2) the substantial similarity in the protectible elements of the copyrighted works and our client's accused works.

If we do not receive the requested information by said time and date, that will confirm your client's lack of due diligence before issuing take down notice and entitle us to file counter-notifications with Amazon.  We look forward to immediate receipt of the requested information, which your client must have assembled prior to issuing the takedown notices.

If you should have any additional questions or comments, please contact us.

Sincerely,

Milord A. Keshishian

Milord & Associates, PC

Patent, Trademark & Copyright Law
10517 West Pico Blvd.
Los Angeles, CA 90064
Tel  310-226-7878
www.milordlaw.com

************************CONFIDENTIALITY NOTICE************************

The information contained in this electronic message and attachments, if any, are intended solely for the personal and confidential use of the designated recipient. This message may be an attorney-client communication and as such is privileged and confidential. No waiver of this privilege is intended by the inadvertent transmittal of such communication to any persons or company other than the intended recipient. If the reader of this message is not the intended recipient, please take notice that you have received this document in error, and that any review, dissemination, replication, or distribution of this message is strictly prohibited. If you have received this communication in error, please permanently delete this message and attachments, if any.

---------- Forwarded message ---------
From: **Ben T. Lila** <blila@mandourlaw.com>
Date: Fri, Mar 20, 2020 at 5:23 PM
Subject: FW: Reporting of Cartoon Classics on Amazon Prime (ComedyMX/6249.02-006)
To: Michelle Justice <michelle@beyondblond.com>
Cc: Joseph A. Mandour <jmandour@mandourlaw.com>


Ms. Justice:


Our law firm represents ComedyMX LLC.  Please let us know if you have retained an attorney.  If so, please have your attorney contact and direct all correspondence to me.


Best Regards,

Ben



Ben T. Lila, Esq.

Mandour & Associates, APC - Intellectual Property Law

12121 Wilshire Boulevard, Suite 810

Los Angeles, California 90025

T: 310-656-3900

************************************************************************

CONFIDENTIAL COMMUNICATION: This message is for the sole use of the

intended recipient and may contain confidential and privileged information. Any unauthorized

review or distribution is prohibited. If you are not the intended recipient, please contact the sender

by reply email and destroy all copies of the original message.

*********************************************************************

**From:** Michelle Justice <michelle@beyondblond.com>
**Sent:** Friday, March 20, 2020 4:25 PM
**To:** eheldman3@comedymx.com
**Subject:** Reporting of Cartoon Classics on Amazon Prime

Hello:

I was just informed that you report 6 of my titles on Amazon Prime as being "not be properly authorized by the appropriate rights holder". All these cartoons are in the public domain and I have sourced/purchased them from content providers that sell PD content. You have no claim on these titles.

I request that you withdraw your claims immediately or I shall have my attorney's get involved.

Sincerely,

M Justice

BB Productions

EXHIBIT 4

From: **videodirect-submissions@amazon.com** <videodirect-submissions@amazon.com>
Date: Thu, Apr 2, 2020 at 3:30 PM
Subject: RE:[CASE 6891048961] Your Prime Video Submission
To: <michelle@beyondblond.com>


Hello,

As stated in our previous communication, we've received notice from a third party regarding copyright
concerns over the following title:

Cartoon Classics - Vol. 6: 25 Favorite Cartoons - 3 Hours

We don't involve ourselves in third party disputes and therefore have removed the availability of the
video through our systems until this matter is resolved.

Here you will find information on the party that submitted the notice:

ComedyMX Inc.
eheldman3@comedymx.com

If a resolution is reached, before we may take any appropriate action regarding the video(s), all involved
parties must contact us via videodirect-submissions@amazon.com.

Thank you.

Prime Video Direct
http://videodirect.amazon.com

EXHIBIT 5

**From:** counter-notice <counter-notice@amazon.com>
**Subject: RE: [CASE 6891048961] Your Prime Video Submission**
**Date:** May 19, 2020 at 7:40:24 AM PDT
**To:** Michelle Justice <michelle@beyondblond.com>
**Cc:** counter-notice <counter-notice@amazon.com>

Hello,

Thank you for your e-mail. Amazon is unable to re-list your item.

