Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Stephanie V. Trice, SBN 324944
stephanie@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878

Attorneys for Plaintiff
Beyond Blond Productions, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants. | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>**BEYOND BLOND'S GLOBAL PROOF OF SERVICE BY EMAIL**<br><br>Honorable Dale S. Fischer<br><br>Date: August 10, 2020<br>Time: 1:30 p.m.<br>Courtroom: 7D |

-1-
**PROOF OF SERVICE**

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 10517 West Pico Boulevard, Los Angeles, California 90064 and I am employed in the office of a member of the bar of this Court at whose direction this service was made.

On **February 5, 2020,** I served the following document(s) described as: **1) Beyond Blond, Inc.'s Motion for Preliminary Injunction; 2) Declaration of Michelle Justice; 3) Declaration of Milord A. Keshishian; 4) Request for Judicial Notice; 5) Proposed Order; and 6) Proof of Service.**

☐ **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Los Angeles, California addressed as set forth below.

☐ **BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by Now Messenger Service.

☐ **BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

☐ **BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

☒ **BY ELECTRONIC MAIL (EMAIL) TRANSMISSION** as follows: I caused the above-referenced document(s), in .pdf format and a Sharelink file folder, to be transmitted by email to its intended recipient(s) at the following email addresses set forth below:

Gordon E. Gray, Esq. ggray@mandourlaw.com
Joseph A. Mandour, Esq. jmandour@mandourlaw.com
Ben T. Lila, Esq. blila@mandourlaw.com
Mandour & Associates, APC
12121 Wilshire Boulevard, Suite 810
Los Angeles, California 90025
T: 310-656-3900

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **May 13, 2020**, at Los Angeles, California.

☐ **STATE:** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

/s/ Milord A. Keshishian
Milord A. Keshishian