# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants.<br><br>AND RELATED CLAIMS. | **Case No. 2:20-cv-05581-DSF-GJSx**<br><br>**ORDER ON STIPULATED MOTION FOR DISMISSAL OF DEFENDANTS' THIRD-PARTY COMPLAINT AS TO AMAZON.COM, INC.** |

    Having reviewed Defendants EDWARD HELDMAN III'S, COMEDYMX, INC.'S and COMEDYMX, LLC'S and Third-Party Defendant AMAZON.COM, INC.'S  stipulated Motion for Dismissal of Defendants' Third-Party Complaint as to Third-Party Defendant Amazon.com Inc., pursuant to Fed. R. Civ. P. 41(a) and GOOD CAUSE APPEARING, the Court hereby GRANTS the motion.

1    Defendants' Third-Party Complaint as to Amazon.com, Inc. is hereby
2 dismissed WITHOUT prejudice.   Defendants and Third-Party Defendant
3 Amazon.com, Inc. shall each bear their own attorneys' fees and costs incurred in this
4 action.
5    IT IS SO ORDERED.
6 DATED: October 30, 2020

                                 *Dale S. Fischer*
                                 Honorable Dale S. Fischer
                                 UNITED STATES DISTRICT JUDGE