# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO MODIFY ORDER RE JURY TRIAL [ECF 30]**<br><br>Honorable Dale S. Fischer<br><br>Complaint Filed: 6/23/2020<br>First Amended Complaint Filed: 8/26/2020<br>Discovery Cut-Off Date: 1/25/2021<br>Motion Hearing Cut-Off: 4/19/2021<br>Pretrial Conference: 6/28/2021<br>Trial Date: 7/27/2021 |

-1-
**ORDER**

After considering the parties Stipulation and Request to Modify the Scheduling Order (ECF No. 30) by 84 days, the Court HEREBY ORDERS the case management dates as follows:

| | | |
|---|---|---|
| A. | Motion to Amend Pleadings or Add Parties Hearing Cutoff: | from 12/14/2020 to 03/08/21 |
| B. | Discovery Cut−Off: | from 1/25/2021 to 04/19/21 |
| C. | Expert Witness Exchange Deadline: | |
| | Initial: | from 2/1/2021 to 04/26/21 |
| | Rebuttal: | from 2/15/2021 to 05/10/21 |
| | Cut−off: | from 3/15/2021 to 06/07/21 |
| D. | Motion Hearing Cut−off: | from 4/19/2021 to 07/12/21 |
| E. | ADR Cut−off: | from 5/3/2021 to 07/26/21 |
| F. | Trial Documents (Set One): | from 6/7/2021 to 08/30/21 |
| G. | Trial Documents (Set Two): | from 6/14/2021 to 09/07/21 |
| H. | Final Pre-Trial Conference: | from 6/28/2021 to 09/20/21 at 3:00 p.m. |
| I. | Trial Date: | from 7/27/2021 to 10/19/21 at 8:30 a.m. |

IT IS SO ORDERED.

DATED: January 4, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE