1 Milord A. Keshishian, SBN 197835
milord@milordlaw.com
2 Stephanie V. Trice, SBN 324944
stephanie@milordlaw.com
3 MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
4 Los Angeles, California 90064
Tel: (310) 226-7878
5 Fax: (310) 226-7879

6 Attorneys for Plaintiff
Beyond Blond Productions, LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 BEYOND BLOND PRODUCTIONS, LLC, | CASE NO.:  2:20-cv-05581 DSF (GJSx)
a California limited liability company;

12

13                    Plaintiff,

| **DECLARATION OF MILORD A.
KESHISHIAN IN SUPPORT OF
BEYOND BLOND AND MICHELLE
JUSTICE'S MOTION TO DISMISS
DEFENDANTS' AMENDED
COUNTERCLAIMS AND THIRD-
PARTY COMPLAINT (ECF NO. 138)**

14

                    vs.

15

16 EDWARD HELDMAN III, an individual;
COMEDYMX, INC., a Nevada corporation;

17 COMEDYMX, LLC, a Delaware limited
liability company; and DOES 1-10;

18

19                    Defendants.

Date:        September 27, 2021
Time:       1:30 p.m.
Location:  Courtroom 7D
                 350 West 1st Street
                 Los Angeles, California 90012

20

21 And Related Counterclaims and Third-Party
Claims

22

23

24

25

26

27

28

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

---

**DECLARATION OF MILORD A. KESHISHIAN ISO
MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS (ECF NO. 138)**

## DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. §1746 upon direct personal knowledge that the following is true and correct:

1.      I am an attorney duly licensed to practice before this Court and am a principal of Milord & Associates, P.C., counsel of record for Plaintiff Beyond Blond, Inc. ("Beyond Blond").  Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2.      I am readily familiar with the facts in this matter.

3.      On February 21, 2020, Defendants' counsel sent a DMCA takedown notice to Amazon accusing Beyond Blond of trademark infringement.  A true and correct copy of Amazon's email to Defendants' counsel confirming receipt of Defendants' DMCA takedown notice for trademark infringement is attached as **EXHIBIT A**.

4.      Amazon rejected the takedown notice the same day because Defendants ComedyMX LLC and Heldman did not own any registered trademarks.  A true and correct copy of Amazon's rejection of Defendants' DMCA takedown notice is for trademark infringement is attached as **EXHIBIT B**.

5.      Defendant Heldman then personally fabricated a trademark infringement claim baselessly asserting to Amazon that Defendants owned trademark rights in Performing Arts copyright registrations, and filed false DMCA takedown notices in bad faith.  True and correct copies of Defendants' DMCA takedown notices are attached as **EXHIBIT C** and **EXHIBIT D**.

6.      During the prosecution of the CARTOON CLASSICS + Design trademark application, Defendants concealed from the Examining Attorney their blatant copying of off-the-shelf Freestyle Script font and clipart eyes.

7.      In 2020 and 2021, I reviewed Defendants' 8thManDVD.com Cartoon Channel on YouTube and note that Defendants use "cartoon classics" term generically to say "what" videos they show on YouTube, *e.g.* "Looney Tunes cartoon classics" in the

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-1-

"8thManDVD cartoon classics 2016 intro."  A true and correct copy of the webpage printouts of the below 8thManDVD.com videos is attached as **Exhibit E**.

    a. Looney Tunes Cartoon Classics: Bars and Stripes Forever (1939)

    b. Looney Tunes Cartoon Classics: The Lion's Busy (Leo the Lion) (1948)

    c. Looney Tunes Cartoon Classics: Plane Dippy (Porky Pig) (1936)

    d. Looney Tunes Cartoon Classics: The Lion's Busy (Leo the Lion) (1948)

    e. 8thManDVD Cartoon Classics 2016 Intro

    f. Looney Tunes Cartoon Classics: Coy Decoy (Porky Pig & Daffy Duck) (1941)

    g. Looney Tunes Cartoon Classics: Porky's Midnight Matinee (1941)

    h. Looney Tunes Cartoon Classics: Boom Boom (Porky Pig) (1935)

8. I reviewed Defendants 8thManDVD.com Cartoon Channel on YouTube and note that Defendants always use their 8thManDVD.com trademark directly above the generic cartoon classics term.

9. Defendants' amended counterclaims came weeks after the parties met and conferred regarding Beyond Blond's intended motion for judgment on the pleadings for the trademark infringement counterclaims.  The parties met and conferred regarding Beyond Blond's intended motion for judgment on the pleadings on August 3, 2021. Defendants' amended counterclaims were filed on August 13, 2021.  Upon information and belief, Defendants' improper amendment reopened the pleadings to circumvent Beyond Blond's imminent motion for judgment on the pleadings.

10. On August 23, 2021, the parties commenced the meet and confer process regarding the instant motion pursuant to Local Rule 7-3.  On August 27, 2021, the parties met and conferred again.  No resolution was reached and Defendants stated that they would oppose the motion.

//

//

//

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**DECLARATION OF MILORD A. KESHISHIAN ISO
MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS (ECF NO. 138)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of August, 2021 in Los Angeles, California.

/s/ Milord A. Keshishian
Milord A. Keshishian

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-3-

**DECLARATION OF MILORD A. KESHISHIAN ISO**
**MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS (ECF NO. 138)**

EXHIBIT A

*Beyond Blond Productions, LLC v. Heldman, et al.*,

Case No. 2:20-cv-05581-DSF-GJSx

DECLARATION OF BEN T. LILA

IN SUPPORT OF MOTION FOR ORDER

GRANTING SPECIAL MOTION TO STRIKE

COUNTS IV, V, AND VI IN FIRST AMENDED COMPLAINT

# EXHIBIT  E

| | |
|---|---|
| **From:** | Amazon <no-reply-notice-outreach@amazon.com> |
| **Sent:** | Friday, February 21, 2020 4:47 PM |
| **To:** | Ben T. Lila |
| **Subject:** | We Have Received Your Infringement Complaint about B06VY19XFP, B06XDQBQLN, B071XNKHNK, B07513T34P, B079T6GWF6 |

Hello,

We received your email. Amazon respects the intellectual property rights of others. After we process your notice, we will notify you by email. This usually takes 1 to 2 days.

