RANDALL S. NEWMAN, ESQ. (CSB 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3737
rsn@randallnewman.net

MEIR J. WESTREICH (CSB 73133)
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626.676.3585
meirjw@aol.com

Attorneys for Defendants and Third-Party Plaintiffs
Edward Heldman III and ComedyMX, Inc.
and Defendant, Counterclaimant, and Third-Party Plaintiff
ComedyMX, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10; <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. 2:20-cv-05581-DSF-GJSx <br><br> **Honorable Dale S. Fischer** <br><br> **PRELIMINARY INJUNCTION APPEAL** <br><br> **COMEDYMX, LLC'S NOTICE OF APPEAL** <br><br> [NINTH CIRCUIT RULE 3-2(B) REPRESENTATION STATEMENT ATTACHED] |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Counterclaimant and Third-Party Plaintiff ComedyMX, LLC ("CMX") appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered on August 13, 2021 denying CMX's motion for a preliminary injunction (Dkt. 137), and from the interlocutory Order entered on August 14, 2020 granting the motion by Plaintiff and Counterclaim Defendant Beyond Blond Productions, LLC for a preliminary injunction (Dkt. 25), insofar as the August 14, 2020 Order (Dkt. 25) made any finding of fact or conclusion of law that is a basis for, controlling of, inextricably intertwined with, or was reaffirmed by the August 13, 2021 Order (Dkt. 137).

CMX's Representation Statement is attached hereto as Exhibit A.

DATED:  September 9, 2021

RANDALL S. NEWMAN
Attorney at Law

By:  /s/ Randall S. Newman
Randall S. Newman

Attorneys for Defendants and Third-Party Plaintiffs Edward Heldman III and ComedyMX, Inc., and Defendant, Counterclaimant, and Third-Party Plaintiff ComedyMX, LLC

# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

ComedyMX, LLC

Name(s) of counsel (if any):

K. Andrew Kent (SBN 130097)
Gregory N. Albright (SBN 145547)
RINCON VENTURE LAW GROUP

Address: 2801 Townsgate Road, Suite 200, Westlake Village, CA 91361

Telephone number(s): (805) 557-0580

Email(s): akent@rincongroup.com, galbright@rincongroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Beyond Blond Productions, LLC

Name(s) of counsel (if any):

Milord A. Keshishian (SBN 197835)
Stephanie V. Trice (SBN 324944)
MILORD & ASSOCIATES, P.C.

Address: 10517 West Pico Boulevard, Los Angeles, CA 90064

Telephone number(s): (310) 226-7878

Email(s): milord@milordlaw.com, stephanie@milordlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                    1                                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:
ComedyMX, LLC

Name(s) of counsel (if any):
Randall S. Newman, Esq. (CSB 190547)
Attorney at Law

Address: 99 Wall St., Suite 3727
Telephone number(s): 212.797.3737
Email(s): rsn@randallnewman.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                           2                                    *New 12/01/2018*

Continued list of parties and counsel:

**Appellants**

| | |
|---|---|
| Name of Party: | ComedyMX, LLC |
| Name of Counsel: | Meir J. Westreich<br>Attorney at Law |
| Address: | 221 East Walnut, Suite 200<br>Pasadena, California 91101 |
| Telephone Number: | 626.676.3585 |
| Email: | meirjw@aol.com |
| Registered for ECF: | Yes |