# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br>    Plaintiff,<br><br>        v.<br><br>EDWARD HELDMAN III, et al.,<br>    Defendants. | CV 20-5581 DSF (GJSx)<br><br>Order GRANTING Beyond Blond's *Ex Parte* Application for Contempt, Enforcement of the Preliminary Injunction Order, Compensation for Damages, and Attorneys' Fees and Costs (Dkt. 205) |

   Plaintiff Beyond Blond Productions, LLC (Beyond Blond) submitted an *ex parte* application for contempt against Defendants Edward Heldman III, ComedyMX, Inc., and ComedyMX, LLC (collectively, Defendants). Dkt. 205 (App.). Defendants oppose. Dkt. 214 (Opp'n). For the reasons stated below, Beyond Blond's application is GRANTED.

   On August 14, 2020, the Court granted Beyond Blond's motion for preliminary injunction. Dkt. 25 (Preliminary Injunction Order).

   The Court has reviewed the parties' briefs and has determined that Defendants violated the Court's Preliminary Injunction Order. Defendants are ORDERED to withdraw immediately all takedown notices issued to Amazon.com anywhere in the world for Beyond Blond's following seven videos:

- Cartoon Classics - Vol. 1: 25 Favorite Cartoons - 3 Hours,

- Cartoon Classics - Vol. 2: 25 Favorite Cartoons - 3 Hours,

- Cartoon Classics - Vol. 3: 25 Favorite Cartoons - 3 Hours,

- Cartoon Classics - Vol. 4: 25 Favorite Cartoons - 3 Hours,

- Cartoon Classics - Vol. 5: 25 Favorite Cartoons - 3 Hours,

- Cartoon Classics - Vol. 6: 25 Favorite Cartoons - 3 Hours,

- Patriotic Cartoon Classics: 25 All-American Cartoons from World War II

The withdrawal request should (1) request that Amazon restore Plaintiff's videos with the same rankings, client reviews, and customer comments as prior to the takedown and (2) include a copy of this Order.

By April 11, 2022, Beyond Blond is ORDERED to submit a request for fees and costs associated with filing the instant Application (Dkt. 205). The request must be submitted pursuant to the Court's 2021 Order re Requirements for Fee Motion.

It is further ORDERED that Defendants shall be sanctioned in the amount of $500 per day payable to the Court, beginning from March 11, 2022 through the date Amazon restores the seven videos as they appeared before they were taken down on March 11, 2022.

The Court will consider the issue of damages based on a further submission when this Order has been complied with.

IT IS SO ORDERED.

Date: March 30, 2022

_____
Dale S. Fischer
United States District Judge