

**FILED**

**JUN 13 2022**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company,<br><br>      Plaintiff-counter-defendant-Appellee,<br><br>v.<br><br>COMEDYMX, LLC, a Delaware limited liability company,<br><br>      Defendant-counter-claim-3rd-party-plaintiff-Appellant,<br><br>and<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation,<br><br>      Defendants-counter-claim-3rd-party-plaintiffs,<br><br>v.<br><br>MICHELLE JUSTICE,<br><br>      Third-party-defendant. | No. 21-55990<br><br>D.C. No. 2:20-cv-05581-DSF-GJS<br>Central District of California, Los Angeles<br><br>ORDER |

Before:  SCHROEDER and GRABER, Circuit Judges, and McNAMEE,[*] District Judge.

Plaintiff-Appellees' interlocutory application for attorneys' fees is denied without prejudice.  There is as yet no final judgment.  *See Yamada v. Snipes,* 786 F.3d 1182, 1209-1210 (9th Cir. 2015).

---

[*]   The Honorable Stephen M. McNamee, United States District Judge for the District of Arizona, sitting by designation.