# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>**ORDER GRANTING STIPULATION FOR PAYMENT OF BEYOND BLOND'S ATTORNEYS' FEES (DKT. 272)**<br><br>Honorable Dale S. Fischer |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Beyond Blond Productions, LLC ("Beyond Blond") and Defendants Edward Heldman III, ComedyMX, Inc., and ComedyMx, LLC ("Defendants"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Beyond Blond's attorney's fees and costs incurred in bringing the *Ex Parte* Application For Temporary Restraining Order (Dkt. 265), which was granted by the Court (Dkt. 272). After considering the parties, the Court **ORDERS** as follows:

(1) Defendants shall pay the sum of $12,750.00 to Beyond Blond in the form of a wire transfer or a cashier's check made payable to "Milord & Associates, P.C. – Client Trust Account," 10517 W. Pico Blvd, Los Angeles, CA 90064.

(2) Defendants shall make the payment of $12,750 on or before August 30, 2022.

**IT IS SO ORDERED.**

Dated: July 12, 2022

_____
Honorable Dale S. Fischer
U.S. District Court Judge