1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants.<br>And related claims. | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>**ORDER GRANTING BEYOND BLOND'S PRELIMINARY INJUNCTION** |

Defendants Edward Heldman III, ComedyMX, Inc., and ComedyMX, LLC (collectively "Defendants"), are enjoined during the pendency of this lawsuit from:

- sending threatening or harassing emails to Milord Keshishian or others at his law firm, Michelle Justice, and persons known by Heldman to be Justice's former or current business associates, including Tim Branom;
- posting threatening or harassing content about Beyond Blond's counsel or employees on http://milordshysterlaw.epizy.com/, Google reviews, Yelp.com, Lawyers.com, Avvo.com, or on any other publication, website, online forum, social media, or review applications;
- coming within 100 feet of Justice or Beyond Blond's counsel, except when in court;
- coming within 100 feet of Justice's residence or Beyond Blond's counsel's office;
- directing others to do any of the foregoing acts on Defendants' behalf.

Defendants are also **ORDERED** to remove prior false, racist, homophobic, threatening, and/or harassing content referencing Beyond Blond, Ms. Justice, or their counsel and counsel's employees, including posts at http://milordshysterlaw.epizy.com/ and https://www.yelp.com/not_recommended_reviews/milord-and-associates-los-angeles-2.

Defendants are **ORDERED** to refrain from transferring or encumbering any assets, including the following YouTube video channels and Amazon listings:

https://www.youtube.com/user/8thManDVDcom
https://www.youtube.com/channel/UCisLEYSLcfuarGXULo5JpIw
https://www.youtube.com/user/TheCartoonChannelAU
https://www.youtube.com/channel/UCvndcMEV8BUwebUPJ3yifAw
https://www.youtube.com/channel/UCwUlit_Tlx3HsgfDX_ladJg
https://www.youtube.com/user/caferoxyfilms

-1-
**ORDER GRANTING BEYOND BLOND'S EX PARTE APPLICATION**

https://www.youtube.com/channel/UCNCAEXQK6M8wU0kOcFa6gng

https://www.youtube.com/c/ActionAdventureTVShows

https://www.youtube.com/channel/UC-Z1HJ46VKVZgmKBWixhlrg

https://www.youtube.com/channel/UCGIajzt5PiO0vwIkve49VrA

https://www.youtube.com/channel/UCcw25dozUY-4JRj68CjoQmg

https://www.amazon.com/gp/product/B019QFBS3M

https://www.amazon.com/gp/product/B013IYCKP2

https://www.amazon.com/Clip-BIGGEST-1937-1943-Golden-Era-Collection/dp/B014LG5TQ8

https://www.amazon.com/How-8th-Man-Came-Unavailable/dp/B00W02WJNM/

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B001DBB090/

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B01G18PW2K/

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B001PUYG8Q/

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B01FYXTK9E

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B00W62UY2Y/

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B00W62YDNU/

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B002ZYNPCY/

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B00W62XB0Q/

-2-
**ORDER GRANTING BEYOND BLOND'S EX PARTE APPLICATION**

https://www.amazon.com/Tobor-Original-Anime-Remastered-Restored/dp/B00W62TVSW/

Beyond Blond is awarded attorneys' fees for filing this reply. The amount of fees requested shall be submitted under the provisions of the Court's standing 2021 Order Re Requirements for Fee Motion.

Beyond Blond's previously posted bond in the amount of $1,000 shall remain in place for the payment of such costs and damages as may be incurred or suffered if Defendants are found to have been wrongfully enjoined. See Fed. R. Civ P. 65(c).

The parties are ordered to meet and confer in an attempt to agree on a means of freezing payments due from the above channels and listings until further order of this Court, and an appropriate amount to be frozen. If the parties are unable to agree, submissions on this subject must be filed no later than August 8, 2022.

**IT IS SO ORDERED.**

Dated:  July 19, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE