UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company,<br><br>    Plaintiff-counter-defendant-Appellee,<br><br> v.<br><br>EDWARD HELDMAN III, an individual; et al.,<br><br>    Defendants-counter-claim-3rd-party-plaintiffs-Appellants,<br><br> v.<br><br>MICHELLE JUSTICE,<br><br>    Third-party-defendant. | No. 22-55334<br><br>D.C. No. 2:20-cv-05581-DSF-GJS<br>Central District of California, Los Angeles<br><br>ORDER |

Appellant's motion for voluntary dismissal (Docket Entry No. 7)) is granted.

Fed. R. App. P. 42(b). Dismissal is without prejudice to any party filing a new appeal from a subsequently entered appealable order.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

Mediation