RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3737
rsn@randallnewman.net

Attorneys for Defendants Edward Heldman III,
ComedyMX, Inc. and ComedyMX, LLC

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10; <br><br> Defendants. | Case No. 2:20-cv-05581-DSF-GJSx <br><br> **Honorable Dale S. Fischer** <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR: 1) ORDER AWARDING DEFENDANTS ADDITIONAL ANTI-SLAPP ATTORNEYS' FEES; AND 2) ORDER COMPELLING PAYMENT OF ANTI-SLAPP ATTORNEYS' FEES; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> Hearing:    September 12, 2022 <br> Time:    1:30 p.m. <br> Courtroom:  7D, First Street Courthouse |

1

Defendants' Motion for Order Awarding Additional Anti-SLAPP Attorneys' Fees and for
Order Compelling Payment of Anti-SLAPP Attorneys' Fees

**PLEASE TAKE NOTICE** that on September 12, 2022 at 1:30 p.m. in Courtroom 7D of the First Street Courthouse, located at 350 W. 1st Street, Suite 4311, Los Angeles, CA 90012, Defendants, Edward Heldman III, ComedyMX, Inc. and ComedyMX, LLC (collectively, "Defendants") will hereby move the Court for an Order Awarding Defendants an Additional $11,750 in Anti-SLAPP Attorneys' Fees and for an Order Compelling Plaintiff, Beyond Blond Productions, LLC ("Plaintiff") to immediately Pay Defendants the sum of $60,462.56 in Anti-SLAPP Attorneys' Fees.

This motion is based on this Notice of Motion, the Stipulated Application for Order to Supplement Fee Award on Anti-SLAPP Dismissal Order (attached as Exhibit "A" hereto) and the attached Memorandum of Points and Authorities, and all pleadings, papers and records on file herein and such oral argument as may be presented at the hearing on this Motion.

As required by Local Rule 7-3, the parties met and conferred on this motion on multiple occasions. The parties did not reach a resolution and Plaintiff stated that they would oppose Defendants' Motion.

Dated: August 15, 2022   Respectfully submitted,

RANDALL S. NEWMAN
Attorney at Law

By: s/Randall S. Newman
   Randall S. Newman
Attorneys for Defendants Edward Heldman III, ComedyMX, Inc. and ComedyMX, LLC

2

Defendants' Motion for Order Awarding Additional Anti-SLAPP Attorneys' Fees and for Order Compelling Payment of Anti-SLAPP Attorneys' Fees

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INTRODUCTION**

Defendants file this Motion for an Order Awarding Defendants an Additional $11,750 in Anti-SLAPP Attorneys' Fees pursuant to the Stipulated Application for Order to Supplement Fee Award on Anti-SLAPP Dismissal Order (Attached hereto as Exhibit "A") and for an Order Compelling Plaintiff to immediately pay Defendants the sum of $60,462.56 in Anti-SLAPP Attorneys' Fees.

On February 8, 2021, the Court entered an Order granting Defendants' anti-SLAPP Motion to Strike Plaintiff's state law claims. (ECF No. 80). On March 22, 2021, the Court ordered Plaintiff to pay Defendants attorneys' fees in the amount of $48,712.56. (ECF No. 89). On April 28, 2021, the Court denied Plaintiffs' motion to certify the anti-SLAPP Order for interlocutory appeal. (ECF No. 94). Plaintiff agreed to pay Defendants an additional $6,250 in attorneys' fees for opposing Plaintiff's motion to certify the anti-SLAPP Order for interlocutory appeal. (Exhibit A, ¶ 4).

On November 8, 2021, in a second attempt to avoid paying Defendants the Court-ordered attorneys' fees, Beyond Blond filed a Motion to Reconsider the Anti-SLAPP Order for Dismissal. (ECF No. 165).  The Court denied Plaintiff's Motion for Reconsideration on December 29, 2021. (ECF No. 178).  Plaintiff agreed to pay Defendants an additional $5,500 in attorneys' fees for opposing Plaintiff's Motion for Reconsideration. (Exhibit A, ¶ 8).

