UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>　　　　　Defendants. | Case No. 2:20-cv-05581-DSF-GJSx<br><br>**Honorable Dale S. Fischer**<br><br>**ORDER EXTENDING HEARING DATE AND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR ORDER AWARDING ADDITIONAL ANTI-SLAPP FEES AND ORDER COMPELLING PAYMENT OF ANTI-SLAPP ATTORNEYS' FEES [DKT. NO. 297]** |

The Court has reviewed Defendants, Edward Heldman III, ComedyMX, Inc. and ComedyMX, LLC's (collectively, "Defendants") Stipulation Extending Hearing Date and Time for Plaintiff to Respond to Defendants' Motion for Order Awarding Additional Anti-SLAPP Fees and Order Compelling Payment of Anti-SLAPP Attorneys' Fees (Dkt. 297) and finding good cause therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Hearing Date on Defendants' Motion for Order Awarding Additional Anti-SLAPP Fees and Order Compelling Payment of Anti-SLAPP Attorneys' Fees (Dkt. 297) shall be continued from September 12, 2022 until October 17, 2022.
2. Plaintiff's Opposition to Defendants' Motion shall by extended from August 22, 2022 until September 26, 2022.

IT IS SO ORDERED

DATED: August 22, 2022

Hon. Dale S. Fischer
United States District Judge