# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br>　　Plaintiff,<br><br>　　v.<br><br>EDWARD HELDMAN III, et al.,<br>　　Defendants. | CV 20-5581 DSF (GJSx)<br><br>Order GRANTING Defendants' Motion for Order Awarding Defendants Additional Anti-SLAPP Attorneys' Fees; and Compelling Payment of Anti-SLAPP Attorneys' Fees (Dkt. 297) |

　　On August 15, 2022, Defendants Edward Heldman III, ComedyMX, Inc., and ComedyMX, LLC (CMX) filed a Motion for an Order Awarding Defendants Additional Anti-SLAPP Attorneys' Fees and Compelling Payment of Anti-SLAPP Attorneys' Fees. Dkt. 297. Defendants seek immediate payment of $60,462.56. Opposition was due no later than September 26, 2022. Dkt. 301. No opposition has yet been filed.

　　On February 8, 2021, this Court granted Defendants' anti-SLAPP Motion. Dkt. 80 at 14. On March 22, 2021, the Court granted CMX's motion for $48,712.56 in attorneys' fees and costs associated with the filing of its anti-SLAPP motion. Dkt. 89 at 9.

　　Beyond Blonde then brought two more motions in an attempt to re-visit the Anti-SLAPP issue. Both attempts were unsuccessful. On April 28, 2021, this Court denied Plaintiff's motion to certify the Anti-SLAPP motion for interlocutory appeal. Dkt. 94. And on July 11, 2022, this Court denied Plaintiff's Second Motion for Reconsideration of the Anti-SLAPP motion. Dkt. 283. The parties have come to an agreement

that Defendants are due an additional $11,750 for the renewed attempts to defeat the Anti-SLAPP ruling. Mot. at Ex. A, ¶¶ 4, 8, 9 (agreeing to $6,250 for the motion for interlocutory appeal and $5,500 for the motion for reconsideration). This brings the total amount of attorney fees and costs due to Defendant to $60,462.46.

While Defendants indicate that Plaintiff originally intended to oppose the motion making the fees immediately payable because it did not believe that Defendants were "entitled to collection of any fees until final resolution of this matter," no such opposition was filed. Mot. at Ex. A, ¶ 10. The Court deems the lack of opposition to be consent to the motion. L.R. 7-12.

The Motion is GRANTED. Beyond Blond is ordered to comply with the Court's order by October 17, 2022.

## I. CONCLUSION

The Court orders Beyond Blonde to pay $11,750 in attorneys' fees and costs to CMX by October 17, 2022. The Court further orders Beyond Blond to comply with the Court's March 22, 2021 Order by paying $48,712.56 in attorneys' fees and costs to CMX by October 17, 2022.

IT IS SO ORDERED.

Date: October 3, 2022

Dale S. Fischer
United States District Judge