# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC<br>　　Plaintiff,<br><br>　　　　v.<br><br>EDWARD HELDMAN, et al.,<br>　　Defendants. | CV 20-5581 DSF (GJSx)<br><br>Order re Report on Asset Freeze Agreement |

　　The Court has reviewed the parties' submissions regarding their negotiations for an asset freeze order.  While Defendant Edward Heldman's behavior is undoubtably both inexcusable and in violation of the Court's preliminary injunction, the Court is not convinced that the parties have adequately met and conferred regarding the prospective asset freeze.  Plaintiff also would like the Court to modify the preliminary injunction to add certain intellectual property, but it provides insufficient support for that request.

　　Therefore, the Court again orders the parties to work together to resolve the asset freeze issues.  Defendants' suggestion of freezing the relevant funds through Defendants' accountants may be a place to start, assuming that Defendants can substantiate their assertion that the income from all of the frozen assets is managed by the accountants.  With regard to Heldman's expenses, it is the Court's view that there is a presumption that no funds will be released to Heldman unless and until Heldman can demonstrate that he has reasonable expenses that need to be paid out of the frozen funds.

The parties are to meet and confer again on the implementation of the ordered asset freeze and file a joint report no later than November 25, 2022.

IT IS SO ORDERED.

Date: November 10, 2022

Dale S. Fischer
United States District Judge