Steven S. Vahidi (SBN 283951)
  *Steven@VahidiLawGroup.com*
Troy D. Vahidi (SBN 253297)
  *Troy@VahidiLawGroup.com*
**VAHIDI LAW GROUP**
5000 Birch Street, West Tower, Suite 3000
Newport Beach, CA 92660
**MAILING ADDRESS:**
**17130 VAN BUREN BLVD., #130**
**RIVERSIDE, CA 92504**
Telephone: 833.852.8529

Attorneys for Defendant
EDWARD HELDMAN III

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:20-cv-05581 DSF (GJSx)<br><br>**DECLARATION OF STEVEN S. VAHIDI, ESQ. TO EFFECTUATE ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Assigned to Hon. Dale S. Fischer<br><br>Action Filed: 06/23/2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to this Court's ORDER (Dkt. 374) dated June 24, 2024 (*see* "Attachment A"), Steven S. Vahidi and Troy D. Vahidi, Esq.'s Amended Motion for Leave to Withdraw as Counsel for Defendant Edward Heldman II was GRANTED, effective immediately upon filing and serving the following notice(s) contained in the proceeding Declaration.

/ / /

1

CASE NO. 2:22-cv-07092 SPG(MARx)
**DECLARATION OF STEVEN S. VAHIDI, ESQ. TO EFFECTUATE ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

# DECLARATION OF STEVEN S. VAHIDI, ESQ.

I, Steven S. Vahidi, declare:

I am an attorney duly licensed to practice before the United States District Court for the Central District of California and a principal with the law firm of Vahidi Law Group, withdrawing attorneys of record for Edward Heldman, III, a party to this action, and have personal knowledge of each and all of the facts stated in this declaration. If called as a witness, I could and would competently testify to the facts contained herein.

1. Edward Heldman III's current address and phone number, which have been recently verified as accurate, are 10614 W. Crosby Dr., Sun City, Arizona 85351, telephone number (210) 679-7428.

2. All future documents are to be served or sent to 10614 W. Crosby Dr., Sun City, Arizona 85351, until changed by appropriate notice or substitution of attorney.

3. PLEASE TAKE NOTICE that the following are all currently docketed events:

    a. **Motion Hearing on July 8, 2024 , at 1:30 PM at the First Street Courthouse, Courtroom 7D, located at 350 W. 1st St., Los Angeles, CA 90012** before the Hon. Dale S. Fischer U.S.D.J. on Plaintiff Beyond Blond's Motion for Attorney's Fees and Costs re: Order on Contempt. (Dkt. 371);

    b. There are no pending discovery obligations; and

    c. There are no pre-trial conference related dates, no discovery cut-off dates and no motion cut-off dates.

4. Any individual appearing *pro se* will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules.

5. Edward Heldman III may obtain his case file (if it is not already in his possession) at any convenient time during regular business hours by contacting VAHIDI LAW GROUP'S Legal Director, via email at kerry@vahidilawgroup.com or call

**DECLARATION OF STEVEN S. VAHIDI, ESQ. TO EFFECTUATE ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

(833) 855-8529, ext. 712, at which time a DropBox link and/or flash drive will be provided to access his case file.

6. Edward Heldman III is proceeding *pro se.*

7. Although Edward Heldman III is proceeding *pro se*, *i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules. The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. There is a free "*Pro Se* Clinic" that can provide information and guidance about many aspects of civil litigation in this Court. Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

8. Edward Heldman III is reminded that the Court has previously found that the correct approach to his harassing behavior was to advise him that any further violations of the Court's preliminary injunction – especially the anti-harassment provisions – will result in a referral to the United States Attorney's Office for criminal contempt proceedings under Federal Rule of Civil Procedure 42 and that neither this Order nor his *pro se* status permits him to violate that preliminary injunction or conduct himself in less than a professional matter when communicating with opposing counsel. If the client engages in harassment toward opposing counsel, the Court is likely to strike his answer and enter his default.

/ / /

1  I declare under penalty of perjury that the foregoing is true and correct. Executed
2  on this 26th day of June, 2024.

