# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br>　　Plaintiff,<br><br>　　　v.<br><br>EDWARD HELDMAN III, et al.,<br>　　Defendants. | 2:20-cv-5581-DSF-GJSx<br><br>Order re Pretrial and Trial Dates |

    The parties are ordered to meet and confer and attempt to stipulate to all unexpired pretrial and trial dates. <u>See</u> Dkt. 18 p.10. If no agreement can be reached, the parties may file separate proposals. A response to this order must be filed no later than September 16, 2024.

    IT IS SO ORDERED.

Date: August 19, 2024

_____
Dale S. Fischer
United States District Judge