ORIGINAL FILED

2024 AUG 23 AM 9:10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

MRV

**EDWARD HELDMAN III**
10614 West Crosby
Sun City, Arizonna 85351
(201) 679-7428
Eheldman.ProPer@proton.me

**Defendant Appearing in Pro Per**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada Corporation; COMEDYMX, a Delaware Limited Liability Company,<br><br>Defendants.<br><br>RELATED COUNTER-CLAIMS | Case No. 2:20-cv-05581-DSF-GJSx<br><br>Honorable Dale S. Fischer<br><br>SECOND APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO MOTION FOR SANCTIONS; DECLARATION OF EDWARD HELDMAN [UNOPPOSED] |

BY FAX

   Defendant EDWARD HELDMAN III hereby submits this unopposed Second Application for an Order Extending Time to Respond to Plaintiff's Motion for Sanctions, from August 15, 2024 to August 26, 2024. A previous unopposed application was made and granted on 07.23.24. This Second Application is made on the following grounds:

   1. Defendant needs and has requested input from multiple prior counsel and will receive / has received same as discussed below.

SECOND APPLICATION TO EXTEND TIME TO RESPOND TO MOTION FOR SANCTIONS.

2. Defendant has been making continued vigorous efforts to retain new counsel. Meanwhile, he is being advised by prior counsel.

3. Defendant is still having difficulty with practical aspects of getting this filing – his second effort – prepared, executed, served and filed, all the more so as he resides in Arizona.

4. Hence, this is being served and filed 08.16.24.

## NOTICE TO PLAINTIFF

5. Plaintiff's counsel does not oppose this application.

Dated: August 16, 2024



Edward Heldman III - In Pro Per

## DECLARATION OF EDWARD HELDMAN III

1. I am Defendant Edward Heldman III, appearing in Pro Per.

2. I need and have requested input from multiple prior counsel and will receive / have received same as discussed below.

3. I needed my previous counsel herein to give me his declaration on the meet and confer efforts with Plaintiff's counsel as regards the most recent sanctions motion, including responding to / rebutting the version of Plaintiff's counsel.

    a. This was first requested on June 11, 2024 & June 18, 2024, and again July 10, 2024.

    b. I also asked him to provide ASAP all of the communications between his office and Plaintiff's counsel as regards the most recent sanctions motion, and the related preceding one.

4. In response, from my previous counsel who stated that he was on vacation out-of-state:

    a. I received a large volume of the latter and need to review them;

    b. He provided the declaration upon his return.

SECOND APPLICATION TO EXTEND TIME TO RESPOND TO MOTION FOR SANCTIONS.

2

5. I also requested my counsel in the prior personal bankruptcy proceeding to provide a declaration discerning between the time expended in communications between counsel as it might relate to the bankruptcy proceeding and this action, as Plaintiff's counsel herein was also opposing counsel therein, and allegations of sanctionable conduct has been made for events during both proceedings; and some related matters.

6. My counsel in the prior personal bankruptcy proceeding was out of the country on combined business and vacation and returned the first week in August. He jut provided me some required input on 08.14.24, and will finalize same in nextr few days.

7. I am still making vigorous efforts to retain new counsel. I have sent dozens of e-mails and had several interviews; none yet successful. Meanwhile, I am being advised in part by prior counsel.

8. I am having still having difficulty with practical aspects of getting this filing – my second effort – prepared, executed, served and filed, all the more so as I reside in Arizona.

9. Hence, this is being served today, but will not be filed until tomorrow.

## NOTICE TO PLAINTIFF

10. I wrote to Plaintiff's counsel [08.14.24] stating my intended application and summarized grounds. He responded [08.15.24] and does not oppose this application.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 16, 2024, at Sun City, Arizona.

Edward Heldman III

**PROOF OF SERVICE**

STATE OF ARIZONA      )
                      ) SS
COUNTY OF MARICOPA    )

I, the undersigned, certify that I am a citizen of the United States, over the age of 18 years, residing in the County of Maricopa, State of Arizona.

On August 19, 2024, I caused to be served a true copy of

SECOND APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO MOTION FOR SANCTIONS; DECLARATION OF EDWARD HELDMAN [UNOPPOSED]; [PROPOSED] ORDER

on the Plaintiff by e-mail, whose address is:

Milord A. Keshishian
Milord Law Group, PC
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
milord@milordlaw.com

I declare under penalty of perjury that the above is true and correct. Executed on August 19, 2024, at Sun City, Arizona.

_____
Edward Heldman III - In Pro Per