# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants.<br>_____<br>And Related Counterclaims and Third-Party Claims | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>*Honorable Dale S. Fischer*<br><br>**ORDER GRANTING STIPULATED PRETRIAL AND TRIAL DATES [DKT. 389]** |

Having considered Plaintiff Beyond Blond Productions, LLC, and Defendant Edward Heldman III's ("Heldman") jointly-stipulated proposed amended Scheduling Order, IT IS HEREBY ORDERED that pretrial and trial dates are modified as follows:

| Matter | Time | Weeks Before Trial | Court Order |
|---|---|---|---|
| Trial | 8:30 am | | July 29, 2025 |
| Pretrial Conference, LR 16; Hearing on Motions in Limine (Monday) | 3:00 pm | 4 | June 30, 2025 |
| Trial Documents (Set Two) | | 6 | June 17, 2025 |
| Trial Documents (Set One) | | 7 | June 10, 2025 |
| Last day to conduct ADR Proceeding, LR 16-15 | | 12 | May 6, 2025 |
| Last day to hear motions (except motion to amend pleadings or add parties and motions in limine), LR 7 (Monday) | | 14 | April 21, 2025 |
| Non-expert Discovery Cut-off | | 21+ | March 4, 2025 |
| Expert Disclosure (initial) | | | January 7, 2025 |
| Expert Disclosure (rebuttal) | | | February 4, 2025 |
| Expert Discovery Cut-off | | 21+ | March 4, 2025 |
| Last day to hear motion to amend pleadings or add parties (Monday) | | 32+ | December 16, 2024 |

Dated: October 22, 2024

_____
Honorable Dale S. Fischer
United States District Judge