Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Shirley Matcha, SBN 354003
shirley@milordlaw.com
**MILORD LAW GROUP P.C.**
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff Beyond Blond Productions, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants.<br><br>And Related Counterclaims and Third-Party Claims | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>**DECLARATION OF MILORD A. KESHISHIAN IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND DOCUMENTS RE BEYOND BLOND PRODUCTIONS, LLC'S SUBPOENA TO DEFENDANTS' FORMER COUNSEL MANDOUR & ASSOCIATES, APC**<br><br>*[Referred to Magistrate Judge Gail J. Standish]*<br><br>Date:      February 24, 2025<br>Time:     3:00 p.m.<br>Courtroom: 640 Roybal Federal Building<br>             Telephone Conference<br><br>Discovery Cutoff:    03/04/2025<br>Final Pretrial Conf.: 06/30/2025<br>**Jury Trial:           07/29/2025** |

**DECLARATION OF MILORD A. KESHISHIAN**

# DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the principal of Milord Law Group, P.C., counsel of record for Plaintiff Beyond Blond Productions, LLC ("Beyond Blond"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. Attached hereto as **EXHIBIT A** is a true and accurate copy of Beyond Blond's subpoena to Mandour & Associates, APC ("MAA"), which attached a copy of this Court's Order (Dkt. 287) holding that Defendants had waived the attorney client and work product privilege.

3. Attached hereto as **EXHIBIT B** is a true and accurate copy of MAA's responses to Beyond Blond's subpoena, objecting to the requests based on Defendants' waived attorney client and work product privileges.

4. MAA objected to the Requests as seeking "documents that are subject to privilege separate from the privileges addressed in the Court's Order."

5. MAA propounded the same objections to all 12 requests for production that (1) "the requests [are] unduly burdensome as the requests seek a large volume of documents and documents that are subject to privilege separate from the privileges addressed in the Court's Order," and (2) the "request is also unduly burdensome as defendants have already been ordered to provide many of said documents via a Special Master and the request is therefore unnecessarily duplicative."

6. Prior to filing this motion, I conferred by telephone with MAA counsel, Gordon Gray, on November 18, 2024, in anticipation of this Motion to compel and to resolve this matter by agreement, but the parties are at an impasse.

7. During the conference, MAA's counsel argued that they could not produce documents, citing ethical violations, unless their clients waived the privilege.

-1-

**DECLARATION OF MILORD A. KESHISHIAN**

8.    During the November 18, 2024, conference of counsel, MAA argued that the bankruptcy settlement agreement between Beyond Blond and Defendant ComedyMX, LLC and ComedyMX, Inc. relieved Heldman from having to comply with this Court's Order or MAA from having to produce documents. Attached hereto as **EXHIBIT C** is a true and accurate copy of the bankruptcy settlement agreement between Beyond Blond and Defendant ComedyMX, LLC and ComedyMX, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of January, 2025, in Los Angeles, California.

/s/ Milord A. Keshishian
Milord A. Keshishian
MILORD LAW GROUP, P.C.
Attorneys for Plaintiff
Beyond Blond Productions, LLC

-2-
**DECLARATION OF MILORD A. KESHISHIAN**