ORIGINAL  LODGED

1 | **EDWARD HELDMAN III**
2 | 10614 West Crosby Drive
  | Sun City Arizona 85351
3 | 201.679.7428
  | Eheldman.ProPer@proton.me
4 |
5 | **Defendant Pro Per**

2025 FEB -3 AM 11: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada Corporation; COMEDYMX, a Delaware Limited Liability Company,<br><br>Defendants.<br><br>COMEDYMX, a Delaware Limited Liability Company,<br><br>Counter-claimant,<br><br>v.<br><br>BEYOND BLOND PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Counter-Defendant. | Case No. 2:20-cv-05581-DSF-GJSx<br><br>[PROPOSED] ORDERS RE MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR MORE DEFINITE STATEMENT POST-BANKRUPTCY; MOTION TO RECONSIDER ALL PENDING PRE-BANKRUPTCY ORDERS; MOTION TO STAY ACTION PENDING COMPLETION OF BANKRUPTCY CHAPTER 11 PLAN'S DAMAGES PAYOUT.<br><br>Date: March 3, 2025<br>Time: 1:30 p.m.<br><br>Hon. Dale S. Fischer, Judge<br><br>Courtroom: 7D<br>50 West First Street<br>Los Angeles, CA 90012 |

## [PROPOSED] ORDERS

Defendant Edward Heldman having filed his Motion for Judgment on the Pleadings and/or for More Definite Statement Post-bankruptcy; Motion to Reconsider All Pending Pre-Bankruptcy Orders; Motion to Stay Action Pending Completion of Bankruptcy Chapter 11 Plan's Damages Payout; and good cause showing

**IT IS HEREBY ORDERED** that Judgment on the Pleadings be entered;

**OR**

**IT IS HEREBY ORDERED** that Plaintiff file a more definite statement, including a factual and evidentiary proffer;

**OR**

**IT IS HEREBY ORDERED** that all pending Orders be reconsidered in light of all specified changed circumstances post-Bankruptcy Settlement.

**OR**

**IT IS HEREBY ORDERED** that this action be stayed pending completion of Bankruptcy Chapter 11 Plan's Damages Payout.

Dated:

_____
Judge of the District Court

# PROOF OF SERVICE

STATE OF ARIZONA      )
                     ) SS
COUNTY OF MARICOPA    )

I, the undersigned, certify that I am a citizen of the United States, over the age of 18 years, residing in the County of Maricopa, State of Arizona.

On January 31, 2025, I caused to be served a true copy of

MOTION NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR MORE DEFINITE STATEMENT POST-BANKRUPTCY; MOTION TO RECONSIDER ALL PENDING PRE-BANKRUPTCY ORDERS; MOTI0N TO STAY ACTION PENDING COMPLETION OF BANKRUPTCY CHAPTER 11 PLAN'S DAMAGES PAYOUT; DECLARATION OF EDWARD HELDMAN III ; MEMORANDUM; EXHIBITS; [PROPOSED] ORDERS

on the Plaintiff by e-mail, whose address is:

Milord A. Keshishian
Milord Law Group, PC
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
milord@milordlaw.com

I declare under penalty of perjury that the above is true and correct.

Executed on January 31, 2025, at Sun City, Arizona.

_____
Edward Heldman III - In Pro Per