


**EDWARD HELDMAN III**
**10614 West Crosby Drive**
**Sun City Arizona 85351**
**201.679.7428**
**Eheldman.ProPer@proton.me**

**Defendant In Pro Per**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BEYOND BLOND PRODUCTIONS, LLC, a California Limited Liability Company,

Plaintiff,

v.

EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada Corporation; COMEDYMX, a Delaware Limited Liability Company,

Defendants.

COMEDYMX, a Delaware Limited Liability Company,

Counter-claimant,

v.

BEYOND BLOND PRODUCTIONS, LLC, a California Limited Liability Company,

Counter-Defendant.

**Case No. 2:20-cv-05581-DSF-GJSx**

REPLY RE MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR MORE DEFINITE STATEMENT POST-BANKRUPTCY; MOTION TO RECONSIDER ALL PENDING PRE-BANKRUPTCY ORDERS; MOTION TO STAY ACTION PENDING COMPLETION OF BANKRUPTCY CHAPTER 11 PLAN'S DAMAGES PAYOUT; DECLARATION OF EDWARD HELDMAN III ; MEMORANDUM

Date: March 3, 2025
Time: 1:30 p.m.

Hon. Dale S. Fischer, Judge

Courtroom: 7D
50 West First Street
Los Angeles, CA 90012

## REQUEST FOR JUDICIAL NOTICE

The Court is requested to take judicial notice of the Reply re Application for

Order Continuing Motions for Sanctions and Related Motion to Compel; Declaration of Edward Heldman; Exhibit 4, incorporated herein by reference. [Attachment A].

## 1. ABUSIVE LITIGATION TACTICS vs. SO-CALLED ABUSIVE E-MAILS

The filings and e-mails of Plaintiff's counsel ["MK"] are part and parcel of his abusive litigation practices. I have spent over $300,000 on each of the different lawyers, and hundreds of thousands more on a variety of other attorneys, largely to fend off these abusive tactics, by attorneys who routinely likened MK to Roy Cohn, the gay-baiting, McCarthyite, mob lawyer who died of AIDS after being disbarred, but who refused to resort to similar tactics.

MK routinely includes in his long-winded e-mails and court filings threats of sanctions, including on my current motions, even though there is clear reasonableness in seeking reconsideration in light of huge changed circumstances. *See Stacy v. Colvin*, 825 F.3d 563, ___ (9th Cir. 2016); *Disimone v. Browner*, 121 F.3d 1262, 1266 (9th Cir. 1997). The Court must consider whether other changed circumstances exist or a manifest injustice would otherwise result. *Thomas v. Bible*, 983 F.2d 152, 155 (9th Cir. 1993).

MK attaches correspondence, claiming they are abusive because of content re himself which he publishes by filing. When I send a separate e-mail, he attaches it to a chain to "reconstruct" it. He is now using four attorneys, more than prior to the BK Settlement, which now provides a capital flow to his client. His current oppositions are extraordinarily lengthy.

Meanwhile, I have lost my life's work in th CMX companies, I am broke, barely supporting myself and my 83-year old mother, who recently and currently is battling a severe respiratory infection, and affording only occasional, limited lawyer consultations to deal with this. I am on psychotropic medications prescribed to help me deal with alcoholism, and its underlying issues, including extreme anxiety that is severely heightened by the abusive litigation tactics and constant threats of total ruin, and medication side-effects. Most recently, I suffered severe symptoms over the past

7-10 days, making this filing difficult to complete, both due to time issues and the health aggravating nature of the subject matter of the tasks.

**2. DISCOVERY AND PRELIMINARY INJUNCTION, SANCTIONS ORDERS vs. FULLY SETTLED CLAIMS**

MK could have responded to those motions by simply stating – at least – the remaining post-BK Settlement liability and damages claims, my supposed liability not covered by the BK Settlement, what need remains for a preliminary injunction, what outstanding discovery remains appropriate, and what orders are then necessary. He does none of this, implying that there are none. He should be compelled to answer all of these questions. Could the court ordered discovery referee decide anything without these answers? And if those answers would be required then, why not now before any further waste of time and resources, much less the debilitating health consequences.

**3. LITIGATION PRIVILEGE vs. IN CURRENT PRO PER DEFENSE**

MK gets to engage in these abusive litigation tactics while hiding behind the almost absolute litigation privilege. Does not that now afford me the same shield?

