# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br>      Plaintiff,<br><br>         v.<br><br>EDWARD HELDMAN III, et al.,<br>      Defendants. | 2:20-cv-05581-DSF-GJSx<br><br>Order GRANTING IN PART and DENYING IN PART Application for Order Continuing Motions (Dkt. 400) |

    Defendant's application to continue the motion for a finding of contempt and terminating sanctions (dkt. 394) is GRANTED. Defendant's opposition is now due March 17, 2025. Plaintiff's reply is due March 31, 2025. The matter will be under submission at that time with no oral argument unless further ordered by the Court.

    The application to continue the motion to compel discovery is DENIED without prejudice to seeking a continuance from the Magistrate Judge.

    IT IS SO ORDERED.

Date: February 24, 2025

                                                    _____
                                                    Dale S. Fischer
                                                    United States District Judge