UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br>    Plaintiff,<br><br>    v.<br><br>EDWARD HELDMAN III, et al.,<br>    Defendants. | 2:20-cv-05581-DSF-GJSx<br><br>Order DENYING Motion for Judgment on the Pleadings, Motion for a More Definite Statement, Motion for Reconsideration, and Motion to Stay Proceedings (Dkt. 398) |

      Defendant Edward Heldman III has moved for judgment on the pleadings, a more definite statement, reconsideration of various orders, and to stay these proceedings. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

      The premise behind all of Heldman's requests is that the bankruptcy settlement between Heldman's companies and Plaintiff exhausts all liability that Heldman might have in this case. This is incorrect. Heldman's potential liability in this case is not as an alter ego of his companies; it stems from his personal actions. Nor is it apparent from the face of the complaint that all of Plaintiff's potential damages were compensated for by the settlement with the corporate entities. To the degree that Heldman is arguing that he is entitled to an offset for the amounts paid to Plaintiff by the corporate entities in their settlement with Plaintiff, that determination is not an

appropriate matter to be decided via a motion for judgment on the pleadings.

 The motion is DENIED.

 IT IS SO ORDERED.

Date: February 28, 2025

                _____
                Dale S. Fischer
                United States District Judge