# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>　　　　　Plaintiff,<br>　　v.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br>　　　　　Defendants.<br><br>And Related Counterclaims and Third-Party Claims | Case No.:  2:20-cv-05581 DSF (GJSx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES [DKT 391] AND ORDERING PRODUCTION OF DOCUMENTS RE BEYOND BLOND PRODUCTIONS, LLC'S SUBPOENA TO DEFENDANTS' FORMER COUNSEL MANDOUR & ASSOCIATES, APC** |

The Court has reviewed Plaintiff Beyond Blond Productions, LLC's Motion to Compel. [Dkt. 391 and related filings]. Having considered the parties' motion, opposition, and reply, and the declarations of counsel and supporting evidence, and all of the files, records and proceedings herein, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT**:

(1) Subject to the narrow carve out set forth in (2), below, and pursuant to Fed. R. Civ. P. 34(b)(2) and 37 and this Court's Order [Dkt. 287], all objections made by Mandour & Associates, APC are overruled. **Mandour & Associates, APC, is ordered to provide supplemental responses without objections and produce all documents itemized in Request Nos. 1-12 of Beyond Blond Productions, LLC's subpoena by March 13, 2025.**

(2) Mandour & Associates, APC, need not disclose attorney work product that was never communicated, transmitted, or otherwise provided to the client-defendant in this action. The attorney work product privilege is generally held by counsel. In this case, Defendant waived his right to claim the attorney-client and work product privileges, and all work product transmitted to him as part of any communication must be turned over by Mandour & Associates, APC. However, documents that are "pure" attorney work product, such as internal notes, that were not made part of any communication to the client need not be turned over at this time.

(3) With respect to any claims of work product that lead to withholding of documents, Mandour & Associates APC must produce a privilege log of such documents. The log must contain sufficient information for Plaintiff and the Court to determine the detailed subject matter of the

work product (*i.e.*, the topic must be specifically described but the details and analysis remain confidential) and must additionally contain other relevant information such as the date each document was prepared and by whom. The log must be provided with a verification that each entry relates to work product that was not communicated to the client who has waived privileges.

**(4)   Mandour & Associates, APC is to produce the work product privilege log described above, with verification, on or before March 19, 2025.**

**IT IS SO ORDERED.**

Dated: March 7, 2025

_____
Magistrate Judge Gail J. Standish