UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants.<br><br>And Related Counterclaims and Third-Party Claims. | Case No. 2:20-cv-05581 DSF (GJSx)<br><br>**ORDER RE: FORMER COUNSEL MANDOUR & ASSOCIATES, APC'S** *EX PARTE* **APPLICATION TO STAY MAGISTRATE ORDER AND/OR SHORTEN TIME TO HEAR MOTION FOR REVIEW AND OBJECTION PURSUANT TO FED. R. CIV. P. 72(A) AND L.R. 72-2.1 TO A DECISION BY A MAGISTRATE JUDGE;**<br><br>Courtroom: 7D<br>Discovery Cutoff: 03/04/2025<br>Final Pretrial Conf.: 06/30/2025<br>Jury Trial: 07/29/2025 |

Before the Court is Former Counsel Mandour & Associates, APC's *Ex Parte* Application to Stay Magistrate Order and Extend Time to Hear Motion for Review and Objection Pursuant to Fed. R. Civ. P. 72(a) and L.R. 72-2.1 to a decision by a magistrate judge.

Having read and considered the application, the Court deems this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P . 78; L.R. 7-15.

Former Counsel's Application is hereby GRANTED. The Magistrate's March 7, 2025 Order (ECF No. 411) is hereby STAYED. Former Counsel's Motion for Review pursuant to Fed. R. Civ. P. 72(a) shall be heard on April 7, 2025 after full briefing by the parties.

IT IS SO ORDERED.

Dated: March 12, 2025

                                                Hon. Dale S. Fischer
                                                United States District Judge