# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants. | CASE NO.: 2:20-cv-05581-DSF-GJSx<br><br>*Honorable Dale S. Fischer*<br><br>**ORDER GRANTING BEYOND BLOND'S NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION TO AMEND SCHEDULING ORDER TO CONTINUE DATES BY THREE MONTHS**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 7D |

Plaintiff Beyond Blond Productions, LLC's *Ex Parte* Application to Amend the Scheduling Order and Continue dates by three months was filed on March 3, 2025.

Based on the papers filed in support of, and in opposition to the Application, and GOOD CAUSE BEING SHOWN, the Court hereby ORDERS that:

The new deadlines are set forth in the Scheduling Order chart attached to this Order.

All deadlines established by the prior Civil Trial Order [Dkt. 390] are hereby VACATED.

Dated: March 13, 2025

Honorable Dale S. Fischer
United States District Judge

# DISTRICT JUDGE DALE S. FISCHER AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Matter | Time | Weeks Before Trial | Plaintiffs' Request | Court Order |
|---|---|---|---|---|
| Trial | 8:30 am | | October 28, 2025 | October 28, 2025 |
| Pretrial Conference, LR 16; Hearing on Motions in Limine (Monday) | 3:00 pm | 4 | September 29, 2025 | September 29, 2025 |
| Trial Documents (Set Two) | | 6 | September 17, 2025 | September 17, 2025 |
| Trial Documents (Set One) | | 7 | September 10, 2025 | September 10, 2025 |
| Last day to conduct ADR Proceeding, LR 16-15 | | 12 | August 6, 2025 | August 6, 2025 |
| Last day to hear motions (except motion to amend pleadings or add parties and motions in limine), LR 7 (Monday) | | 14 | July 21, 2025 | July 21, 2025 |
| Non-expert Discovery Cut-off | | 21+ | June 2, 2025 | June 2, 2025 |
| Expert Disclosure (initial) | | | April 7, 2025 | April 7, 2025 |
| Expert Disclosure (rebuttal) | | | May 5, 2025 | May 5, 2025 |
| Expert Discovery Cut-off | | 21+ | June 2, 2025 | June 2, 2025 |
| Last day to hear motion to amend pleadings or add parties (Monday) | | 32+ | March 17, 2025 | March 17, 2025 |