# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br>    Plaintiff,<br><br>            v.<br><br>EDWARD HELDMAN III, et al.,<br>    Defendants. | 2:20-cv-05581-DSF-GJSx<br><br>ORDER TO SHOW CAUSE RE CRIMINAL CONTEMPT CHARGES |

The Court having found probable cause to believe that Defendant Edward Heldman III has committed criminal contempt by knowingly violating the Court's orders in the case of <u>Beyond Blond Productions, LLC v. Edward Heldman III</u>, 2:20-cv-05581-DSF-GJS (C.D. Cal.), Defendant is ordered to show cause why he should not be found in criminal contempt for the following actions:

Having been enjoined from "sending threatening or harassing emails to Milord Keshishian or others at his law firm," Defendant willfully disobeyed lawful orders of this Court as follows:

1. On or about March 18, 2025, Defendant made threats via e-mail message to Milord Keshishian stating, among other things:

    a. "Laws – your protection is useless!"[1]

---

[1] All quotes are presented as they appear in the record. Uses of "[sic]" will be avoided for ease of reading.

    b. "Was it against the law to kill Lincoln? Was it against the law to kill Kennedy? Was it against the law to shoot Reagan?"

    c. "And laws? You just go on and 'Keep poking the Lion' and make it so the Lion has nothing to live for and see what your judge can do for you. Are you in the witness protection program? I know for a fact you're not. I know a lot more than you think, you underestimate your enemy. Truth is you have no idea who or what I am, you have been mislead."

    d. "You need to drop this case as it isn't about money, it's about life and death. FYI you're not getting into the 'witness protection program'. I am not threatening you since my mother is still living. I need to take care of her and get rid of you."

    e. "Let's have a nice sit down dinner shall we? Let's discuss what the fuck you want Satan. Or come over my house, love to show you my AK-47s. Unlike YOU I live in AZ."

2. On or about March 18, 2025, Defendant sent a threatening or harassing e-mail message to Milord Keshishian stating, among other things: "Why do you have 6 attorneys I have to CC? Is this your biggest multi-billion dollar case? I have reviewed ALL of your cases - terrible lousy 'bottom feeding nobodies' your Disney went no where. You are a low-level scum bag attorney who gets 'bottom feeding clients', why spend so much money on me? Unless it's personal??? You are 'poking the Lion'!"

3. On or about February 16, 2025, Defendant sent a threatening or harassing e-mail message to Milord Keshishian and others at his firm stating, among other things: "By the authority He has given me in His name Mattityahu 4:8-11,10:1, Yochanan 14:13, Lukas 9:1. I(herby rebuke these demonic 'spoken by Shaitan' who is the accuser of the brethren and seeks to destroy me Hisgalus 12:10, Yochanan 10:10 I command this to cease!"

2

4. On or about February 10, 2025, Defendant sent a threatening or harassing e-mail message to Milord Keshishian stating, among other things: "Now I see why you changed your name to Milord, you refuse to admit you're a Muslim (still that isn't a real name it's a British Title). You course me, the Judge, many of my attorneys and even your own client (not under the covenant of Abraham). Your people actively today torture and kill homosexuals (gays), Jews and Christians (Disciples pf Yeshua)."

5. On or about February 10, 2025, Defendant sent a threatening or harassing e-mail message to Milord Keshishian stating, among other things: "FYI I do love you Milord (not your real name) and I pray for you. One day I truly believe Christ will reveal Himself to you just as He did to me, one who's ancestors had Him killed[.] . . . Your religion is wrong and your prophet is dead like all cults, false teacher and prophets. See Galatians 1:6-12.  I of all I am the lowest part of His body but yet he chose me. You're right I am scum, an alcoholic etc. (those your lies come from Shaitan (Satan) and your evil spirits) but I server Christ now ABOVE all."

6. On or about February 10, 2025, Defendant sent a threatening or harassing e-mail message to Milord Keshishian stating, among other things:

    a. "You really ARE Roy Cohn"

    b. "FYI Meir is right Cohn was gay and Jewish. He changed his name to make it NOT Jewish, sound familiar? (Changing name to NOT sound Muslim?) FYI no Muslims or Armenians nae their kids 'Milord' (pronounced mi 'lord a British title) even worse no one even had that name because they know it's a title. An Armenian Muslims would not – were you even born here? Ottoman Empire etc. Obviously if the Judge and your Gay Clients knew this – things would not be good, would they? Otherwise why hide it?"

3

    c. "I can hire and pay a PI to get to the bottom of this and legally and freely expose you. Remember I am AN American under my country – not yours!"

    d. "I know this will ALL come out in court knowing you w/ bogus sanctions, I am attacking Muslims now right? WRONG! I am witnessing for Yeshua and exposing you for a fraud. Did your father or mother name you 'Milord'? You've been a witness so I have the right to depo you too!"

7. On or about February 5, 2025, Defendant sent a threatening or harassing e-mail message to Milord Keshishian and others at his firm stating, among other things: "You want my companies, you want me penniless person homeless, destroyed and to die. You pray to your god to kill me. Yet I am to believe this email was sent by the most evil person (so much I compared to the Nazis) that I have encountered in my 52 years? Psalm 71 speaks the prophecy of what will happen if you continue to challenge my God and me who is in Him. You cannot defeat my God, for he has eyes and can see and ears that can hear and a mouth that could speak and created both you and I. If not for my God, you would have no authority over me. It was given to you from above that you may hear the words of Christ which you reject, but now you have no excuse the day you go before Him that you've never heard His words. Christians were burned alive as human torches by Nero, Fed to Lions, Jews were gassed and both horribly tortured. I am far from afraid of you. You are a mortal man who has been given NO authority to take my life! . . . This reply you sent me is a sham, clearly a lie and just an excuse that you sent this email toward me about some how helping me, with a warning about filing. Do you wish to have a debate about the true God, my God versus your god ? We can't, because your god will not and cannot win. You will see all of this come to pass at the end of this case, which won't last as long as you think it will."

8. On or about February 5, 2025, Defendant sent a threatening or harassing e-mail message to Milord Keshishian and others at his

4

firm stating: "You claim you're a Muslim (never even knew you had a religion, as pointed out in prior witnessing for Christ e-mails) rejecting Christ? We are NOT the ones who kill homosexuals - maybe you should tell your clients what your people practice."

9. On or about November 16, 2024, Defendant sent a threatening or harassing e-mail message to Milord Keshishian stating, among other things: "Your retaliation was not the surprise of the century, a man is who lead by Satan will not change unless my God decides to do so. When you die, if in sin, you face a greater punishment than I can ever give you. . . . You persecute me, you seek to destroy me, you follow your father the Devil."

Trial on this matter is set for May 12, 2025 at 11:00 a.m. before United States District Judge Dale S. Fischer in Courtroom 7D, United States Courthouse, 350 W. 1st Street, Los Angeles, California.

The United States Attorney's Office for the Central District of California is requested to prosecute the above-described contempt and is ordered to file a statement whether it will or will not prosecute the contempt no later than April 8, 2025.

IT IS SO ORDERED.

Date: March 25, 2025

_Dale S. Fischer_
Dale S. Fischer
United States District Judge