EXHIBIT I

**Transcription of Video Edward Helman III Sent on 3-26-25**

I'm a very gay, homosexual, shyster, attorney. Big companies like Disney, Warner Brothers, and Paramount have changed and abused copyright law. I strongly believe that IP should stop making people rich and go back into the public domain where it belongs.

I want you to know that I will do everything I can to make sure that IP doesn't go back into the public domain. I strongly believe that IP should stop making people rich and go back into the public domain where it belongs. I want you to know that I will do anything to win for you.

You don't want a squeaky clean, good guy, honest attorney. You want a gay, homosexual, Armenian, crip like me. I will do anything to win, including: Blackmail, Lying, Misrepresenting law, Bribing judges to win my case.

If you have been sued for copyright or trademark infringement, you need to hire me if you want to win. Please contact me at mylordlaw.com, especially if you are a good looking gay male homosexual between the ages of 12 and 14.

Once again, my name is Lylord Kashishian and I fully endorse this message. I respectfully hope this pleases the court.