UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BEYOND BLOND PRODUCTIONS, LLC.,

Plaintiff(s)

v.

EDWARD HELDMAN III, et al.

Defendant(s).

CASE NUMBER

2:20-cv-05581-DSF-GJSx

ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 427)

The Court hereby orders that the request of:
Edward Heldman III
_____ Plaintiff  **X** Defendant  ___ Other Cross-Defendant
*Name of Party*

to substitute   Meir J. Westreich   solely in the criminal contempt proceedings   who is

 X   Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)        ☐ Pro Se

221 East Walnut St., Suite 200
*Street Address*

Pasadena, CA 91101                              meirjw@aol.com
*City, State, Zip*                              *E-Mail Address*

626.676.3585          626.676.3585             73133
*Telephone Number*    *Fax Number*              *State Bar Number*

as attorney of record for said criminal contempt proceedings, instead of

Edward Heldmn III, in pro per

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**      ☒ **GRANTED**       ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   April 4, 2025

*Dale S. Fischer*
U. S. District Judge

G–01 ORDER (09/17)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY