BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
MAX A. SHAPIRO (Cal. Bar No. 334929)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7419
    Facsimile: (213) 894-0141
    E-mail:    max.shapiro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BEYOND BLOND PRODUCTIONS, LLC, | No. 2:20-cv-05581-DSF-GJS |
|---|---|
| Plaintiff, | STATEMENT REGARDING CRIMINAL CONTEMPT CHARGES |
| v. | |
| EDWARD HELDMAN III, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Max A. Shapiro, hereby files this Statement per the Court's Order.

    1.   On March 25, 2025, the Court found probable cause to believe that Edward Heldman III committed criminal contempt by knowingly violating the Court's orders in the case <u>Beyond Blond Productions, LLC v. Edward Heldman III</u>, 2:20-cv-05581-DSF-GJS (C.D. Cal.). The Court requested the United States Attorney's Office prosecute the contempt and file a statement regarding its decision.

2. The government accepts appointment to prosecute this matter and anticipates seeking indictment following a limited additional investigation of potential charges.

Dated: April 8, 2025                Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division


         /s/
MAX A. SHAPIRO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2