# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>EDWARD HELDMAN, III, et al.,<br><br>　　　Defendants. | 2:20-cv-05581-DSF-GJSx<br><br>Order re Motion for Review of Magistrate Judge's Order |

　　　The Court has entered an order striking Defendant Edward Heldman III's answer and ordered entry of Heldman's default. Given this, Plaintiff is to file a statement indicating whether it still intends to seek disclosure of the materials at issue in Mandour & Associates, APC's motion for review of the magistrate judge's discovery order. The statement is due no later than April 21, 2025.

　　　IT IS SO ORDERED.

Date: April 11, 2025

_____
The Honorable Dale S. Fischer
United States District Judge