Milord A. Keshishian, (SBN 197835)
milord@milordlaw.com
Shirley Matcha, (SBN 354003)
shirley@milordlaw.com
**MILORD LAW GROUP, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
Beyond Blond Productions, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>　　　　Defendants. | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>*Honorable Dale S. Fischer*<br><br>**BEYOND BLOND PROUDCTIONS, LLC'S STATEMENT IN RESPONSE TO ORDER [DKT. 433] RE MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER**<br><br>Discovery Cutoff:　　06/02/2025<br>Final Pretrial Conf.:　09/29/2025<br>**Jury Trial:　　　　10/28/2025** |

Plaintiff respectfully informs the Court that despite the recent order granting terminating sanctions (Dkt. 431), Plaintiff continues to seek affirmance of Magistrate Judge Standish's discovery order (Dkt. 411). The communications subject to that order are essential to fully establish Defendant Heldman's scienter under 17 U.S.C. § 512(f) and to adequately substantiate Plaintiff's forthcoming motion for default judgment. Accordingly, Plaintiff respectfully requests that the Court affirm Magistrate Judge Standish's discovery order and require Mandour & Associates, APC, to comply with the production of its communications with Defendant Heldman.

Dated: April 21, 2025          Respectfully submitted,
                               **MILORD LAW GROUP, P.C.**

                               By: /s/ Milord A. Keshishian
                               Milord A. Keshishian
                               Attorneys for Plaintiff
                               Beyond Blond Productions, LLC