# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC,<br>    Plaintiff,<br><br>    v.<br><br>EDWARD HELDMAN, III, et al.,<br>    Defendants. | 2:20-cv-05581-DSF-GJSx<br><br>Order Vacating Criminal Contempt Trial Date |

    The United States Attorney's Office has stated its intent to seek an indictment of Defendant Edward Heldman III on criminal contempt charges. In light of this, the criminal contempt trial date currently set for May 12, 2025 is VACATED. A new trial date will be set post-indictment.

    IT IS SO ORDERED.

Date: April 22, 2025

_____
The Honorable Dale S. Fischer
United States District Judge