**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company; <br><br> Plaintiff, <br><br> v. <br><br> EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10; <br><br> Defendants. <br><br> And Related Counterclaims and Third-Party Claims. | ) Case No. 2:20-cv-05581 DSF (GJSx) <br> ) <br> ) **ORDER RE: FORMER COUNSEL** <br> ) **MANDOUR & ASSOCIATES, APC'S** <br> ) ***EX PARTE* APPLICATION TO STAY** <br> ) **MAGISTRATE ORDER FOR TEN (10)** <br> ) **DAYS** <br> ) <br> ) Courtroom: 7D |

Civil Case No. 2:20-cv-05581 DSF (GJSx)
[proposed] ORDER RE: EX PARTE APPLICATION TO STAY MAGISTRATE ORDER PENDING APPEAL

-1-

1  Before the Court is Former Counsel Mandour & Associates, APC's *ex parte*
2  application to stay the District Court's and the Magistrate's order for ten (10) days.
3  Having read and considered the application, the Court deems this matter
4  appropriate for decision without oral argument.  *See* Fed. R. Civ. P . 78; L.R. 7-15.
5  Former Counsel's Application is hereby GRANTED.  The District Court's
6  order (ECF No. 436) and the Magistrate's March 7, 2025 Order (ECF No. 411) are
7  hereby STAYED until May 15, 2025.
8  IT IS SO ORDERED.

10 Dated: May 7, 2025

11 Hon. Dale S. Fischer
   United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF filing system, which will provide notice of the same on the following:

    Milord A. Keshishian, SBN 197835
    Email: milord@milordlaw.com
    Shirley Matcha, SBN 354003
    Email: shirley@milordlaw.com
    MILORD & ASSOCIATES, P.C.
    333 South Hope Street, Suite 4025
    Los Angeles, California 90071
    Telephone: (310) 226-7878
    Attorneys for Plaintiff
    Beyond Blond Productions, LLC

    Defendant Edward Heldman III, *pro per*
    10614 West Crosby Drive
    Sun City Arizona 85351
    Telephone: (201) 679-7428
    Email: Eheldman.ProPer@proton.me

Date: <u>May 7, 2025</u>

                                      /s/ Ben T. Lila
                                      Ben T. Lila

Civil Case No. 2:20-cv-05581 DSF (GJSx)
[proposed] ORDER RE: EX PARTE APPLICATION TO STAY MAGISTRATE ORDER PENDING APPEAL

-3-