**MEIR J. WESTREICH [CSB 73133]**
Attorney at Law
221 East Walnut, Suite 200
Pasadena, California 91101
626.676.3585
meirjw@aol.com

**Attorney [Criminal Contempt] for Defendant Edward Heldman III**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD HELDMAN III, an individual, et al.,<br><br>Defendants.<br><br>Related Cross-Complaint | Case No. 2:20-cv-05581-DSF-GJSx<br><br>Honorable Dale S. Fischer<br><br>**NOTICE OF APPEAL FROM ORDERS ENTERED APRIL11, 2025 [DKT 433] AND APRIL 30, 2025 [DKT 436]**<br><br>Courtroom: 7D, First Street Courthouse |

Notice is hereby given that Defendant Edward Heldman III hereby appeals from Orders entered April 11, 2025 [Dkt 433] and April 30, 2025 [Dkt 436], separately and in combination, filed and entered by United States District Court, Central District of California, Hon. Dale S. Fischer, United States District Judge, presiding; and from previous Order [Dkt 407] [02.28.25] and Magistrate Judge Order [Dkt 411] [03.07.25] entered and expressly or necessarily incorporated into the aforementioned Orders [Dkt 433 and Dkt 436].

Dated: May 8, 2025              Respectfully submitted,

                                s/ Meir J. Westreich

                                _____
                                Meir J. Westreich
                                Attorney for Edward Heldman III