# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company; | ) Case No. 2:20-cv-05581 DSF (GJSx) ) ) ) [PROPOSED] ORDER RE: FORMER ) COUNSEL MANDOUR & ) ASSOCIATES, APC'S *EX PARTE* ) APPLICATION TO STAY ORDERS |
| Plaintiff, | ) PENDING APPEAL ) |
| v. | ) ) |
| EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10; | ) Courtroom: 7D ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| And Related Counterclaims and Third-Party Claims. | ) ) ) |

1    Before the Court is Former Counsel Mandour & Associates, APC's *ex parte*
2  application to stay the District Court's and the Magistrate's orders pending appeal.
3  Having read and considered the application, for stay pending appeal, the appeal
4  having been perfected to the 9th Circuit on 05.11.25, and Plaintiff's counsel having
5  indicated he would not oppose this application, the Court deems this matter
6  appropriate for decision without oral argument. See Fed. R. Civ. P . 78; L.R. 7-15.
7    Former Counsel's Application <u>for Stay Pending Appeal</u> is hereby
8  GRANTED.  IT IS SO ORDERED.
9
10  Dated: <u>  May 14, 2025  </u>
11                                                  _____
12                                                  Hon. Dale S. Fischer
                                                    United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I filed the foregoing document via the Court's CM/ECF filing system, which will provide notice of the same on the following:

Milord A. Keshishian, SBN 197835
Email: milord@milordlaw.com
Shirley Matcha, SBN 354003
Email: shirley@milordlaw.com
MILORD & ASSOCIATES, P.C.
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Telephone: (310) 226-7878
Attorneys for Plaintiff
Beyond Blond Productions, LLC

Defendant Edward Heldman III,
*c/o* Meir J. Westreich (CSB 73133)
221 East Walnut, Suite 200
Pasadena, CA 91101
meirjw@aol.com

Date: May 13, 2025

_____/s/ Ben T. Lila_____
Ben T. Lila