Milord A. Keshishian, SBN 197835
milord@milordlaw.com
**MILORD LAW GROUP, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878
*Counsel for Plaintiff*

Meir J. Westreich [Csb 73133]
Meirjw@Aol.Com
221 East Walnut, Suite 200
Pasadena, California 91101
626.676.3585
Attorney [Criminal Contmpt] For
Defendant Edward Heldman III

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants. | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>Honorable Dale S. Fischer<br><br>**JOINT REQUEST TO SUPPLEMENT THE STAY PENDING APPEAL IN DKT 445**<br><br>*[Filed concurrently with Proposed Order]*<br><br>Complaint Filed: June 23, 2020 |

1  Pursuant to Civil Local Rule 7-1, the following stay is requested to supplement
2  the Stay Pending Appeal In Dkt 445.
3  WHEREAS, on June 23, 2020, Beyond Blond filed its Complaint against
4  Defendants Edward Heldman III, ComedyMX, Inc., and ComedyMX, LLC. (Dkt. No.
5  1).
6  WHEREAS, Defendants ComedyMX, Inc., and ComedyMX, LLC were
7  dismissed on December 8, 2023 based on the parties' joint stipulation. (Dkt. 346.)
8  WHEREAS, Defendant Edward Heldman III is the sole remaining Defendant that
9  has not been dismissed.
10  WHEREAS, now, given the stay pending appeal (Dkt. 445) and ongoing related
11  criminal action (the "Related Proceedings"), the Parties agree that a stay of this matter
12  as to Defendant Edward Heldman III is appropriate until the resolution of the appeal
13  proceedings, provided, however, that nothing herein shall prevent the Parties, and each
14  of them, from moving the Court to vacate the stay of this action for good cause shown
15  on changed circumstances.
16  WHEREAS, the purpose of the stay is to promote judicial economy, and to
17  conserve the Court's and the Parties' resources and reflect the actual circumstances of
18  the Related Proceedings.  This stay is requested pursuant to the Court's inherent
19  authority to control its docket.  Neither party will be otherwise prejudiced by this
20  supplemental stay or this stipulation, and such a stay will allow the orderly prosecution
21  of this action following the Related Proceedings.
22  WHEREAS, the stay shall have no effect on Beyond Blond's Motion to Release
23  Bond due November 10, 2025 (Dkt. 450).
24  NOW THEREFORE, IT IS HEREBY REQUESTED, that the stay in Dkt. 445
25  be supplemented with a stay of the entire proceeding except as specified above
26  regarding Dkt. 450 until the resolution of the Related Proceedings; provided, however,
27  that any party may move the Court to vacate the supplemental stay of this action for
28  good cause shown on changed circumstances.

DATED: November 3, 2025    Meir J. Westreich

By: */s/ Meir J. Westreich*
Meir J. Westreich
Attorney [Related Cases] For
Defendant Edward Heldman III

Dated: November 3, 2025    **MILORD LAW GROUP, P.C.**

By: */s/ Milord A. Keshishian*
Milord A. Keshishian
Attorney For Plaintiff Beyond Blond

**ATTESTATION OF FILER**

I, Milord A. Keshishian, am the ECF user whose identification and password are being used to file the instant document. Pursuant to L.R. 5-4.3.4(a)(2), I certify that all other signatories listed on this document and on whose behalf the filings are submitted, concur in the filings' content and have authorized the filings.

Dated: November 3, 2025

/s/ *Milord A. Keshishian*
Milord A. Keshishian