# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants. | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>Honorable Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO SUPPLEMENT THE STAY PENDING APPEAL IN DKT 445**<br><br>*[Filed concurrently with Joint Stipulation]*<br><br>Complaint Filed: June 23, 2020 |

PROPOSED ORDER

**[PROPOSED] ORDER**

The Court having reviewed the Joint Request To Supplement The Stay Pending Appeal In Dkt 445 ("Request"), the Court having no objection thereto, and for good cause showing,

IT IS HEREBY ORDERED that

(1) the stay in Dkt. 445 be supplemented with a stay of the entire proceeding until the resolution of the Related Proceedings, provided, however, that any party may move the Court to vacate the supplemental stay of this action for good cause shown on changed circumstances; and

(2) this stay has no effect on Beyond Blond's Motion to Release Bonds due on or before November 10, 2025. (Dkt. 450)

**IT IS SO ORDERED.**

DATED: _____

                                      Honorable Dale S. Fischer
                                      United States District Judge