Milord A. Keshishian, (SBN 197835)
milord@milordlaw.com
**MILORD LAW GROUP P.C.**
333 South Hope Street, Suite 4025
Los Angeles, California 90071
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
BEYOND BLOND PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants. | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>*Honorable Dale S. Fischer*<br><br>**DECLARATION OF MILORD A. KESHISHIAN IN SUPPORT OF BEYOND BLOND'S MOTION TO EXONERATE TRO AND SUPERSEDEAS BONDS** |

# DECLARATION OF MILORD A. KESHISHIAN

I, Milord A. Keshishian, hereby swear and affirm pursuant to 28 U.S.C. §1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am a principal of Milord Law Group, P.C., counsel of record for Plaintiff Beyond Blond Productions, LLC ("Beyond Blond"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. On or about June 24, 2022, Beyond Blond utilized the services of Merchants Bonding Company, Inc to post a $1,000 TRO Bond (BOND NO. CA5949016) with the Clerk of this Court. Dkt. 278.

3. On or about January 9, 2023, Beyond Blond utilized the services of SureTec Insurance Company to post a Supersedeas Bond in the amount of $60,462.56. Dkt. 339.

4. On April 11, 2025, the Court granted Beyond Blond's motion for terminating sanctions against Heldman and struck Heldman's answer. Dkt. 431.

5. The Clerk entered default against Heldman. Dkt. 432.

6. The Court instructed Beyond Blond to file a formal noticed motion to release Beyond Blond's TRO and Supersedeas Bonds posted in relation to this case. Dkt. 446.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of November, 2025 in Los Angeles, California.

/s/ *Milord A. Keshishian*
Milord A. Keshishian