# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEYOND BLOND PRODUCTIONS, LLC, a California limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD HELDMAN III, an individual; COMEDYMX, INC., a Nevada corporation; COMEDYMX, LLC, a Delaware limited liability company; and DOES 1-10;<br><br>Defendants. | CASE NO.: 2:20-cv-05581 DSF (GJSx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXONERATE BEYOND BLOND'S TRO AND SUPERSEDEAS BONDS** |

The Court has reviewed Plaintiff Beyond Blond Productions, LLC's ("Beyond Blond") motion, and having struck Defendant Edward Heldman III's answer, the Clerk's entry of default against him, and good cause appearing, **IT IS HEREBY ORDERED THAT** Beyond Blond's motion is granted.

Beyond Blond's Supersedeas Bond (Bond No. 4455161) posted in the amount of $60,462.56 shall be and hereby is exonerated, and shall be released to counsel for Beyond Blond.

Beyond Blond's TRO bond (Bond No. CA5949016) posted in the amount of $1,000 shall be and hereby is exonerated, and shall be released to counsel for Beyond Blond.

The Clerk shall send the released bonds to Beyond Blond's counsel in the form of a check made payable to Milord Law Group, P.C., Client Trust Account, and sent to the address listed below:

**MILORD LAW GROUP, P.C.**
333 South Hope Street, Suite 4025
Los Angeles, CA 90071

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
**Honorable Dale S. Fischer**
**UNITED STATES DISTRICT JUDGE**

**[PROPOSED] ORDER**