Please contact the rights owner listed below to resolve the matter directly with them. If you are able to resolve, please request that a retraction be sent to videodirect-submissions@amazon.com:

ComedyMX Inc.
eheldman3@comedymx.com

Cartoon Classics - Vol. 6: 25 Favorite Cartoons - 3 Hours
Cartoon Classics - Vol. 5: 25 Favorite Cartoons - 3 Hours
Cartoon Classics - Vol. 4: 25 Favorite Cartoons - 3 Hours
Cartoon Classics - Vol. 3: 25 Favorite Cartoons - 3 Hours
Cartoon Classics - Vol. 2: 25 Favorite Cartoons - 3 Hours
Cartoon Classics - Vol. 1: 25 Favorite Cartoons - 3 Hours

Complaint ID: 6891048961, 6891030291, 6890994521, 6891006641, 6891043541, 6890999701

Please know that absent a retraction from the rights owner, we may not respond to further emails about this issue.

Sincerely,

**From:** Michelle Justice [mailto:michelle@beyondblond.com]
**Sent:** Tuesday, April 14, 2020 3:05 PM
**To:** videodirect-submissions@amazon.com; counter-notice <counter-notice@amazon.com>
**Cc:** Ressmeyer, Karen <karenr@amazon.com>; Sheehan, Kathy <ksheehan@amazon.com>; Hallisky, Seann <shallisk@amazon.com>; Keeley, Claire <keeley@amazon.com>; tstern@amazon.com; Hayden, Scott <scotthay@amazon.com>; Northcott, Dana <danan@amazon.com>; Capiro, Michael <capirom@amazon.com>; Milord Keshishian <milord@milordlaw.com>
**Subject:** Re: [CASE 6891048961] Your Prime Video Submission

Dear Amazon DMCA Agent:
It has been fourteen days since my counternotification was filed in this matter. A lawsuit has not been filed against me for copyright infringement. Please **immediately** relist my content with the same rankings as before the baseless takedown notice was issued.
Thank you for your prompt attention to this matter.

Michelle Justice
BB Productions

EXHIBIT 6

| | |
|---|---|
| Document title: | Freestyle Script Bold Regular : Download For Free, View Sample Text, Rating And More On Fontsgeek.Com |
| Capture URL: | http://fontsgeek.com/fonts/Freestyle-Script-Bold-Regular |
| Captured site IP: | 172.67.130.105 |
| Page loaded at (UTC): | Wed, 08 Jul 2020 23:25:49 GMT |
| Capture timestamp (UTC): | Wed, 08 Jul 2020 23:26:23 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 11c492e9-28c5-4127-a542-cdbf83524470 |
| User: | milord-priya |



# Fonts geek

Search 🔍

🏠 Home    ⊕ Fonts    🔍 Search    ✉ Contact

## Freestyle Script Bold Regular

← Freestyle Script Bold Plain Regular      Freestyle Script D Bold →

f y ✉ + 1

*Cartoon Classics!*

*Cartoon Classics!*

*Cartoon Classics!*

*Cartoon Classics!*

by fontsgeek.com

### Preview Your Text In Freestyle Script Bold Regular

Cartoon Classics!

▷✕

📄 PDF Converter Guru    Step 1: **Click Start**
                          Step 2: **Add** Extension          **Start**
                          Step 3: **Start** Converting

### Download Freestyle Script Bold Regular

By clicking download and downloading the Font, You agree to our Terms and Conditions of Usage.

☐ I'm not a robot    reCAPTCHA
                     Privacy - Terms

☁ ZIP Download

▷✕

**Start Download**

View PDF & Download

PDF Converter Guru          **OPEN**

### About Freestyle Script Bold Regular

| Name | Freestyle Script Bold Regular |
|------|-------------------------------|
| Type | TrueType |

**Reach customers with visuals that drive engagement**

**Search Now**

iStock
by Getty Images™

**Find the right image, at the right price.**

iStock
by Getty Images™

## About Freestyle Script Bold Regular

| | |
|---|---|
| Name | Freestyle Script Bold Regular |
| Type | TrueType |
| Category | Uncategorized |
| Family | Freestyle Script Bold |
| Style | Regular |
| PostScript | FreestyleScriptBoldPlain |
| Glyph Number | 225 |
| Units Per em | 1000 |
| Ascender | 850 |
| Descender | -306 |
| Height | 1156 |
| Max Advance Width | 1187 |
| Max Advance Height | 1156 |
| Underline Position | 0 |
| Underline Thickness | 0 |
| Global BBox | (350,314) , (1080,850) |
| Has Horizontal | yes |
| Has Vertical | no |
| Has Kerning | yes |
| Is Fixed Width | no |
| Is Scalable | yes |
| Font Size | 57.0 KB |
| Downloads Yesterday | 7 |
| Total Downloads | 3438 |
| Rating | ★★★★★ |