Complaint ID: 6827855161

Sincerely,
Amazon.com

1

Declaration of Ben T. Lila, Ex. E
024

EXHIBIT B

*Beyond Blond Productions, LLC v. Heldman, et al.*,

Case No. 2:20-cv-05581-DSF-GJSx

DECLARATION OF BEN T. LILA

IN SUPPORT OF MOTION FOR ORDER

GRANTING SPECIAL MOTION TO STRIKE

COUNTS IV, V, AND VI IN FIRST AMENDED COMPLAINT

# EXHIBIT  F

| | |
|---|---|
| **From:** | Amazon <notice-dispute@amazon.com> |
| **Sent:** | Friday, February 21, 2020 9:41 PM |
| **To:** | Ben T. Lila |
| **Subject:** | Your Report of Rights Infringement on Amazon.com |

Hello,

Thank you for your report of infringement. We cannot take action on your report for the reasons listed below.

-- You did not provide a (valid) registration number for your IP right (trademark, patent, or design), or the registration does not show that you own an enforceable IP right. Trademarks, patents, and designs must be validly registered. We do not enforce pending applications or expired IP rights.

If you believe a materially different product is being sold on this listing, you can report this possible violation as follows:
1) Visit our Contact Us page (https://sellercentral.amazon.com/cu/contact-us).
2) Select &quot;Other issues&quot; on the left side of the page.
3) Select &quot;Report a violation&quot; on the Contact Us form.

All reports are thoroughly investigated by our investigations team.

For example, selecting trademark infringement but discussing copyright issues in the submission will result in the notice being processed as a trademark complaint. To report infringement of a trademark and a copyright, separate notices must be filed.

ASIN: B071XNKHNK, B06VY19XFP, B06XDQBQLN, B07513T34P, B079T6GWF6 Complaint ID: 6827855161

To learn more about Amazon Intellectual Property policies, please review our Rights Owner Help Content (https://sellercentral.amazon.com/gp/help/external/U5SQCEKADDAQRLZ).

Sincerely,

Seller Performance Team
Amazon.com

========================
If you are a Rights Owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry. Amazon Brand Registry provides access to powerful tools, including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, please visit the Amazon Brand Registry page (https://brandservices.amazon.com/?ld=BRUSNFE).

Declaration of Ben T. Lila, Ex. F
026

EXHIBIT C

EDWARD HELDMAN III
PRESIDENT
COMEDYMX, INC.

February 29, 2020

*Via Email Only to abuse@amazonaws.com*

Copyright Agent/Amazon Web Services
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
fax: (206) 266-7010
e-mail: abuse@amazonaws.com

**Re:   DMCA TAKEDOWN NOTICE –  CARTOON CLASSICS By BB
Productions** *Pursuant to 17 U.S.C. § 512(c)(3)(A)*

Ladies and Gentlemen:

It has come to the attention of Comedy MX, Inc. ("Comedy MX") that its intellectual property is being infringed by BB Productions ("BB Productions") on Amazon.  Specifically, ComedyMX owns the copyright to the CARTOON CLASSICS original stylized logo design. BB Production's use is unauthorized and is being used promote similar goods and services on your website Amazon.com. The unauthorized copying of ComedyMX's original stylized logo constitutes willful infringement under the Copyright Act (17 U.S.C. § 101, *et. seq.*), which entitles ComedyMX to damages, profits, statutory damages, injunctive relief and attorneys' fees.

ComedyMX is also the owner of all copyright rights associated with its original stylized logo design that is the subject of multiple copyright registrations, including U.S. Copyright No. PAu003798644.  *See more extensive* list below.

The Copyrighted Work is now being infringed on Amazon in the CARTOON CLASSICS Cartoon Compilation videos By BB Productions (the "Infringing Material").

The Infringing Material can be found at the following URLs:

Cartoon Classics - Vol. 1: 25 Favorite Cartoons - 3 Hours
https://www.amazon.com/Cartoon-Classics-Favorite-Cartoons-Hours/dp/B06WD8MNGG/

Cartoon Classics - Vol. 2: 25 Favorite Cartoons - 3 Hours

Amazon
February 29, 2020
Page 2 of 4


https://www.amazon.com/Cartoon-Classics-Favorite-Cartoons-Hours/dp/B06XDQBQLN/


Cartoon Classics - Vol. 3: 25 Favorite Cartoons - 3 Hours
https://www.amazon.com/Cartoon-Classics-Favorite-Cartoons-Hours/dp/B071XNKHNK/


Cartoon Classics - Vol. 4: 25 Favorite Cartoons - 3 Hours
https://www.amazon.com/Cartoon-Classics-Favorite-Cartoons-Hours/dp/B07513T34P/


Cartoon Classics - Vol. 5: 25 Favorite Cartoons - 3 Hours
https://www.amazon.com/Cartoon-Classics-Favorite-Cartoons-Hours/dp/B079SRPXX9/


Cartoon Classics - Vol. 6: 25 Favorite Cartoons - 3 Hours
https://www.amazon.com/Cartoon-Classics-Favorite-Cartoons-Hours/dp/B07RYXR1X9/

The Infringing Material includes the copyrighted artwork original stylized logo that was created by ComedyMX including the pending trademark application for the CARTOON CLASSICS Design USPTO Application #88789484.

To be clear, this DMCA notice concerns multiple copyrights including but not limited to US Registration Numbers:

PAu003798644
PAu003801911
PAu003986151
PAu003803308
PAu003801793
PAu003801795
PAu003803401
PAu003921426

ComedyMX requests that Amazon take down the Infringing Material immediately.

ComedyMX has a good faith belief that the use of the material in the manner complained of is not authorized by ComedyMX as copyright owner.

The information in this notification is accurate, and under penalty of perjury, ComedyMX is the owner of an exclusive right that is allegedly infringed.

Amazon
February 29, 2020
Page 3 of 4


      Nothing in this letter shall constitute a waiver or relinquishment of any rights, remedies or causes of action that ComedyMX may possess in connection with the issues raised in this letter.  Moreover, ComedyMX expressly reserves all rights, remedies and causes of action it may have. This letter purports to be neither a complete statement of all relevant facts nor a complete statement of all of ComedyMX's claims and causes of action in this case.

      Please do not hesitate to contact me if you have any questions regarding this letter.   You may reach me via e-mail at eheldman3@comedymx.com

                Best regards



                Edward Heldman, III
                President, ComedyMX, Inc.,


C: +1.201.679.7428
eheldman3@ComedyMX.com           CC: ec2-abuse@amazon.com,
                            copyright@amazon.com


ComedyMX Inc.
123 W. Nye Lane, Suite 129
Carson City, NV 89706



Amazon
February 29, 2020
Page 4 of 4



EXHIBIT D



EDWARD HELDMAN III
PRESIDENT
COMEDYMX, INC.