In a third attempt to avoid paying Defendants the Court-ordered attorneys' fees, Plaintiff filed a second Motion to Reconsider the Anti-SLAPP Order for Dismissal. (ECF No. 248). The Court denied Plaintiff's Second Motion for Reconsideration on July 11, 2022. (ECF No. 283).

Plaintiff has not paid Defendants any amount of the $48,712.56 in attorneys' fees awarded by this Court on March 22, 2021 or the additional $11,750 Plaintiff agreed to pay Defendants by stipulation.

Defendants' Motion for Order Awarding Additional Anti-SLAPP Attorneys' Fees and for
Order Compelling Payment of Anti-SLAPP Attorneys' Fees

1

**ARGUMENT**

2   **1.  The Court Should Award Defendants an Additional $11,750 in Attorneys'**

3       **Fees Pursuant to the Stipulated Application**

4       Defendants are entitled to an Order awarding them an additional $11,750 in

5   Supplemental Fees pursuant to the Stipulated Application for Order to Supplement Fee

6   Award on Anti-SLAPP Dismissal Order. (Exhibit "A" attached hereto). *See United States*

7   *v. McGregor*, 529 F.2d 928, 931 (9th Cir. 1976) (Stipulations serve both judicial economy

8   and convenience of the parties and courts should enforce them absent indications of

9   involuntary of uninformed consent.).

10   **2.  The Court Should Order that Plaintiff Immediately Pay Defendants the**

11       **sum of $60,462.56.**

12       As Courts in the Northern District of California have stated:

13

14   The anti-SLAPP statute makes the award of attorney fees mandatory to a
    prevailing party. *See* Cal. Civ. Proc. Code § 425.16(c)(1). The Court finds that

15   because Plaintiff prevailed on its anti-SLAPP motion, and had to expend
    significant legal fees in order to do so, Plaintiff should not bear the burden of

16   waiting for appellate review to be compensated for such expenditures.

17   *Language Line Servs. v. Language Servs. Assoc., LLC*, 2012 U.S. Dist. LEXIS 7494 at *9

18   (N.D. Cal. Jan. 23, 2012).  *See also Mogan v. Sacks, Ricketts & Case LLP*, 2022 WL

19   624442 at *2 (N.D. Cal. Mar. 3, 2022).

20       In this case, the Court has set deadlines for Defendants to pay sanctions to Plaintiff,

21   and Defendants request an Order from this Court to immediately mandate payment of the

22   $60,462.56 to continue their defense, especially in light of the three additional times

23   Defendants had to oppose Plaintiff's attempt to reverse the anti-SLAPP Order.

24

25

26

27

28

Defendants' Motion for Order Awarding Additional Anti-SLAPP Attorneys' Fees and for
Order Compelling Payment of Anti-SLAPP Attorneys' Fees

**CONCLUSION**

For the reasons discussed above, Defendants request an Order awarding Defendants an Additional $11,750 in Anti-SLAPP Attorneys' Fees pursuant to the Stipulated Application for Order to Supplement Fee Award on Anti-SLAPP Dismissal Order (Attached hereto as Exhibit "A") and for an Order Compelling Plaintiff to immediately pay Defendants the sum of $60,462.56 in Anti-SLAPP Attorneys' Fees.

DATED: August 15, 2022                    Respectfully submitted,

                                          **RANDALL S. NEWMAN**
                                          Attorney at Law

                                          By:   s/Randall S. Newman
                                                Randall S. Newman

                                          **LEECH TISHMAN FUSCALDO &
                                          LAMPL, INC.**
                                          Ivan Posey, Esq., SBN 196386
                                          e-mail: iposey@leechtishman.com
                                          Sandford L. Frey, SBN 117058
                                          email: sfrey@LeechTishman.com
                                          200 South Los Robles Avenue, Suite 300
                                          Pasadena, CA 91101
                                          Phone: (626) 796-4000
                                          Fax: (626) 795-6321

                                          Attorneys for Defendants Edward Heldman III,
                                          ComedyMX, Inc., and ComedyMX, LLC

Defendants' Motion for Order Awarding Additional Anti-SLAPP Attorneys' Fees and for
Order Compelling Payment of Anti-SLAPP Attorneys' Fees