                                            */s/ Steven S. Vahidi*
                                            STEVEN S. VAHIDI, Declarant

# ATTACHMENT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, <br> Plaintiff, <br><br> v. <br><br> EDWARD HELDMAN III, et al., <br> Defendants. | 2:20-cv-5581-DSF-GJSx <br><br> Order Conditionally GRANTING Amended Motion to Withdraw as Counsel for Defendant Edward Heldman III (Dkt. 369) |

    Steven S. Vahidi, Esq. and Troy D. Vahidi, Esq.'s Amended Motion for Leave to Withdraw as Counsel for Defendant Edward Heldman III was filed on May 6, 2024. No opposition was filed. The Court has not received any pleadings or communications from Mr. Heldman. The hearing on the motion was held on June 10, 2024. Mr. Heldman did not appear. Counsel for Plaintiff opposed the motion for the reasons stated on the record.

    Good cause has been shown. Therefore, the Court grants the motion effective on the date that moving counsel files and serves – on the client and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

    (1) Sets forth the client's current address and telephone number, recently verified as accurate by the withdrawing counsel;

(2) Informs the client and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

(3) Informs the client of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

(4) Informs any individual client that any individual appearing pro se will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules;

(6) Informs the client when and where the client may obtain the client's case file, if it is not already in the client's possession;

(7) Informs the client of the following:

Although the client is proceeding *pro se, i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court.

Parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal

2

court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

(8) Reminds the client that the Court has previously found that the correct approach to his harassing behavior was to advise him that any further violations of the Court's preliminary injunction – especially the anti-harassment provisions – will result in a referral to the United States Attorney's Office for criminal contempt proceedings under Federal Rule of Civil Procedure 42 and that neither this Order nor his pro se status permits him to violate that preliminary injunction or conduct himself in less than a professional matter when communicating with opposing counsel. If the client engages in harassment toward opposing counsel, the Court is likely to strike his answer and enter his default.

Counsel must also provide a proof of service of this Order and the required declaration.

Failure to comply with the above requirements by July 10, 2024 may result in the denial of the motion.

Effective on the date counsel comply with this Order, the client will represent himself, and the docket will be amended to reflect the address for the client as described in counsel's declaration.

IT IS SO ORDERED.

Date: June 24, 2024 _____

Dale S. Fischer
United States District Judge

4

# PROOF OF SERVICE
### BEYOND BLOND PRODUCTIONS, LLC v. EDWARD HELMAN III et al.
U.S.D.C. Central Dist. of CA - Western Div.
CASE NO. 2:20-cv-05581 DSF (GJSx)

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 17130 Van Buren Blvd., #130, Riverside, CA 92504.

On June 26, 2024, I served the following document(s) described as:

**DECLARATION OF STEVEN S. VAHIDI, ESQ. TO EFFECTUATE ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

on the interested parties in this action by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| VIA CM-ECF, ONLY<br><br>Milord A. Keshishian<br>MILORD LAW GROUP P.C.<br>333 South Hope Street, Suite 4025<br>Los Angeles, CA 90071 | Attorneys for Plaintiff<br>Beyond Blond Productions, LLC<br><br>T:  (310) 226-7878<br>F:  (310) 226-7879<br>Email:  milord@milordlaw.com |
| VIA EMAIL & U.S. FIRST CLASS MAIL<br><br>Edward Heldman III<br>10614 W. Crosby Dr.<br>Sun City, AZ 85351 | Defendant<br><br>T: (210) 679-7428<br>Email:  eheldman.eh3@gmail.com |
| VIA EMAIL & U.S. FIRST CLASS MAIL<br><br>Meir Westrich, Esq.<br>221 E Walnut St., Ste. 200<br>Pasadena, CA 91101-1554 | Personal Representative/Counsel for Edward Heldman III<br><br>T: (626) 675-3585<br>F: (310) 226-7879<br>Email:  meirjw@aol.com |

☒ **BY EMAIL OR ELECTRONIC TRANSMISSION**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address *kerry@vahidilawgroup.com* to the person(s) at the email address(es) listed on the Proof of Service/Service List. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

1  ☒ **BY U.S. MAIL**: I deposited such envelope in the mail at Riverside, California with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 26, 2024, at Riverside, California.

*Kerry Powers*
Kerry Powers