**4. REPRESENTING PLAINTIFF vs. REPRESENTING SELF**

MK has refused to provide answers to any of the questions posited by my motions, implying that there are none, and that he is no longer actually litigating on behalf of, or being paid by, his client – Plaintiff – but is litigating on behalf of himself alone: MK vs. me, with a claim for vengeance and retribution. He should be compelled to answer all of these questions, i.e. whether there is any claims being truly advanced for Plaintiff, and if so what; and including on whose behalf he seeks sanctions.

**CONCLUSION**

Defendant Heldman therefor requests entry of one or more of the alternative orders sought.

Dated: February 20, 2025

Respectfully submitted,

Edward Heldman III, In Pro Per

# ATTACHMENT A



**EDWARD HELDMAN III**
**10614 West Crosby**
**Sun City, Arizonna 85351**
**(201) 679-7428**
**Eheldman.ProPer@proton.me**

**Defendant Appearing in Pro Per**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada Corporation; COMEDYMX, a Delaware Limited Liability Company,<br><br>Defendants.<br><br>RELATED COUNTER-CLAIMS | **Case No. 2:20-cv-05581-DSF-GJSx**<br><br>Honorable Dale S. Fischer<br><br>REPLY RE APPLICATION FOR ORDER CONTINUING MOTIONS FOR SANCTIONS AND RELATED MOTION TO COMPEL; DECLARATION OF EDWARD HELDMAN |

The following declaration is submitted in reply. Re Application for Order Continuing Motions for Sanctions and Related Motion to Compel.

Dated: February 20, 2025 Respectfully submitted,

/s/
Edward Heldman III - In Pro Per

**DECLARATION OF EDWARD HELDMAN III**

1. I am Defendant Edward Heldman III, appearing in Pro Per.

### A. ABUSIVE LITIGATION TACTICS vs. SO-CALLED ABUSIVE E-MAILS

2. The filings and e-mails of Plaintiff's counsel ["MK"] are part and parcel of his abusive litigation practices.

3. I have spent over $300,000 on each of the different lawyers, and hundreds of thousands more on a variety of other attorneys, largely to fend off these abusive tactics, by attorneys who routinely likened MK to Roy Cohn, the gay-baiting, McCarthyite, mob lawyer who died of AIDS after being disbarred, but who refused to resort to similar tactics.

4. MK routinely includes in his long-winded e-mails and court filings threats of sanctions, including on my current motions, even though there is clear reasonableness in seeking reconsideration in light of huge changed circumstances. *See Stacy v. Colvin*, 825 F.3d 563, ___ (9th Cir. 2016); *Disimone v. Browner*, 121 F.3d 1262, 1266 (9th Cir. 1997). The Court must consider whether other changed circumstances exist or a manifest injustice would otherwise result. *Thomas v. Bible*, 983 F.2d 152, 155 (9th Cir. 1993).

5. MK attaches correspondence, claiming they are abusive because of content re himself which he publishes by filing.

6. When I send a separate e-mail, MK attaches it to a chain to "reconstruct" it, and then resume the old chain.

7. MK is now using four attorneys, more than prior to the BK Settlement, which now provides a capital flow to his client. His current oppositions are extraordinarily lengthy.

8. Meanwhile, I have lost my life's work in th CMX companies, I am broke, barely supporting myself and my 83-year old mother, who recently and currently is battling a severe respiratory infection, and affording only occasional, limited lawyer consultations to deal with this.

9. I am on psychotropic medications prescribed to help me deal with alcoholism, and its underlying issues, including extreme anxiety that is severely

heightened by the abusive litigation tactics and constant threats of total ruin, and medication side-effects.

10. Most recently, I suffered severe symptoms over the past 7-10 days, making this filing difficult to complete, both due to time issues and the health aggravating nature of the subject matter of the tasks. [Exhibit 4].

**B. DISCOVERY AND PRELIMINARY INJUNCTION, SANCTIONS ORDERS vs. FULLY SETTLED CLAIMS**

11. MK could have responded to those motions by simply stating – at least – the remaining post-BK Settlement liability and damages claims, my supposed liability not covered by the BK Settlement, what need remains for a preliminary injunction, what outstanding discovery remains appropriate, and what orders are then necessary.

12. MK does none of this, implying that there are none.

13. ML should be compelled to answer all of these questions.

14. Could the court ordered discovery referee decide anything without these answers? And if those answers would be required then, why not now before any further waste of time and resources, much less the debilitating health consequences.