## Similar Fonts

| | | | |
|---|---|---|---|
| Freestyle Script Bold Plain Regular | Freestyle Script EF Bold Regular | Freestyle Script Std Bold | Freestyle Script LT Regular |
| Hello world | Hello world | Hello world | Hello world! |
| 1234567890 | 1234567890 | 1234567890 | 1234567890 |
| by fontsgeek.com | by fontsgeek.com | by fontsgeek.com | by fontsgeek.com |
| **Freestyle Script Bold Plain Regular** | **Freestyle Script EF Bold Regular** | **Freestyle Script Std Bold** | **Freestyle Script LT Regular** |
| Uncategorized | Uncategorized | Uncategorized | Uncategorized |
| Total Downloads : 221 | Total Downloads : 189 | Total Downloads : 1353 | Total Downloads : 77 |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |

Document title: Freestyle Script Bold Regular : Download For Free, View Sample Text, Rating And More On Fontsgeek.Com
Capture URL: http://fontsgeek.com/fonts/Freestyle-Script-Bold-Regular
Capture timestamp (UTC): Wed, 08 Jul 2020 23:26:23 GMT

Exhibit 6, Page 31



| Has Horizontal | yes |
| --- | --- |
| Has Vertical | no |
| Has Kerning | yes |
| Is Fixed Width | no |
| Is Scalable | yes |
| Font Size | 57.0 KB |
| Downloads Yesterday | 7 |
| Total Downloads | 3438 |
| Rating | ★★★★★ |

## Similar Fonts

**Freestyle Script Bold Plain Regular**
Uncategorized
Total Downloads : 221
★★★★★

**Freestyle Script EF Bold Regular**
Uncategorized
Total Downloads : 189
★★★★★

**Freestyle Script Std Bold**
Uncategorized
Total Downloads : 1353
★★★★★

**Freestyle Script LT Regular**
Uncategorized
Total Downloads : 77
★★★★★

**Freestyle Script D Regular**
Uncategorized
Total Downloads : 238
★★★★★

**Freestyle Script Std Regular**
Uncategorized
Total Downloads : 1305
★★★★★

**Freestyle Script LET Regular**
Uncategorized
Total Downloads : 80
★★★★★

**Freestyle Script EF Bold Alternate Regular**
Uncategorized
Total Downloads : 213
★★★★★

**Freestyle Script Bold**
Uncategorized
Total Downloads : 1026
★★★★★

**Freestyle Script D Bold**
Uncategorized
Total Downloads : 149
★★★★★

**TR Freestyle Script Bold**
Uncategorized
Total Downloads : 32
★★★★★

**Freestyle Script Regular**
Uncategorized
Total Downloads : 18813
★★★★★

© Copyright 2012-2020 by FontsGeek.com. All Rights Reserved.

Terms   Privacy Policy   Copyright   Contact   Change Ad Consent

Document title: Freestyle Script Bold Regular : Download For Free, View Sample Text, Rating And More On Fontsgeek.Com
Capture URL: http://fontsgeek.com/fonts/Freestyle-Script-Bold-Regular
Capture timestamp (UTC): Wed, 08 Jul 2020 23:26:23 GMT

Exhibit 6, Page 32

EXHIBIT 7

**Page Vault**

| | |
|---|---|
| Document title: | Eyeballs clipart pair eye, Picture #2669983 eyeballs clipart pair eye |
| Capture URL: | https://webstockreview.net/image/eyeballs-clipart-pair-eye/2669983.html |
| Captured site IP: | 104.27.143.31 |
| Page loaded at (UTC): | Wed, 08 Jul 2020 23:25:18 GMT |
| Capture timestamp (UTC): | Wed, 08 Jul 2020 23:25:38 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 2205370d-57ad-46dd-bcf9-a3851e66bff6 |
| User: | milord-priya |

WebStockReview    Tools    Contribute / Upload    Sign Up!   Login

eyeballs clipart pair eye / eyeballs clipart pair eye 2669983

# eyeballs clipart pair eye 2669983



| eyeballs clipart pair eye | |
|---|---|
| Resolution | 300 x 300 |
| File Size | 0.01 kb |
| Uploaded | 280 days ago |
| Format | image/jpeg |