March 30, 2020

*Via Email Only to abuse@amazonaws.com*

Copyright Agent/Amazon Web Services
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
fax: (206) 266-7010
e-mail: abuse@amazonaws.com

**Re:    DMCA TAKEDOWN NOTICE – PATRIOTIC CARTOON CLASSICS By BB Productions** *Pursuant to 17 U.S.C. § 512(c)(3)(A)*

Ladies and Gentlemen:

It has come to the attention of Comedy MX, Inc. ("Comedy MX") that its intellectual property is being infringed by BB Productions ("BB Productions") on Amazon.  Specifically, ComedyMX owns the copyright to the CARTOON CLASSICS original stylized logo design which is part of multiple copyrighted works. BB Production's use is unauthorized and is being used promote similar goods and services on your website Amazon.com. The unauthorized copying of ComedyMX's original stylized logo constitutes willful infringement under the Copyright Act (17 U.S.C. § 101, *et. seq.*), which entitles ComedyMX to damages, profits, statutory damages, injunctive relief and attorneys' fees.

ComedyMX is also the owner of all copyright rights associated with its original stylized logo design which is part of multiple copyrighted works that is the subject of multiple copyright registrations, including U.S. Copyright No.  PAu003798644.  *See more extensive* list below.

The Copyrighted Work is now being infringed on Amazon in the CARTOON CLASSICS Cartoon Compilation videos By BB Productions (the "Infringing Material").

The Infringing Material can be found at the following URLs:

Patriotic Cartoon Classics: 25 All-American Cartoons from World War II
https://www.amazon.com/Patriotic-Cartoon-Classics-All-American-Cartoons/dp/B071GZK4T4/

Amazon
March 30, 2020
Page 2 of 3


The Infringing Material includes the copyrighted artwork original stylized logo that was created by ComedyMX including the pending trademark application for the CARTOON CLASSICS Design USPTO Application #88789484.

To be clear, this DMCA notice concerns multiple copyrights including but not limited to US Registration Numbers:

PAu003798644
PAu003801911
PAu003986151
PAu003803308
PAu003801793
PAu003801795
PAu003803401
PAu003921426

ComedyMX requests that Amazon take down the Infringing Material immediately.

ComedyMX has a good faith belief that the use of the material in the manner complained of is not authorized by ComedyMX as copyright owner.

The information in this notification is accurate, and under penalty of perjury, ComedyMX is the owner of an exclusive right that is allegedly infringed.

Nothing in this letter shall constitute a waiver or relinquishment of any rights, remedies or causes of action that ComedyMX may possess in connection with the issues raised in this letter.  Moreover, ComedyMX expressly reserves all rights, remedies and causes of action it may have. This letter purports to be neither a complete statement of all relevant facts nor a complete statement of all of ComedyMX's claims and causes of action in this case.

Please do not hesitate to contact me if you have any questions regarding this letter.   You may reach me via e-mail at eheldman3@comedymx.com

Best regards


Edward Heldman, III
President, ComedyMX, Inc.,


C: +1.201.679.7428
eheldman3@ComedyMX.com                          CC: ec2-abuse@amazon.com,

Amazon
March 30, 2020
Page 3 of 3

copyright@amazon.com

ComedyMX Inc.
123 W. Nye Lane, Suite 129
Carson City, NV 89706





EXHIBIT E

**Page Vault**

| | |
|---|---|
| Document title: | Looney Tunes Cartoon Classics: Bars and Stripes Forever (1939) (HD) | Mel Blanc - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=oNSmOT3TGQs |
| Captured site IP: | 172.217.13.78 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:34:23 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:35:38 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | baad79ef-fade-4c73-a9f1-f67ab7fc2b30 |
| User: | milord-priya |

PDF REFERENCE #:        69GPr1uEik4fK4ALvgcP7N



≡ ▶ YouTube

360 👎 REPLY

▾ View 16 replies

**james carter** 1 year ago
Modern cartoons can't touch this stuff

👍 141 👎 REPLY

▾ View 7 replies

**plucas1** 1 year ago
0:51 I want a real life version of that clock. Maybe with updated years, though.

Plus we'd still be on that clock too, since it goes up to 2020

👍 92 👎 REPLY

▾ View reply

**McCraeTheMediaLover1999** 1 year ago
The Merrie Melodies Version of The Shawshank Redemption!

👍 73 👎 REPLY

▾ View 2 replies

**TronRider** 1 year ago
2:40 "A man may be down but he's never out!" -The Warden

👍 70 👎 REPLY

**the demon on your bed** 1 year ago
0:51 it's your time **NO ITS OUR TIME**

**RUSSIAN music on the background**

👍 54 👎 REPLY

▾ View 2 replies

**Lee Tatum** 1 year ago
I absolutely love this one, my son has to watch it every night before he goes to sleep. Thanks for the upload and all the entertainment you give us!!

👍 88 👎 REPLY

▾ View 4 replies

**Oh Wow** 1 year ago
1:58 the way to talk reminds me of Grandmaster from Thor Ragnarok movie

👍 32 👎 REPLY

**AaroMotive Studio** 11 months ago
Anybody else hear the alarm scream "POLIIIIIICE!!"

👍 13 👎 REPLY

▾ View 2 replies

**BJL Tv** 1 year ago
1:45 wow. Prison official is as bad as the prisoner who shot him. He's chosen the smaller inmate to beat down. 😡
Again @ 3:50.

👍 42 👎 REPLY

▾ View 6 replies

**Chainsaw Aardvark** 1 year ago
This cartoon actually has a symbolic appearance in the film "Ghost Dog: Way of the Samurai". It both foreshadows the way an assassin kills someone, and is a thematic point about changing times (someone is seen watching more modern cartoons later)

👍 22 👎 REPLY

**Alex Heller** 1 year ago
4:54
This will always be my favorite ^_^

👍 17 👎 REPLY


The Biggest Looney Tunes Compilation: Bugs Bunny, Daff...
Kartonok
20M views • 6 years ago

Ed Edd n Eddy | Sleep Eating | Cartoon Network
Ed Edd n Eddy
500K views • 2 years ago

Looney Tunes - Daffy The Commando 1943 High Quality...
CLASSIC COMEDY CHANNEL ✓
894K views • 1 year ago

LOONEY TUNES (Looney Toons): BUGS BUNNY - Wacki...
8thManDVD.com™ Cartoon C...
953K views • 6 years ago

Mickey Mouse, Chip and Dale, Donald Duck Cartoons | Disne...
Crazy Collections
7.2M views • 2 years ago