# EXHIBIT A

RANDALL S. NEWMAN (CSB 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3737
rsn@randallnewman.net

MEIR J. WESTREICH (CSB 73133)
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626.676.3585
meirjw@aol.com

Attorneys for Defendants Edward Heldman III
and ComedyMX, Inc., and Defendant, Counterclaimant,
and Third-Party Plaintiff ComedyMX, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company, | Case No. 2:20-cv-05581-DSF-GJSx |
| Plaintiff, | **Honorable Dale S. Fischer** |
| vs. | **STIPULATED APPLICATION FOR ORDER TO SUPPLEMENT FEE AWARD ON ANTI-SLAPP DISMISSAL ORDER** |
| EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10; | |
| Defendants. | |
| AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT. | |

1

TO THIS HONORABLE COURT, the Parties – Plaintiff-Cross-Defendant BEYOND BLOND PRODUCTIONS, LLC and Cross-Complainants EDWARD HELDMAN III, COMEDYMX, INC., and COMEDYMX, LLC (collectively "Defendants") – by and through their respective counsel of record, hereby stipulate to this Application to Supplement Fee Award on Anti-SLAPP Order for Dismissal as follows:

1.     The Court entered an Order awarding attorney fees, following its Anti-SLAPP Order for Dismissal, to be paid by Plaintiff to Defendants in the amount of $48,712.56 [ECF No. 89] ["Fee Award"].

2.     Additional fees were thereafter incurred by Defendants in opposition to Plaintiff's Motion to Certify for Interlocutory Appeal from Anti-SLAPP Order for Dismissal.

3.     Defendants requested a meet and confer on an intended motion to supplement the Fee Award, in the amount of $9,267.60, for 20.24 hours incurred by three attorneys.

4.     Following exchange of additional information, the parties negotiated a compromise supplemental fee amount, with Plaintiff proposing $6250. Defendants accept this proposal.

5.     On November 8, 2021, Plaintiff filed a Motion to Reconsider the Anti-SLAPP Order for Dismissal [ECF No. 165] which the Court denied on December 29, 2021 [ECF No. 178].

6. Additional fees were incurred by Defendants to oppose Plaintiff's unsuccessful Motion for Reconsideration.

7. Defendants requested a meet and confer on an intended motion to supplement the Fee Award for a second time, in the amount of $8,596.60, for 13.64 hours incurred by three attorneys.

8. The parties negotiated a compromise second supplemental fee amount, with Plaintiff proposing $5,500. Defendants accept this proposal.

9. Accordingly, Defendants seek $11,750($6,250 + $5,500) pursuant to this Stipulated Application.

10. Plaintiff enters into this stipulation without prejudice to its rights to seek reconsideration of or to appeal the Court's Order granting Defendants' anti-SLAPP motion and subsequent award of attorneys' fees, but merely as a method of compromise to avoid Defendants' additional expenditure of attorneys' fees in bringing a motion. Additionally, Plaintiff asserts that Defendants are not entitled to collection of any fees until final resolution of this matter. However, Defendants intend to motion the Court for an Order making those fees immediately payable, which Plaintiff has indicated it will oppose. Defendants have indicated that they will not seek attorneys' fees in bringing said motion to expedite payment of attorneys' fees.

**SO STIPULATED:**

Dated: February 18, 2022          **MILORD & ASSOCIATES, PC**

                                  s/ Milord A. Keshishian
                                  By: Milord A. Keshishian
                                  Attorney for Plaintiff and Cross-Defendant

Dated: February 18, 2022          **RANDALL S. NEWMAN**
                                  **MEIR J. WESTREICH**

                                  s/ Randall S. Newman

                                  By: Randall S. Newman
                                  Attorney for Defendants and Counter-Claimant

### Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)

I hereby attest that all other signatories listed, and on whose behalf the filing is
submitted, concur in the filing's content and have authorized the filing.

Dated:  February 18, 2022          s/ Randall S. Newman

                                  By: Randall S. Newman
                                  Attorney for Defendants and Counter-Claimant