**C. LITIGATION PRIVILEGE vs. CURRENT PRO PER DEFENSE**

15. MK gets to engage in these abusive litigation tactics while hiding behind the almost absolute litigation privilege. Does not that now afford me the same shield?

**D. REPRESENTING PLAINTIFF vs. REPRESENTING SELF**

16. MK has refused to provide answers to any of the questions posited by my motions, implying that there are none, and that he is no longer actually litigating on behalf of, or being paid by, his client – Plaintiff – but is litigating on behalf of himself alone: MK vs. me, with a claim for vengeance and retribution.

17. He should be compelled to answer all of these questions, i.e. whether there is any claims being truly advanced for Plaintiff, and if so what; and including on whose behalf he seeks sanctions.

18. MK evidentiary objections presuppose this is a trial of the merits.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 20, 2025, at Sun City, Arizona.

/s/
Edward Heldman III

# EXHIBIT 4






99

962362

utm_medium=textpat

Feb 20, 2023 at 12:24 PM

Mohammad Jamil, MD has invited you to join their secure waiting room for your scheduled video visit.

To join Mohammad Jamil, MDs waiting room, click here: https://www.zocdoc.com/waitingroom/mohammad-jamil-md-177796?utm_medium=textpat

Today 10:42 AM

Mohammad Jamil, MD has invited you to join their secure waiting room for your scheduled video visit.

To join Mohammad Jamil, MDs waiting room, click here: https://www.zocdoc.com/waitingroom/mohammad-jamil-md-177796?utm_source=zvs&utm_medium=sms_patient&utm_term=request

The sender is not in your contact list.

Report Junk



Text Message • SMS

1:40



98



+1 (855) 730-1564

Standard Time)

Yesterday 6:52 AM

https://advmd.co/T5En2RDh Your Telehealth appointment with Marshall-French,Sharon is on Tuesday, February 18, 2025 7:00 AM US MST (US Mountain Standard Time). Su cita de telemedicina con es el Marshall-French,Sharon es el Tuesday, February 18, 2025 7:00 AM US MST (US Mountain Standard Time)

Today 1:38 PM

https://advmd.co/T5EolL58 Your Telehealth appointment with Mcdonald,Erin is on Thursday, February 20, 2025 11:00 AM US MST (US Mountain Standard Time). Su cita de telemedicina con es el Mcdonald,Erin es el Thursday, February 20, 2025 11:00 AM US MST (US Mountain Standard Time)

The sender is not in your contact list.

Report Junk



Text Message • SMS



# Your personal prescription information

**Your Walgreens Pharmacy Location**
9040 W Peoria Ave
Peoria, AZ 853456406
(623)979-2180

If you have questions about your prescription, please contact your Walgreens pharmacist or call 1-800-WALGREENS (1-800-925-4733)

**PATIENT** ED HELDMAN
**BIRTH DATE** 09/28/72
**MEDICATION** CLONAZEPAM 0.5MG TABLETS
**QUANTITY** 28
**DIRECTIONS** TAKE 1 TABLET BY MOUTH AT BEDTIME UP TO TWICE DAILY AS NEEDED FOR ANXIETY