**Download** ▾

👁 13          ⬇ 77

License: Attribution required

⚠ Copyright complaint

Tags:   Eyeballs pair eye

It is required to give **attribution**, if you use this image on your website:

`<a href='https://webstockreview.net'>https://webstockreview.net</a>`

Embed this image in your blog or website

`<a href='https://webstockreview.net/image/eyeballs-clipart-pair-eye/2669983.html'><img`

    

Related keywords:   Eyeballs pair eye   Leg pair leg   Maracas pair   Lungs pair   Legs pair leg   Kidney pair   Elephants pair   Hearing pair ear

## Similar images to "eyeballs clipart pair eye"



Document title: Eyeballs clipart pair eye, Picture #2669983 eyeballs clipart pair eye
Capture URL: https://webstockreview.net/image/eyeballs-clipart-pair-eye/2669983.html
Capture timestamp (UTC): Wed, 08 Jul 2020 23:25:38 GMT

Exhibit 7, Page 34



Download

👁 13     ⬇ 77

License: Attribution required

⚠ Copyright complaint

Tags: Eyeballs pair eye

It is required to give **attribution**, if you use this image on your website:

`<a href='https://webstockreview.net'>https://webstockreview.net</a>`

Embed this image in your blog or website

`<a href='https://webstockreview.net/image/eyeballs-clipart-pair-eye/2669983.html'><img`



Related keywords: Eyeballs pair eye   Leg pair leg   Maracas pair   Lungs pair   Legs pair leg   Kidney pair   Elephants pair   Hearing pair ear

## Similar images to "eyeballs clipart pair eye"



Privacy Policy   Terms   Copyright Notification   Contact us

EXHIBIT 8

**Page Vault**

| | |
|---|---|
| Document title: | CoopFlaired font |
| Capture URL: | https://fonts2u.com/coopflaired.font?ptext=CARTOON+CLASSICS |
| Captured site IP: | 104.28.24.52 |
| Page loaded at (UTC): | Mon, 13 Jul 2020 16:11:46 GMT |
| Capture timestamp (UTC): | Mon, 13 Jul 2020 16:12:35 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 4df9d348-29b2-4f09-a39e-4b92fa08308c |
| User: | milord-priya |

Sign in  Register

English

Staples
30% back in rewards
On $75 ink and $200 toner.
*Details
Shop now

# FONTS2U

\\WU
Western
Union

Send money

Send money without leaving home.

Categories | New fonts | Top rated | Top downloads
Font designers | Font vendors | Font converter | Submit a font

Search

## CoopFlaired Font

**Custom text**
CARTOON CLASSICS

**Size**
medium ▾  Submit  reset

‹ Back

**CoopFlaired**  TrueType  Personal use

# CARTOON CLASSICS

CoopFlaired_by_AlltheFashion.ttf

★  Download
@font-face

Microsoft 365

Remote team collaboration

Collaborate from anywhere with Microsoft 365, including 1 TB of cloud storage

BUY NOW →

## Tags

Fancy  Comic  Groovy

## Character map

Please use the pulldown menu to view different character maps contained in this font.

Basic Latin (95) ▾

| ! | " | # | $ | % | & | ' | ( | ) |
| * | + | , | - | . | / | 0 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | : | ; | < | = |
| > | ? | @ | A | B | C | D | E | F | G |
| H | I | J | K | L | M | N | O | P | Q |
| R | S | T | U | V | W | X | Y | Z | [ |



Fonts2u.com

**Basic font information**

**Copyright notice**
Copyright 1993-1997 Brand Design Co., Inc./House Industries. House Industries is a registered trademark of Brand Design Co., Inc. Font by Ken Barber.

**Font family**
CoopFlaired

**Font subfamily**
Regular

**Unique subfamily identification**
Macromedia Fontographer 4.1 CoopFlaired

**Full font name**
CoopFlaired

**Name table version**
Macromedia Fontographer 4.1 03/08/99

**Postscript font name**
CoopFlaired

**Extended font information**

Platforms supported

| Platform | Encoding |
|---|---|
| Unicode | Unicode 1.0 semantics |
| Macintosh | Roman |
| Microsoft | Unicode BMP only |

Font details

| | |
|---|---|
| Created | 1999-08-03 |
| Revision | 1 |
| Glyph count | 229 |
| Units per Em | 1000 |
| Embedding rights | Embedding restricted (not allowed!) |

| | |
|---|---|
| Family class | No classification |
| Weight | Semi-bold |
| Width | Medium (normal) |
| Width type | Normal |
| Mac style | Bold |
| Direction | Only strongly left to right glyphs + contains neutrals |
| Pattern nature | Regular |



## Basic font information

**Copyright notice**
Copyright 1993-1997 Brand Design Co., Inc./House Industries. House Industries is a registered trademark of Brand Design Co., Inc. Font by Ken Barber.