Mickey Mouse - The Worm Turns - 1937
Old Classic Cartoons
3.6M views • 2 years ago

LOONEY TUNES (Looney Toons): Rookie Revue (1941)...
8thManDVD.com™ Cartoon C... ✓
16M views • 6 years ago

Looney Tunes Cartoon Classics: The Lion's Busy (Leo the Lion)...
8thManDVD.com™ Cartoon C... ✓
297K views • 1 year ago

Classic Cartoons #5
Vintageart1994
1.1M views • 9 years ago

LOONEY TUNES (Looney Toons): The Ducktators (1942)...
8thManDVD.com™ Cartoon C... ✓
1.6M views • 6 years ago


Looney Tunes | Was That Bugs Bunny? | Classic Cartoon...
WB Kids ✓
1.8M views • 2 years ago

LOONEY TUNES (Looney Toons): The Fifth Column...
8thManDVD.com™ Cartoon C... ✓
8.4M views • 6 years ago

Looney Tunes | Daffy Duck VS Speedy Gonzales | Classic...
WB Kids ✓
2.3M views • 2 years ago

Looney Tunes | Summer Vacation! | WB Kids
WB Kids ✓
7.4M views • 2 years ago


Looney Tunes | Best Cold Opens

Document title: Looney Tunes Cartoon Classics: Bars and Stripes Forever (1939) (HD) | Mel Blanc - YouTube
Capture URL: https://www.youtube.com/watch?v=oNSmOT3TGQs
Capture timestamp (UTC): Wed, 17 Jun 2020 23:35:38 GMT

Page 2 of 2

Page Vault

| | |
|---|---|
| Document title: | Looney Tunes Cartoon Classics: A Day at the Zoo (1939) (HD) | Tex Avery, Mel Blanc, Robert C. Bruce - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=uJ1jXVAm53Q |
| Captured site IP: | 172.217.13.78 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:35:56 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:36:35 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | ea1041fc-b742-4fcd-ade0-c2356c541282 |
| User: | milord-priya |

PDF REFERENCE #:          awHzjBqnL7AVwoYHPJ85tX





Page Vault

| | |
|---|---|
| Document title: | Looney Tunes Cartoon Classics: The Lion's Busy (Leo the Lion) (1948) (HD) | Mel Blanc - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=KGVpH0o5PBE |
| Captured site IP: | 172.253.63.190 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:37:26 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:39:15 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 08dcb998-03c4-4c87-b1b2-24bce75939a6 |
| User: | milord-priya |

PDF REFERENCE #:          fzytZdF7M5TDvUcCarvkZq



Document title: Looney Tunes Cartoon Classics: The Lion&#39;s Busy (Leo the Lion) (1948) (HD) | Mel Blanc - YouTube
Capture URL: https://www.youtube.com/watch?v=KGVpH0o5PBE
Capture timestamp (UTC): Wed, 17 Jun 2020 23:39:15 GMT

▼ View 4 replies

**BJL Tv** 1 year ago
1:35 Lions rarely live beyond the age of 10 years.
Vulture - yep, you're not getting any younger. 😂😂🤣
Getting ready with fork and knife ready to feed

👍 77  👎    REPLY

▼ View 5 replies

**Kenneth Sloan** 1 year ago
I love the part when it shows the years, 1950, 1951, '52, '53, '54, etc pass by.

👍 14  👎    REPLY

▼ View 2 replies

**E B** 1 year ago
In 1948 they already had rockets to the moon.

👍 24  👎    REPLY

▼ View reply

**Creepy Andy** 1 year ago (edited)
An irish lion, classic

👍 41  👎    REPLY

**skinger skanger** 1 year ago
Well Leo lived WAY past his life expectancy....lmao

👍 33  👎    REPLY

▼ View 2 replies

**slackerman1967** 1 year ago
I miss my Saturday morning cartoons

👍 68  👎    REPLY

▼ View reply

**Ferdinand Cesarano** 1 year ago
I wasn't aware that the Buzzard appeared in cartoons other than "Bugs Bunny Gets the Boid" and "The Bashful Buzzard".

👍 34  👎    REPLY

▼ View 7 replies

**Steven Baer** 11 months ago
At their old age with no teeththey can only eat marshmallows. I love how the buzzard telling the Irish accent Leo the lion Have One offering him a single marshmallow.

👍 6  👎    REPLY

**Frank Tidepod** 1 year ago
I remember watching these back in the 90's when I was a pre-schooler. Never realized just how old these cartoons were at that time.

👍 5  👎    REPLY

**Josh Watkins** 1 year ago
"Temper, temper Mr. Lion."

👍 13  👎    REPLY

**J Polar** 1 year ago
This is pure gold compared to the crap cartoons they make today.

👍 9  👎    REPLY

**Steven Baer** 1 year ago
Thats killa the one who always bugging Bugs Bunny? I love his speech Nope 🙅 nope nope, now you go hurt my feelings you carnivorous canary. Temper temper Mr lion

👍 19  👎    REPLY

**Raiden3** 9 months ago
Mr. Lion is the looney tunes version of captain haddock

---

LOONEY TUNES (Looney
Toons): Gold Rush Daze (1939...
8thManDVD™ Cartoon C... ✓
145K views • 5 years ago

LOONEY TUNES
7:30

Mickey Mouse - The Haunted
House (1929)
Laser Time
7.8M views • 4 years ago

6:42

Noveltoon Tarts & Flowers
Angel Cake Gingerbread Man...
GoonCartoons
349K views • 3 years ago

7:06

Bugs Bunny & The Buzzard
Paul Angel
345K views • 1 year ago

3:34

LOONEY TUNES (Looney
Toons): DAFFY DUCK - To Duc...
8thManDVD™ Cartoon C... ✓
1.8M views • 6 years ago

6:48

Looney Tunes Classic
Collection - Remastered HD
CLASSIC COMEDY CHANNEL ✓
3.5M views • 2 years ago

1:51:29

LOONEY TUNES (Looney
Toons): I Wanna Be a Sailor...
8thManDVD™ Cartoon C... ✓
390K views • 5 years ago

7:10

LOONEY TUNES (Looney
Toons): BUGS BUNNY - The...
8thManDVD™ Cartoon C... ✓
2.4M views • 6 years ago

8:17

Looney Tunes | Daffy Duck VS
Speedy Gonzales | Classic...
WB Kids ✓
2.3M views • 2 years ago

25:56

Looney Tunes - Mega
Compilation 6 | Bugs Bunny,...
Kartonok
85K views • 3 weeks ago