**DOCTOR** PBR M JAMIL

**PATIENT ALLERGIES** < ALLERGY HISTORY NOT KNOWN >

**DRUG DESCRIPTION**
YELLOW
FRONT TEVA
BACK 832

**GENERIC INGREDIENT**: Clonazepam Tablets(kloe NA ze pam)

**BRAND NAMES**: Klonopin

**WARNING**: This drug is a benzodiazepine. The use of a benzodiazepine drug along with opioid drugs has led to very bad side effects. Side effects that have happened include slowed or trouble breathing and death. Opioid drugs include drugs like codeine, oxycodone, and morphine. Opioid drugs are used to treat pain and some are used to treat cough. Talk with the doctor.If you are taking this drug with an opioid drug, get medical help right away if you feel very sleepy or dizzy; if you have slow, shallow, or trouble breathing; or if you pass out. Caregivers or others need to get medical help right away if the patient does not respond, does not answer or react like normal, or will not wake up. Benzodiazepines can put you at risk for drug use disorder. Misuse or abuse of this drug can lead to overdose or death, especially when used along with certain other drugs, alcohol, or street drugs. Drug use disorder can happen even if you take this drug as your doctor has told you. Get medical help right away if you have changes in mood or behavior, suicidal thoughts or actions, seizures, or trouble breathing.You will be watched closely to make sure you do not misuse this drug or develop drug use disorder.Benzodiazepines may cause dependence. Lowering the dose or stopping this drug all of a sudden may cause withdrawal. This can be life-threatening. The risk of dependence and withdrawal are raised the longer you take this drug and the higher the dose. Talk to your doctor before you lower the dose or stop this drug. You will need to follow your doctor's instructions. Get medical help right away if you have trouble controlling body movements, seizures, new or worse behavior or mood changes like depression or thoughts of suicide, thoughts of harming someone, hallucinations (seeing or hearing things that are not there), losing contact with reality, moving around or talking a lot, or any other bad effects.Sometimes, withdrawal signs can last for several weeks to more than 12 months. Tell your doctor if you have anxiety; trouble with memory, learning, or focusing; trouble sleeping; burning, numbness, or tingling; weakness; shaking; muscle twitching; ringing in the ears; or any other bad effects.

**COMMON USES**: It is used to treat seizures.It is used to treat panic attacks.It may be given to you for other reasons. Talk with the doctor.

**BEFORE USING THIS MEDICINE**: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.If you have any of these health problems: Glaucoma or liver disease.This is not a list of all drugs or health problems that interact with this drug.Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

**HOW TO USE THIS MEDICINE**: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.Swallow whole with a full glass of water. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature in a dry place. Do not store in a bathroom.Store this drug in a safe place where children cannot see or reach it, and where other people cannot get to it. A locked box or area may help keep this drug safe. Keep all drugs away from pets.Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it.If it is close to the time for your next dose, skip the missed dose and go back to your normal time.Do not take 2 doses at the same time or extra doses.

**CAUTIONS**: For all uses of this drug:Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.Have your blood work checked if you are on this drug for a long time. Talk with your doctor.Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.If you have had seizures in the past, this drug may cause you to pass out. Use with care. Do not do activities that may be unsafe to you or others if you pass out, like driving or swimming.If you have lung disease, talk with your doctor. You may be more sensitive to this drug.Avoid drinking alcohol while taking this drug. Talk with your doctor before you use marijuana, other forms of cannabis, or prescription or OTC drugs that may slow your actions.Talk with your doctor if this drug stops working well. Do not take more than ordered.If you are 65 or older, use this drug with care. You could have more side effects. This drug may cause harm to the unborn baby if you take it while you are pregnant. If you are pregnant or you get pregnant while taking this drug, call your doctor right away.Taking this drug late in pregnancy may raise the chance of breathing or feeding problems, low body temperature, or withdrawal symptoms in the newborn. Talk with the doctor.Tell your doctor if you are breast feeding or plan to breast feed. This drug passes into breast milk and may harm your baby.For seizures:If seizures are different or worse after starting this drug, talk with the doctor.Do not change the dose or stop this drug. This could cause seizures. Talk with your doctor.

**POSSIBLE SIDE EFFECTS**: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.Shortness of breath.Change in balance.Feeling confused.Memory problems or loss. Bad dreams.Hallucinations (seeing or hearing things that are not there).Like other drugs that may be used for seizures, this drug may rarely raise the risk of suicidal thoughts or actions. The risk may be higher in people who have had suicidal thoughts or actions in the past. Call the doctor right away about any new or worse signs like depression; feeling nervous, restless, or grouchy; panic attacks; or other changes in mood or behavior. Call the doctor right away if any suicidal thoughts or actions occur. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:Feeling dizzy, sleepy, tired, or weak.More saliva.Signs of a common cold.These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

**GENERAL DRUG FACTS**:If your symptoms or health problems do not get better or if they become worse, call your doctor.Do not share your drugs with others and do not take anyone else's drugs.This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider. If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Keep out of reach of children: Store in safety container or secure area.

Call your doctor for medical advice about side effects. You may report side effects to the FDA at 800-FDA-1088.

Do not flush unused medications or pour them down a sink or drain.