**Font family**
CoopFlaired

**Font subfamily**
Regular

**Unique subfamily identification**
Macromedia Fontographer 4.1 CoopFlaired

**Full font name**
CoopFlaired

**Name table version**
Macromedia Fontographer 4.1 03/08/99

**Postscript font name**
CoopFlaired

## Extended font information

Platforms supported

| Platform | Encoding |
|---|---|
| Unicode | Unicode 1.0 semantics |
| Macintosh | Roman |
| Microsoft | Unicode BMP only |

Font details

| | |
|---|---|
| Created | 1999-08-03 |
| Revision | 1 |
| Glyph count | 229 |
| Units per Em | 1000 |
| Embedding rights | Embedding restricted (not allowed!) |

| | |
|---|---|
| Family class | No classification |
| Weight | Semi-bold |
| Width | Medium (normal) |
| Width type | Normal |
| Mac style | Bold |
| Direction | Only strongly left to right glyphs + contains neutrals |
| Pattern nature | Regular |
| Posture | Upright |
| Stroke weight | Book, text, regular, etc. |
| Pitch | Not monospaced |
| Symbol set | Windows 3.1 ANSI |

RSS feed    Follow us on Twitter    Follow us on Facebook

Copyright © 2008 - 2020 Yuxar Consulting Corp., all rights reserved.

Faq    Privacy policy    Contact

---

Document title: CoopFlaired font
Capture URL: https://fonts2u.com/coopflaired.font?ptext=CARTOON+CLASSICS
Capture timestamp (UTC): Mon, 13 Jul 2020 16:12:35 GMT

Exhibit 8, Page 39

Page 3 of 3

EXHIBIT 9



EXHIBIT 10

| | |
|---|---|
| Document title: | Amazon.com: Cartoon Classics - Vol. 1: 25 Favorite Cartoons - 3 Hours: Bugs Bunny, Daffy Duck, Porky Pig, Little Lulu |
| Capture URL: | https://www.amazon.com/gp/video/detail/amzn1.dv.gti.3ead2f34-12c6-f800-6cae-7f17e049d5de/ref=atv_sc_pick |
| Captured site IP: | 99.84.106.76 |
| Page loaded at (UTC): | Mon, 13 Jul 2020 16:09:45 GMT |
| Capture timestamp (UTC): | Mon, 13 Jul 2020 16:10:12 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 8fd3090f-04cf-4fa3-911e-c3fafd8bd7c2 |
| User: | milord-priya |



## Cast and Crew

Max Fleischer - director



### More details

| | |
|---|---|
| Supporting actors | Little Lulu, Popeye the Sailor Man, Betty Boop, Woody Woodpecker, Casper the Friendly Ghost, more… |
| Producers | Max Fleischer, Tex Avery |
| Studio | BB Productions |
| Purchase rights | Stream instantly Details |
| Format | Prime Video (streaming online video) |
| Devices | Available to watch on supported devices |

### Customer reviews

 4.4 out of 5

189 customer ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 8% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 6% |

⌄ How does Amazon calculate star ratings?

### Review this product

Share your thoughts with other customers

Write a customer review

### Read reviews that mention

bugs bunny    warner brothers    classic cartoons    put a warning

brings back    racist cartoons    years old    cartoon classics

watching these cartoons    great cartoons    collection    offended    era

Top Reviews ⌄



Jeremiah Nunez

★★★★★  LOVE IT! I love this set of cartoons!
Reviewed in the United States on December 5, 2018
Verified Purchase

perfect set of cartoons. I am not easily offended like these "unicorn rainbow helicopter" parents that keep rating on a cartoon that was made 100 years ago during a time where America was at war with others and itself.