10:27:27

LOONEY TUNES (Looney
Toons): BUGS BUNNY - Case o...
8thManDVD™ Cartoon C... ✓
2.6M views • 6 years ago

8:24

Looney Tunes - Compilation |
Bugs Bunny, Porky Pig, Daffy...
Kartonok
430K views • 3 months ago

3:53:47

LOONEY TUNES (Looney
Toons): DAFFY DUCK - Daffy...
8thManDVD™ Cartoon C... ✓
444K views • 1 year ago

7:57

Looney Tunes | Summer
Vacation! | WB Kids
WB Kids ✓
7.4M views • 2 years ago

28:39

LOONEY TUNES (Looney
Toons): Rookie Revue (1941)...
8thManDVD™ Cartoon C... ✓

---

Document title: Looney Tunes Cartoon Classics: The Lion&#39;s Busy (Leo the Lion) (1948) (HD) | Mel Blanc - YouTube
Capture URL: https://www.youtube.com/watch?v=KGVpH0o5PBE
Capture timestamp (UTC): Wed, 17 Jun 2020 23:39:15 GMT

Page Vault

| | |
|---|---|
| Document title: | Looney Tunes Cartoon Classics: Plane Dippy (Porky Pig) (1936) (HD) | Billy Bletcher, Joe Dougherty - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=HCTMGlne6ac |
| Captured site IP: | 172.253.63.91 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:42:47 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:43:29 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 19c1955c-3feb-415b-993a-685ebe32f776 |
| User: | milord-priya |

PDF REFERENCE #:        73dzAPqGv77EWbkbxGH4Ku



Read more

👍 21    REPLY

**Lee Tatum** 1 year ago
D-D-D-D-Down r-r-r-r-right wonderful!!

👍 19    REPLY

**IAmJed** 1 year ago
Porky is never going to be a pilot

👍 11    REPLY

**Rusty Nail** 1 year ago
i love these old cartoons.

👍 8    REPLY

**Jada Parks/Villanueva** 1 year ago
My grandchildren just love these old cartoons . Mahalo nui loa  from Hawaii.

👍 4    REPLY

▼ View reply

**David Fullam** 1 year ago
A classic!

👍 8    REPLY

**MrUnit731** 1 year ago
I love this ❤️
Keep them coming. Thanks for sharing.

👍 4    REPLY

**ZD Productions** 9 months ago
1:11 I wanna lern to Fffffff......
What to you want to do, porky?

👍 4    REPLY

**Yosef Demby** 4 months ago (edited)
After Porky, Joe Dougherty was reduced to an extra, his imdb credits sparse, big gaps in between years, and who knows what else in his life? Virtually nothing is known. (Makes me wonder why the studio hired a man with a stutter.) Meanwhile, Mel Blanc has received fame, fortune, and immortality. (Hey, at least he didn't take credit for Elmer Fudd.)
--
Read more

👍 1    REPLY

**Shrill** 1 year ago
Porky has never looked cuter! So fat! 🐷

👍 4    REPLY

▼ View reply

**Mom/Color Love All Colors** 1 year ago
Old school

👍 4    REPLY

**풍풍드로우** 1 year ago
크아~~ 고전 애니메이션 너무 좋아요~!!! 자주 올려주세요~!!!! 돼지 캐릭터 너무 귀여워~!!!

👍    REPLY

**Rodney Christensen** 1 year ago
I guess Porky had issues with A.I lol

👍    REPLY

**Fernan Martinex** 1 year ago
Bueno q sigan así cm a está

👍    REPLY

**The Horse Stable Channel** 1 year ago
Porky looks SEVERELY overweight....

👍    REPLY

**Mickey Mouse - The Worm Turns - 1937**
Old Classic Cartoons
3.6M views • 2 years ago
7:48

**Looney Tunes Cartoon Classics: Porky's Pastry Pirates (1942)...**
8thManDVD™ Cartoon C... ✓
26K views • 1 year ago
7:14

**LOONEY TUNES (Looney Toons): The Ducktators (1942)...**
8thManDVD™ Cartoon C... ✓
1.6M views • 6 years ago
7:53

**LOONEY TUNES (Looney Toons): Tokio Jokio (WW2)...**
8thManDVD™ Cartoon C... ✓
1.4M views • 6 years ago
7:24

**Looney Tunes Cartoon Classics: Bars and Stripes Forever (193...**
8thManDVD™ Cartoon C... ✓
533K views • 1 year ago
7:50

**Tom and Jerry - Racist Cartoon 1920's**
retrolost
1.2M views • 8 years ago
6:57

**Evolution of PORKY PIG Over 84 Years (1935-2019) Explained**
Dave Lee Down Under
174K views • 10 months ago
24:48

**Looney Tunes Classic Collection - Remastered HD**
CLASSIC COMEDY CHANNEL ✓
3.5M views • 2 years ago
1:51:29

**Looney Tunes Cartoons (Bugs Bunny, Daffy Duck, Porky Pig)...**
CLASSIC COMEDY CHANNEL ✓
1.5M views • 1 month ago
5:19:53

**Rainbow Parade Cartoons - Toonerville Trolly (1936)...**
8thManDVD™ Cartoon C... ✓
178K views • 3 years ago
7:13

**Popeye The Sailor Man Classic Collection HD**
CLASSIC COMEDY CHANNEL ✓
7.2M views • 2 years ago
43:52

**LOONEY TUNES (Looney Toons): PORKY PIG - Porky Pi...**
8thManDVD™ Cartoon C... ✓
361K views • 6 years ago
8:49

**Igor (U.S)**
YouTube Movies ✓
2008 • Animation
Free
1:26:31

**Looney Tunes | Foghorn Leghorn on the Farm | Classic...**
WB Kids ✓
7.8M views • 2 years ago
20:02

**LOONEY TUNES (Looney Toons): The Timid Toreador...**
8thManDVD™ Cartoon C... ✓
137K views • 5 years ago
6:43

Document title: Looney Tunes Cartoon Classics: Plane Dippy (Porky Pig) (1936) (HD) | Billy Bletcher, Joe Dougherty - YouTube
Capture URL: https://www.youtube.com/watch?v=HCTMGlne6ac
Capture timestamp (UTC): Wed, 17 Jun 2020 23:43:29 GMT

**PageVault**

| | |
|---|---|
| Document title: | 8thManDVD Cartoon Classics 2016 Intro - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=aqsel9UwvQM |
| Captured site IP: | 172.217.15.78 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:44:34 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:44:55 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | 08efeb15-22ea-4cd3-9e14-1e8742ef34a1 |
| User: | milord-priya |



8thManDVD Cartoon Classics 2016 Intro

9,408 views · Jan 30, 2016

👍 57    👎 4    ↪ SHARE    ⊕ SAVE    ...

8thManDVD.com™ Cartoon Channel ✓
896K subscribers

SUBSCRIBE

2016 8thManDVD Intro. © 2016 ComedyMX LLC. All rights reserved. Unauthorized use is prohibited.

8 Comments    SORT BY

Commenting publicly as Stephanie Trice

**Davidcito Gutiérrez** 1 year ago
First!!
👍 1    👎    REPLY

**Brandy Boyd** 4 years ago
love it
👍    👎    REPLY

**RobloxFanGirl 2019** 2 years ago (edited)
Song in the background?
0:00 and 0:11
👍    👎    REPLY

**booz** 4 years ago
Cool
👍    👎    REPLY

**Waynne Edwards** 4 years ago
where the hell is tobor?
👍    👎    REPLY
▼ View reply from 8thManDVD.com™ Cartoon Channel

**MrMegaFredZeppelin** 4 years ago
Awesome :-) A "BIG" thumbs up :-) ROCK ON!!!!!!!!
👍    👎    REPLY

**Up next**    AUTOPLAY ⬤

LOONEY TUNES (Looney Toons): A Tale of Two Kitties...
8thManDVD.com™ Cartoon C... ✓
114K views · 3 years ago
7:01

Saturday Morning TV Memories 1964 - 1976 !!!
Johnnyboy792
5.3M views · 6 years ago
34:08

Guess The 90s Cartoon Theme
Tacoz Guy
Recommended for you
19:10

Disney Music - Lava (Official Lyric Video from "Lava")
DisneyMusicVEVO
Recommended for you
5:44

Descendants Cast Remember Cameron Boyce on His Bday
Riveted!
Recommended for you
New
10:21

LOONEY TUNES (Looney Toons): Hollywood Steps Out...
8thManDVD.com™ Cartoon C... ✓
3.4M views · 4 years ago
8:12

The Chuck Jones Show (Opening and Closing)
beepbeepgac
63K views · 10 years ago
0:51

Looney Tunes - Compilation | Bugs Bunny, Porky Pig, Daffy...
Kartonok
430K views · 3 months ago
3:53:47

Betty Boop Snow White 1933 HD Fletcher Studios Greatest...
GoonCartoons
2.3M views · 3 years ago
7:07

Looney Tunes Cartoons (Bugs Bunny, Daffy Duck, Porky Pig)...
CLASSIC COMEDY CHANNEL ✓
1.5M views · 1 month ago
5:19:53

The Addams Family Goes To School (Full Episode) | MGM
MGM ✓
Recommended for you
24:22

Looney Tunes | Newly Remastered Restored Cartoon...
8thManDVD.com™ Cartoon C... ✓
503K views · 4 weeks ago
5:19:51

Betty Boop - Minnie The Moocher - 1932 HD
Betty Boop HD
687K views · 3 years ago
7:55

Spoongebawb
Cory Clayton
Recommended for you
3:08

The Biggest Looney Tunes Compilation: Bugs Bunny, Daff...

Document title: 8thManDVD Cartoon Classics 2016 Intro - YouTube
Capture URL: https://www.youtube.com/watch?v=aqseI9UwvQM
Capture timestamp (UTC): Wed, 17 Jun 2020 23:44:55 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Looney Tunes Cartoon Classics: Coy Decoy (Porky Pig & Daffy Duck) (1941) (HD) \| Mel Blanc - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=sLHd4wxbR3g |
| Captured site IP: | 172.217.13.238 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:46:13 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:47:01 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 0d2f352b-a8c0-4fed-be08-328452498457 |
| User: | milord-priya |

PDF REFERENCE #:     5DuX8kKUhpLQtrvTCVEqXy



Document title: Looney Tunes Cartoon Classics: Coy Decoy (Porky Pig &amp; Daffy Duck) (1941) (HD) | Mel Blanc - YouTube
Capture URL: https://www.youtube.com/watch?v=sLHd4wxbR3g
Capture timestamp (UTC): Wed, 17 Jun 2020 23:47:01 GMT

Drswag 007 1 year ago
"you and your education!" well looks who talking

👍 6 👎 REPLY

amyvitality66 1 year ago
SAAAAY, ARE YOU FOLLOWING ME?!!

👍 16 👎 REPLY

🔽 View reply

KageChu2005 5 months ago
"You, and your education."
You can say that again. UwU

👍 3 👎 REPLY

Space Case 1 year ago
2:45 I didn't know there was a "Wolf of Wall Street" book before Jordan Belford.

👍 3 👎 REPLY

Franky S. 1 year ago
Those are some powerful books.

👍 6 👎 REPLY

Japjongetje 1 year ago
Classic cartoons also teaching kids about classical music. Always loved that.

👍 5 👎 REPLY

Xenomorph Enthusiaste 1 year ago
4:30- Daffy tried to pull the same card that one iconic French skunk pulled off perfectly

👍 5 👎 REPLY

Mr. O 1 year ago
Childhood memories... 😊

👍 4 👎 REPLY

jcheeseman21 1 year ago
I recall Bugs bunny in the same routine as Daffy here.

👍 5 👎 REPLY

🔽 View 2 replies

Bobmob25 1 year ago
The beginning of pepe lepue

👍 3 👎 REPLY

Nikola Majic 1 year ago (edited)
3:19 music please????

👍 2 👎 REPLY

Rusty Nail 1 year ago
Great cartoons love the oldies.

👍 2 👎 REPLY

Sothia Chhoeum 1 year ago
Daffy Duck talking French 😂💃

👍 3 👎 REPLY

Reed Mack 1 year ago
Ooooh my love dear gracefully nose ooooh beautiful I have waited for this moment wait OH CRAP

👍 1 👎 REPLY

Jackson Weathers 1 year ago
You, and your education!

👍 2 👎 REPLY

Nostalgia Chubby 1 year ago



**Page Vault**

| | |
|---|---|
| Document title: | Looney Tunes Cartoon Classics: Porky's Midnight Matinee (1941) (HD) | Mel Blanc, Kent Rogers - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=49MikvHvwC8 |
| Captured site IP: | 172.217.13.238 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:56:01 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:57:06 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 79ffc483-7f19-4d84-852d-ffd0e6810495 |
| User: | milord-priya |

PDF REFERENCE #:          kckblYDpLijFdXRJzFkzHJ



Looney Tunes Cartoon Classics: Porky's Midnight Matinee (1941) (HD) | Mel Blanc, Kent Rogers

30,350 views • May 3, 2019

👍 371   👎 19   ↪ SHARE   ≡+ SAVE   •••

 8thManDVD.com™ Cartoon Channel ✓
896K subscribers                                     SUBSCRIBE

Porky is working backstage flipping switches and things while singing and whistling "You Ought to be in Pictures", but he is stopped by a "PSST". It came from an ant in a cage and it wants Porky to let him out.

SHOW MORE

20 Comments        ≡ SORT BY

 S   Commenting publicly as Stephanie Trice

T   Terrance Addison 1 week ago
The way how that ant lead porky into one trap after another was brilliant
👍 👎   REPLY

D   David Jones 1 year ago
ant spray
👍 2 👎   REPLY

R   Randy Fleury 1 year ago
I grew up in the 50's when cartoons we're actually funny. Kids get ripped off today. Too bad, is it not?
👍 5 👎   REPLY

b   billy bones 1 year ago
how is an ant worth BILLIONS?! And why it sitting unguarded in an old theater?! because its loony toons and its hilarious, thats why. Little ant always cracked me up 😂👍
👍 6 👎   REPLY

Art Zone 100 1 year ago
Love this!
👍 4 👎   REPLY

Rat Kindler 1 year ago
Man! Can't show a kid's cartoon character drinking turpentine nowadays.  I remember seeing the Warner Bros. cartoon where farm animals were swallowing "weather pills" and having all sorts of crazy weather side effects, but this one had been edited so that none of the animals were seen swallowing the pills.  It was crazy and didn't make sense.  Why was that duck shooting lightening bolts?  Why was that chicken spinning around like a tornado?

 Legal Software
Ad · www.clio.com                    FREE DEMO

Up next                                    AUTOPLAY 🔵

 The Biggest Looney Tunes Compilation: Bugs Bunny, Daff...
Kartonok
20M views • 6 years ago
3:44:05

 Looney Tunes Cartoons (Bugs Bunny, Daffy Duck, Porky Pig)...
CLASSIC COMEDY CHANNEL ✓
1.5M views • 1 month ago
5:19:53

 GUESS THE SHOW: Disney Channel Theme Songs
Hollyweird Teens
Recommended for you
10:03

 Descendants Cast Remember Cameron Boyce on His Bday
Riveted!
Recommended for you
New
10:21

 Saturday Morning TV Memories 1964 - 1976 !!!
Johnnyboy792
5.3M views • 6 years ago
34:08

 360° Classic Looney Tunes/Merry Melodies (All 10...
Omni Verse
78K views • 2 years ago
360°
9:49

 Betty Boop - Minnie The Moocher - 1932 HD
Betty Boop HD
687K views • 3 years ago
7:55

 S17. Ep14. Peter is obsessed about losing weight 1080p
Emma Dicki
Recommended for you
22:42

 Della's Journey Home | Compilation | DuckTales |...
Disney XD ✓
2.1M views • 2 months ago
48:57

 Looney Tunes Cartoon Classics: Porky's Pastry Pirates (1942)...
8thManDVD.com™ Cartoon C... ✓
26K views • 1 year ago
7:14

 POPEYE THE SAILOR MAN | 1 Hour Classic Collection
Retro Toons
4.2M views • 2 years ago
55:37

 Looney Tunes Cartoon Classics: The Goofy Gophers (1947) (H...
8thManDVD.com™ Cartoon C... ✓
83K views • 1 year ago
7:02

THE BIGGEST BETTY BOOP COMPILATION: Grampy,...
8thManDVD.com™ Cartoon C... ✓
1.4M views • 5 years ago

**Rat Kindler** 1 year ago

Man!  Can't show a kid's cartoon character drinking turpentine nowadays.  I remember seeing the Warner Bros. cartoon where farm animals were swallowing "weather pills" and having all sorts of crazy weather side effects, but this one had been edited so that none of the animals were seen swallowing the pills.  It was crazy and didn't make sense.  Why was that duck shooting lightening bolts?  Why was that chicken spinning around like a tornado?

👍 4  👎  REPLY

🔽 View 2 replies

**blukmage19TypeR** 3 months ago (edited)

The pygmy ant's price was $162,422,503.51

(One Hundred Sixty-two Million, Four Hundred Twenty-two Thousand, Five Hundred Three Dollars and Fifty-one cents)...

...plus sales tax in November 22, 1941.

--

Read more

👍  👎  REPLY

🔽 View reply

**alfred newman** 1 year ago

58 and loving this channel  who needs MSM BS    Go 8thMan #1

👍 3  👎  REPLY

**Art Zone 100** 1 year ago

How's my vids?

👍 1  👎  REPLY

**Melanie Brantner** 1 year ago

😊

👍  👎  REPLY

**RTE** 1 year ago

No wonder they didn't laugh at chucks older cartoons they were so slow paced and lacking in humor. Animation is great though nice angles and execution I overall.

👍  👎  REPLY

**2005dave** 1 year ago

Wrong music in the beginning. They weren't using Porky Sig in 1941.

👍  👎  REPLY

🔽 View 2 replies

**Sergio D** 1 year ago

First

👍 1  👎  REPLY


83K views • 1 year ago


THE BIGGEST BETTY BOOP COMPILATION: Grampy,...
8thManDVD.com™ Cartoon C... ✔
1.4M views • 5 years ago


Looney Tunes Cartoon Classics: Bars and Stripes Forever (193...
8thManDVD.com™ Cartoon C... ✔
533K views • 1 year ago


Humpty Dumpty (1935) UB Iwerks [Remastered]
8thManDVD.com™ Cartoon C... ✔
142K views • 2 years ago


Looney Tunes - Mega Compilation 6 | Bugs Bunny,...
Kartonok
85K views • 3 weeks ago


Fish Tales (1936) Redrawn Colorized
Cartoon Quacker
11K views • 2 years ago


Biddy Sitting - SpongeBob SquarePants Full Episode
Rojo Roberto.T-
2.5M views • 3 weeks ago


Tom and Jerry - Racist Cartoon 1920's
retrolost
1.2M views • 8 years ago


Loony Tunes Cartoons (Bugs Bunny, Daffy Duck, Porky Pig)...
Kartonok
301K views • 1 month ago


LOONEY TUNES (4 Hours Collection): Daffy Duck, Porky...
8thManDVD.com™ Cartoon C... ✔
16M views • 3 years ago


Popeye The Sailor Man Classic Collection HD
CLASSIC COMEDY CHANNEL
7.2M views • 2 years ago


Looney Tunes | Newly Remastered Restored Cartoon...
8thManDVD.com™ Cartoon C... ✔
503K views • 4 weeks ago


POPEYE THE SAILOR MAN COMPILATION Vol 1: Popeye,...
8thManDVD.com™ Cartoon C... ✔
176K views • 1 year ago


Looney Tunes - Compilation | Bugs Bunny, Porky Pig, Daffy...
Kartonok
430K views • 3 months ago

LOONEY TUNES (Looney Toons): PORKY PIG - Meet Joh...
8thManDVD.com™ Cartoon C... ✔
283K views • 6 years ago

Looney Tunes - Bugs Bunny Compilation | Bugs Bunny
Kartonok

**Page Vault**

| | |
|---|---|
| Document title: | Looney Tunes Cartoon Classics: Boom Boom (Porky Pig) (1935) (HD) \| Tommy Bond, Joe Dougherty - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=dIh3fhRggQQ |
| Captured site IP: | 172.217.13.78 |
| Page loaded at (UTC): | Wed, 17 Jun 2020 23:59:14 GMT |
| Capture timestamp (UTC): | Wed, 17 Jun 2020 23:59:57 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 01f7b7b3-8eda-42c2-826a-a734eba810e3 |
| User: | milord-priya |

PDF REFERENCE #:            v3eiNtYCVCLiQo5yVnFEcC



Document title: Looney Tunes Cartoon Classics: Boom Boom (Porky Pig) (1935) (HD) | Tommy Bond, Joe Dougherty - YouTube
Capture URL: https://www.youtube.com/watch?v=dlh3fhRggQQ
Capture timestamp (UTC): Wed, 17 Jun 2020 23:59:57 GMT

☰  ▶ YouTube

Firedragon52574 Ramsey 1 year ago
Battlefield 1 in a nutshell

👍 2   👎   REPLY

Aasif Haque 1 year ago
I love this art style, can you upload the cartoon with a similar art style, probably b&w, the plot was "there was a disaster in
winter, so much wind and all people left the town/village except the main character", was it looney toons or other brands,
can't remember, please find and upload if you can.

👍 1   👎   REPLY

Art Zone 100 1 year ago
I just loves how the bullet plays with the victim

👍 2   👎   REPLY

EAS CEC 1 year ago
Originally Released On Leap Day (February 29th), 1936.

👍 1   👎   REPLY

Yusuph Abasi 1 month ago
0:53 call of duty in a nutshell

👍   👎   REPLY

billy bones 1 year ago
most cheeky bullets i ever seen

👍 2   👎   REPLY

Митрович Матеа 11 months ago
Can you do next Screen Song: The Big Flame Up ? 😄🔥

👍   👎   REPLY

Mom/Color Love All Colors 1 year ago
❤️ ❤️ LOVES

👍   👎   REPLY

Abc Worker television 10 months ago
0:21 THIS IS CALLED THE MEMORIES.REMINDER

👍   👎   REPLY

Xenomorph Enthusiasto 1 year ago
Le Belle Femme Skunk Fatale.

This is a clue of what a future video of yours should be about 😳.

👍   👎   REPLY

NolganBeard 1 year ago
1:33-1:35 Why is the bullet humping his head to get the helmet off!?😳

👍 1   👎   REPLY

Steve Carras 1 year ago
Glad to see the REAL voice actors on this pre-Mel Blanc short (voices are Joe Dougherty as Porky, and, though first billed in
the info prodived above, Tommy Bond

👍   👎   REPLY

Jason Tachin 1 year ago
RW:Inspiration for Bullet Bills in Super Mario games.

👍 1   👎   REPLY

Art Zone 100 1 year ago
Great

👍 1   👎   REPLY

Terrance Addison 1 week ago
Talk about riding shotgun!!

👍   👎   REPLY

Freddy Fernando Gonzalez ·�semi· 1 year ago



30K views • 1 year ago
7:53

Top 20 Saddest Moments In Kid
Shows | blameitonjorge
blameitonjorge ✓
Recommended for you
28:08

360° Classic Looney
Tunes/Merry Melodies (All 10...
Omni Verse
78K views • 2 years ago
9:49    360°

Woody Woodpecker | Bad
Weather | Woody Woodpecker...
Woody Woodpecker ✓
4.1M views • 1 year ago
58:31

LOONEY TUNES (Looney
Toons): Tokio Jokio (WW2)...
8thManDVD™ Cartoon C... ✓
1.4M views • 5 years ago
7:24

☠️ LIVE NOW ☠️ Looney Tunes
TV : The First Full Tv Channel...
Kartonok
131 watching
LIVE NOW

Loony Tunes - Mega
Compilation 5 | Bugs Bunny,...
Kartonok
80K views • 3 weeks ago
10:29:05

Saturday Morning in the 70s
CrowhavenTV
1.4M views • 5 years ago
22:26

LOONEY TUNES (Looney
Toons): The Best Of Censored...
8thManDVD™ Cartoon C... ✓
335K views • 4 years ago
20:58

Looney Tunes Cartoon Classics:
A Day at the Zoo (1939) (HD)...
8thManDVD™ Cartoon C... ✓
137K views • 1 year ago
7:13

LOONEY TUNES (Looney
Toons): PORKY PIG - Porky's...
8thManDVD™ Cartoon C... ✓
62K views • 5 years ago
7:36

Looney Tunes Cartoon Classics:
Coy Decoy (Porky Pig & Daffy...
8thManDVD™ Cartoon C... ✓
58K views • 1 year ago
7:48

Della's Journey Home |
Compilation | DuckTales |...
Disney XD ✓
2.1M views • 2 months ago
48:57

Looney Tunes 4 Hour HD
Compilation - Bugs Bunny, Daf...
CLASSIC COMEDY CHANNEL
780K views • 6 months ago
3:44:05

S17. Ep14. Peter is obsessed
about losing weight 1080p
Emma Dicki
Recommended for you
22:42

LOONEY TUNES (Looney
Toons): Bugs Bunny & More!...
8thManDVD™ Cartoon C... ✓

Document title: Looney Tunes Cartoon Classics: Boom Boom (Porky Pig) (1935) (HD) | Tommy Bond, Joe Dougherty - YouTube
Capture URL: https://www.youtube.com/watch?v=dIh3fhRggQQ
Capture timestamp (UTC): Wed, 17 Jun 2020 23:59:57 GMT