WIC# 986638

CUT HERE

**ED HELDMAN**
10614 W Crosby Dr "teva Clonazepam", Sun City, AZ 853514110
(201)927-1151
**RX # 2256010-05222** DATE: 02/19/25

**CLONAZEPAM 0.5MG TABLETS**
QTY: 28 NO REFILLS - DR. AUTH REQUIRED
New-E NDC: 00093-0832-05

$ 11.60

PBR: M. JAMIL
MFG: TEVA
SEM/SEM/SEM /SEM
PLAN: CTRX
GROUP# 7215BBB
CLAIM REF# 250505706205001998

Walgreens
9040 W PEORIA AVE PEORIA, AZ 853456406
PH: (623)979-2180

Customer receipt

**ED HELDMAN**
10614 W Crosby Dr "teva Clonazepam", Sun City, AZ 853514110
(201)927-1151
**RX # 2256010-05222** DATE: 02/19/25

**CLONAZEPAM 0.5MG TABLETS**
QTY: 28 NO REFILLS - DR. AUTH REQUIRED
New-E NDC: 00093-0832-05

$ 11.60

PBR: M. JAMIL
MFG: TEVA
SEM/SEM/SEM /SEM
PLAN: CTRX
GROUP# 7215BBB
CLAIM REF# 250505706205001998

Walgreens
9040 W PEORIA AVE PEORIA, AZ 853456406
PH: (623)979-2180

Duplicate receipt

CUT HERE

Pharmacy use only

WED 4:21PM
New-E

CLONAZEPAM 0.5MG TABLETS
00093-0832-05
H3-FAST RACK

QTY 28
10 DRAM

YELLOW
FRONT: TEVA
BACK: 832

SEM SEM SEM /SEM

Med Guide




10660 N.W. GRAND AVE.
(623)876-8222
Your cashier was Floater

| | | | |
|---|---|---|---|
| RX | PHARMACY | 0.00 | Q |
| RX | PHARMACY | 0.00 | Q |
| RX | PHARMACY | 0.00 | Q |
| | TAX | 0.00 | |
| **** | BALANCE | 0.00 | |
| | CASH | 0.00 | |
| | CHANGE | 0.00 | |

TOTAL NUMBER OF ITEMS SOLD = 3
02/19/25 11:51am 122 65 43 508

THANK YOU FOR SHOPPING FRY'S!
Fresh opportunity awaits
Join our team today!



www.frysfood.com/careers
www.frysfood.com

RED- 126

EDWARD HELDMAN
DOB: 09/28/1972

10614 W CROSBY WAY
SUN CITY, AZ 85351
PH: (623) 755-6404

Fry's Pharmacy

FRY'S PHARMACY 66000122

10660 NW GRAND AVE
SUN CITY, AZ 85351
PH:(623) 876-8220
NCPDP: 0316833

Safety Caps

RX#: 6604831 *New Rx* DATE: 02/10/2025

VITAMIN B-1 100 MG TABLET

NDC: 80681-0098-00

TAKE 1 TABLET BY MOUTH DAILY

QTY: 30 DAYS SUPPLY: 30

DAW: 0 1.67 REFILLS OF 90 UNTIL 02/09/2026

PRESCRIBER:
J ZHONG
NPI: 1427448893
AUTH#: 250414000540302

BILL TO: AETNA BH MEDICAID-ADV
PRICE: $0.00

YOUR INSURANCE BENEFIT SAVED YOU: $7.49

RX# 6604831 02/10/2025

EDWARD HELDMAN

X____________________
AUTHORIZED SIGNATURE

RX# 6604831 02/10/2025

HIPAA Acknowledgement on file

PRODUCT INFORMATION: AZ

**DRUG:** VITAMIN B-1 100 MG TABLET
**GENERIC NAME:** THIAMINE - ORAL - (THYE-a-m
**NDC:** 80681-0098-00

**Color:** white
**Shape:** round

**SIDE EFFECTS:** This vitamin usually has no side effects. If you have any unusual effects, contact your doctor or pharmacist promptly. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

**MISSED DOSE:** If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.

**STORAGE:** Different brands of this vitamin have different storage needs. Check the product package for instructions on how to store your brand, or ask your pharmacist. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

Ver 2025.01.01

Call your doctor for medical advice about side effects. You may report side effects toFDA at 1-800-FDA-1088

**Do not flush unused medications or pour down a sink or drain.**

*IMPORTANT: HOW TO USE THIS INFORMATION:* This is a summary and does NOT have all possible information about this product.

Not On File

LOYALTY #     POS #

# RED- 126

**Fry's Pharmacy**

**EDWARD HELDMAN**
**DOB: 09/28/1972**

**FRY'S PHARMACY 66000122**

10614 W CROSBY WAY
SUN CITY, AZ 85351
PH: (623) 755-6404

10660 NW GRAND AVE
SUN CITY, AZ 85351
PH:(623) 876-8220
NCPDP: 0316833

Safety Caps

RX#: 6604818 *New Rx* DATE: 02/10/2025

**OXcarbazepine 150 MG TABLET**

NDC: 31722-0023-01

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

QTY: 30 DAYS SUPPLY: 30

DAW: 0 1.67 REFILLS OF 90 UNTIL 02/09/2026

PRESCRIBER:
**J ZHONG**
NPI: 1427448893
AUTH#: 250413749786066

**BILL TO: AETNA BH MEDICAID-ADV**
**PRICE: $0.00**

**YOUR INSURANCE BENEFIT SAVED YOU: $19.99**

RX# **6604818** **02/10/2025**

**EDWARD HELDMAN**

X_________________
**AUTHORIZED SIGNATURE**

RX# **6604818** **02/10/2025**

**HIPAA Acknowledgement on file**

PRODUCT INFORMATION: AZ

**DRUG:** **OXcarbazepine 150 MG TABLET**
**GENERIC NAME:** OXCARBAZEPINE - ORAL - (ox-kar-BAY-zih-peen)
**NDC: 31722-0023-01**

**Color:** brown
**Shape:** oval

**Imprint 1:** V
**Imprint 2:** 7 6

**SIDE EFFECTS:** Dizziness, drowsiness, tiredness, nausea/vomiting, stomach/abdominal pain, headache, trouble sleeping, or constipation may occur. If any of these effects last or get worse, tell your doctor or pharmacist promptly. Remember that this medication has been prescribed because your doctor has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. A small number of people who take anticonvulsants for any condition (such as seizure, bipolar disorder, pain) may experience depression, suicidal thoughts/attempts, or other mental/mood problems. Tell your doctor right away if you or your family/caregiver notice any unusual/sudden changes in your mood, thoughts, or behavior including signs of depression, suicidal thoughts/attempts, thoughts about harming yourself. Tell your doctor right away if you have any serious side effects, including: loss of coordination, vision changes (such as double vision), rapid/uncontrollable eye movements, shaking (tremor), easy bleeding/bruising, unusual tiredness. Get medical help right away if you have any very serious side effects, including: signs of infection (such as fever, swollen lymph nodes, sore throat that doesn't go away, cough), symptoms of low sodium level (severe nausea, extreme drowsiness, confusion, seizures). Oxcarbazepine may rarely cause very serious (possibly fatal) skin reactions. Some people in certain ethnic groups (including people of Asian/South Asian descent) are at greater risk. Your doctor may order a blood test to measure your risk before you start this medication. If the blood test shows you are at greater risk, your doctor should discuss the risks and benefits of oxcarbazepine and other treatment choices with you. Such skin reactions have developed mostly within the first few months of treatment. Get medical help right away if you develop symptoms of a serious skin reaction such as skin rash/blisters/peeling, itching, or swelling. Ask your doctor or pharmacist for more details. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

**MISSED DOSE:** If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.

**STORAGE:** Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

Ver 2025.01.01

Call your doctor for medical advice about side effects. You may report side effects toFDA at 1-800-FDA-1088

**Do not flush unused medications or pour down a sink or drain.**

***IMPORTANT: HOW TO USE THIS INFORMATION:*** This is a summary and does NOT have all possible information about this product.

Not On File

**LOYALTY #** **POS #**

RED- 126

Fry's Pharmacy

EDWARD HELDMAN
DOB: 09/28/1972

FRY'S PHARMACY 66000122

10614 W CROSBY WAY
SUN CITY, AZ 85351
PH: (623) 755-6404

10660 NW GRAND AVE
SUN CITY, AZ 85351
PH:(623) 876-8220
NCPDP: 0316833

Safety Caps

RX#: 6604817 *New Rx* DATE: 02/10/2025

**NALTREXONE 50 MG TABLET**

NDC: 47335-0326-88

TAKE 1 TABLET BY MOUTH DAILY

QTY: 30 DAYS SUPPLY: 30

DAW: 0 1.67 REFILLS OF 90 UNTIL 02/09/2026

PRESCRIBER:
**J ZHONG**
NPI: 1427448893
AUTH#: 250413749471170

**BILL TO: AETNA BH MEDICAID-ADV**
**PRICE: $0.00**

**YOUR INSURANCE BENEFIT SAVED YOU: $83.49**

RX# 6604817 02/10/2025

**EDWARD HELDMAN**

X__________________
**AUTHORIZED SIGNATURE**

RX# 6604817 02/10/2025

**HIPAA Acknowledgement on file**

PRODUCT INFORMA ON: AZ

**DRUG: NALTREXONE 50 MG TABLET**
**GENERIC NAME:** NALTREXONE - ORAL - (nal-TREX-one)
**NDC: 47335-0326-88**

**Color:** yellow
**Shape:** round

**Imprint 1:** 326

**SIDE EFFECTS:** Nausea, headache, dizziness, anxiety, tiredness, and trouble sleeping may occur. In a small number of people, mild opiate withdrawal symptoms may occur, including abdominal cramps, restlessness, bone/joint pain, muscle aches, and runny nose. If any of these effects last or get worse, tell your doctor or pharmacist promptly. Remember that this medication has been prescribed because your doctor has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Sudden opiate withdrawal symptoms can occur within minutes after taking naltrexone. Tell your doctor right away if any withdrawal symptoms occur, including: abdominal cramps, nausea/vomiting, diarrhea, joint/bone/muscle aches, mental/mood changes (such as anxiety, confusion, extreme sleepiness, visual hallucinations), runny nose. Naltrexone has rarely caused serious liver disease. The risk is increased when larger doses are used. Discuss the risks and benefits with your doctor. Tell your doctor right away if you develop symptoms of liver disease, including: nausea/vomiting that doesn't stop, severe stomach/abdominal pain, dark urine, yellowing eyes/skin. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.

**MISSED DOSE:** If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.

**STORAGE:** Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

Ver 2025 01.01

Call your doctor for medical advice about side effects. You may report side effects toFDA at 1-800-FDA-1088

**Do not flush unused medications or pour down a sink or drain.**

***IMPORTANT:*** *HOW TO USE THIS INFORMATION:* This is a summary and does NOT have all possible information about this product.

Not On File

**LOYALTY #** **POS #**


(623)876-8220
fry's
FOOD STORES
10660 NW GRAND AVE
SUN CITY,AZ 85351
STORE 66000122
DE:HS RPH:AC
Prescriber:JUN ZHONG,MD
RX# 6559353
Qty:
EDWARD HELDMAN
DISULFIRAM 250 MG TABLET
TAKE 1 TABLET BY MOUTH DAILY
1 00 REFILL OF 30 BY 03/24/25

**PROOF OF SERVICE**

STATE OF ARIZONA )
) SS
COUNTY OF MARICOPA )

I, the undersigned, certify that I am a citizen of the United States, over the age of 18 years, residing in the County of Maricopa, State of Arizona.

On February 20, 2025, I caused to be served a true copy of

REPLY RE APPLICATION FOR ORDER CONTINUING MOTIONS FOR SANCTIONS AND RELATED MOTION TO COMPEL; DECLARATION OF EDWARD HELDMAN

on the Plaintiff by e-mail, whose address is:

Milord A. Keshishian
Milord Law Group, PC
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
milord@milordlaw.com

I declare under penalty of perjury that the above is true and correct. Executed on February 20, 2025, at Sun City, Arizona.

/s/
Edward Heldman III - In Pro Per

# PROOF OF SERVICE

STATE OF ARIZONA )
) SS
COUNTY OF MARICOPA )

I, the undersigned, certify that I am a citizen of the United States, over the age of 18 years, residing in the County of Maricopa, State of Arizona.

On February 20, 2025, I caused to be served a true copy of

REPLY RE MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR FOR MORE DEFINITE STATEMENT POST-BANKRUPTCY; MOTION TO RECONSIDER ALL PENDING PRE-BANKRUPTCY ORDERS; MOTI0N TO STAY ACTION PENDING COMPLETION OF BANKRUPTCY CHAPTER 11 PLAN'S DAMAGES PAYOUT; DECLARATION OF EDWARD HELDMAN III

on the Plaintiff by e-mail, whose address is:

Milord A. Keshishian
Milord Law Group, PC
333 S. Hope Street, Suite 4025
Los Angeles, CA 90071
milord@milordlaw.com

I declare under penalty of perjury that the above is true and correct. Executed on February 20, 2025, at Sun City, Arizona.

Edward Heldman III - In Pro Per