42 people found this helpful

Helpful    Comment    Report abuse

Carla Hurlbert

★★★★☆  The Cartoons and Order List
Reviewed in the United States on July 20, 2019
Verified Purchase

I posting the order of the cartoon and which cartoons are on this video.
Cartoon Classics - Vol. 1 - 25 Favorite Cartoons - 3 Hours
The Wacky Wabbitt - Bugs Bunny (1942)
The Three Little Pigs (1933)
To Duck or not to Duck (1943)
Popeye the Sailor Man - Shuteye Popeye (1952)
Betty Boop in Poor Cinderella (1934)
Fifth Column Mouse (1943)
Popeye the Sailor Man - Popeye for President (1956)
The Friendly Ghost (1945)
The Dover Boys at Pimento University or The Rivals of Roquefort Hall (1942)
Felix the Cat and The Goose that Laid the Golden Egg (1936)
Popeye the Sailor Man - Parlez Vous Woo (1956)
Musical Lulu (1947)
Sinkin' in the Bathtub (1930)
⌄ Read more

31 people found this helpful

Helpful    Comment    Report abuse

▼ Read more

31 people found this helpful

Helpful    Comment    Report abuse

 Mark E Larson

★☆☆☆☆ **Shameful cartoons from what they call the Golden Age of Cartoons**
Reviewed in the United States on February 9, 2019
Verified Purchase

I agree completely with any persons who said these cartoons are a shame. My daughter was watching it, and I was shocked to see the black face and other racist depictions. However, I decided to use them as a way to better educate both my daughters about how racism and the Jim Crow Laws affected every aspect of our culture, including Hollywood. I also had my oldest daughter watch "The Birth of a Nation," a film which is still glorified in many film classes, so that she could see the false teachings regarding the heroism of the KKK. So, I do not shun them from seeing these films but I do educate them on how shameful and racist they were so that they have a better understanding of our American history so as not to repeat such horrible actions themselves and to be better informed of racism around them today. And to be honest, I was quite shocked that these cartoons were shown by Amazon just because they may be considered "classics." Any children watching this may not understand to wrongfulness of racist cartoons if not educated by their parents. And so this is a warning to all parents to make sure you know what your children are watching.

32 people found this helpful

Helpful    Comment    Report abuse

 Kindle Customer

★★★★☆ **An excellent collection**
Reviewed in the United States on May 24, 2019
Verified Purchase

An excellent collection of classic cartoons demonstrating the unique animation styles of the different studios. These cartoons are from a different time, so butthurt liberals whose feelings get easily bruised may become triggered. Take them for what they are. If you want to pick apart something that's racist I suggest rap music.

16 people found this helpful

Helpful    Comment    Report abuse

 Illianna Dahl

★★★★★ **Removing things that are offensive doesnt change history**
Reviewed in the United States on July 7, 2018
Verified Purchase

I love that these are available. It helps show what the world used to be ok with. It opened a great dialog between my kids and myself.

21 people found this helpful

Helpful    Comment    Report abuse

 Sherri B

★★★★★ **Five Stars**
Reviewed in the United States on April 17, 2017
Verified Purchase

Nearly all of these are classics.

32 people found this helpful

Helpful    Comment    Report abuse

 Dan

★★★★★ **Love it!**
Reviewed in the United States on October 22, 2017
Verified Purchase

I hope they release more of these! I missed these cartoons it is fun to go back and watch them as an adult. Now you get all the references you didn't understand as a kid!

19 people found this helpful

Helpful    Comment    Report abuse

Garrison

★★★★★ **Brings Back Great Memories!**
Reviewed in the United States on November 5, 2018
Verified Purchase

Document title: Amazon.com: Cartoon Classics - Vol. 1: 25 Favorite Cartoons - 3 Hours: Bugs Bunny, Daffy Duck, Porky Pig, Little Lulu...
Capture URL: https://www.amazon.com/gp/video/detail/amzn1.dv.gti.3ead2f34-12c6-f800-6cae-7f17e049d5de/ref=atv_sc_pick
Capture timestamp (UTC): Mon, 13 Jul 2020 16:10:12 GMT

Exhibit 10, Page 44

prime video

WHO'S WATCHING?

get all the references you didn't understand as a kid!

19 people found this helpful

Helpful | Comment | Report abuse

Garrison

★★★★★ **Brings Back Great Memories!**
Reviewed in the United States on November 5, 2018
Verified Purchase

This is an amazing collection that brings back so many memories from when I was younger! Most of these shows I can remember watching on boomerang or even Cartoon Network. I love that they have they all together in this massive collection. This is the perfect collection is you are looking for some nostalgia feelings or looking to pass the time with some childhood classics!

10 people found this helpful

Helpful | Comment | Report abuse

**See all reviews from the United States ›**

---

Back to top

---

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

---

amazon

English | United States

---

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print
Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

---

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates